**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-03161-SKC

DENNIS CLIFTON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

      Plaintiff,

  v.

BRENT WILLIS, FRED COOPER, TIM
HAAS, REGINALD KAPTEYN, ALICIA
SYRETT, GREGORY GOULD, CHUCK
ENCE, CARL AURE, KEVIN MANION, ED
BRENNAN, AMY KUZDOWICZ, GREG
FEA, and CRAIG THIBODEAU,

      Defendants.

---

**DECLARATION OF ADAM M. APTON IN SUPPORT OF MOTION OF IGOR
CHERNYAK FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL
OF SELECTION OF COUNSEL**

---

I, Adam M. Apton, hereby declare, pursuant to 28 U.S.C. §1746, that:

1. I am a member in good standing of the bar of this Court. I submit this declaration in support of the motion filed by Igor Chernyak ("Movant") for appointment as Lead Plaintiff in the above-captioned action (the "Action") and approval of Movant's selection of counsel for the Class.

2. Attached hereto as **Exhibit A** is a true and correct copy of the certification signed by Movant.

3. Attached hereto as **Exhibit B** is a true and correct copy of the loss chart detailing the losses sustained by Movant.

4. Attached hereto as **Exhibit C** is a true and correct copy of the press release announcing the filing of the first-filed action, which was published on December 7, 2022.

5. Attached hereto as **Exhibit D** is a true and correct copy of the Declaration signed by Movant.

6. Attached hereto as **Exhibit E** is a true and correct copy of the firm résumé of Levi & Korsinsky, LLP.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: February 6, 2023                  */s/ Adam M. Apton*
                                              Adam M. Apton

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2023, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system, which will send notification of such filing to the e-mail

addresses denoted on the Court's Electronic Mail Notice List.


/s/ Adam M. Apton
Adam M. Apton
Levi & Korsinsky, LLP
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

3