# EXHIBIT B

| Client Name | Igor Chernyak |
|---|---|
| Company Name | NewAge, Inc. |
| Ticker Symbol | NBEVQ |
| Security Type | |
| Class Period Start | 01-18-2018 |
| Class Period End | 10-18-2022 |
| 90-DAY Lookback Period Start | 10-19-2022 |
| 90-DAY Lookback Period End | 01-16-2023 |
| 90-DAY Lookback Average | $ 00.00138 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $3,083,746.56 |
| DURA LIFO* Total | $3,072,874.69 |
| Gross Shares Purchased | 1,900,000 |
| Net Shares Retained | 1,500,000 |
| Net Funds Expended | $3,085,816.56 |

### Igor Chernyak

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 06-18-2019 | 10000 | 4.7 | $ 47,000.00 | | | | | | - | 10000 | 10000 | $ 00.00 | $ 13.80 | $ 46,986.20 | $ 46,986.20 |
| 08-15-2019 | 10000 | 3.3 | $ 33,000.00 | | | | | | - | 10000 | 10000 | $ 00.00 | $ 13.80 | $ 32,986.20 | $ 32,986.20 |
| 08-15-2019 | 10000 | 3.2 | $ 32,000.00 | | | | | | - | 10000 | 10000 | $ 00.00 | $ 13.80 | $ 31,986.20 | $ 31,986.20 |
| 08-27-2019 | 10000 | 3 | $ 30,000.00 | | | | | | - | 10000 | 10000 | $ 00.00 | $ 13.80 | $ 29,986.20 | $ 29,986.20 |
| 09-03-2019 | 10000 | 2.95 | $ 29,500.00 | | | | | | - | 10000 | 10000 | $ 00.00 | $ 13.80 | $ 29,486.20 | $ 29,486.20 |
| 09-19-2019 | 43037 | 3 | $ 129,111.00 | | | | | | - | 43037 | 43037 | $ 00.00 | $ 59.39 | $ 129,051.61 | $ 129,051.61 |
| 09-20-2019 | 6963 | 3 | $ 20,889.00 | | | | | | - | 6963 | 6963 | $ 00.00 | $ 09.61 | $ 20,879.39 | $ 20,879.39 |
| 09-30-2019 | 2900 | 2.75 | $ 7,975.00 | | | | | | - | 2900 | 2900 | $ 00.00 | $ 04.00 | $ 7,971.00 | $ 7,971.00 |
| 10-01-2019 | 37100 | 2.75 | $ 102,025.00 | | | | | | - | 37100 | 37100 | $ 00.00 | $ 51.20 | $ 101,973.80 | $ 101,973.80 |
| 10-25-2019 | 60000 | 2.65 | $ 159,000.00 | | | | | | - | 60000 | 60000 | $ 00.00 | $ 82.80 | $ 158,917.20 | $ 158,917.20 |
| 11-08-2019 | 16020 | 2.6 | $ 41,652.00 | | | | | | - | 16020 | 16020 | $ 00.00 | $ 22.11 | $ 41,629.89 | $ 41,629.89 |
| 11-11-2019 | 83980 | 2.6 | $ 218,348.00 | | | | | | - | 83980 | 83980 | $ 00.00 | $ 115.89 | $ 218,232.11 | $ 218,232.11 |
| 11-14-2019 | 33455 | 2.196381 | $ 73,479.93 | 08-24-2020 | 33455 | | $ 02.09 | $ 69,920.95 | - | - | - | $ 00.00 | | $ 3,558.98 | |
| 11-15-2019 | 66545 | 2.199894 | $ 146,391.95 | 08-24-2020 | 66545 | | $ 02.09 | $ 139,079.05 | - | - | - | $ 00.00 | | $ 7,312.90 | |
| 12-02-2019 | 5925 | 2 | $ 11,850.00 | 08-24-2020 | 5925 | | $ 02.09 | $ 12,383.25 | - | - | - | $ 00.00 | | -$ 533.25 | -$ 533.25 |
| 12-03-2019 | 18126 | 1.96 | $ 35,526.96 | 08-24-2020 | 18126 | | $ 02.09 | $ 37,883.34 | - | - | - | $ 00.00 | | -$ 2,356.38 | -$ 2,356.38 |
| 12-04-2019 | 4000 | 1.96 | $ 7,840.00 | 08-24-2020 | 4000 | | $ 02.09 | $ 8,360.00 | - | - | - | $ 00.00 | | -$ 520.00 | -$ 520.00 |
| 12-05-2019 | 14471 | 1.96 | $ 28,363.16 | 08-24-2020 | 14471 | | $ 02.09 | $ 30,244.39 | - | - | - | $ 00.00 | | -$ 1,881.23 | -$ 1,881.23 |
| 12-09-2019 | 3141 | 1.96 | $ 6,156.36 | 08-24-2020 | 3141 | | $ 02.09 | $ 6,564.69 | - | - | - | $ 00.00 | | -$ 408.33 | -$ 408.33 |
| 12-10-2019 | 54337 | 1.95996 | $ 106,498.35 | 08-24-2020 | 54337 | | $ 02.09 | $ 113,564.33 | - | - | - | $ 00.00 | | -$ 7,065.98 | -$ 7,065.98 |
| 03-12-2020 | 200000 | 1.429832 | $ 285,966.40 | 08-14-2020 | 200000 | | $ 02.09 | $ 418,000.00 | - | - | - | $ 00.00 | | -$ 132,033.60 | -$ 132,033.60 |
| 04-12-2021 | 75654 | 2.44 | $ 184,595.76 | | | | | | - | 75654 | 75654 | $ 00.00 | $ 104.40 | $ 184,491.36 | $ 184,491.36 |
| 04-14-2021 | 124346 | 2.45 | $ 304,647.70 | | | | | | - | 124346 | 124346 | $ 00.00 | $ 171.60 | $ 304,476.10 | $ 304,476.10 |
| 04-15-2021 | 200000 | 2.23 | $ 446,000.00 | | | | | | - | 200000 | 200000 | $ 00.00 | $ 276.00 | $ 445,724.00 | $ 445,724.00 |
| 05-10-2021 | 100000 | 2 | $ 200,000.00 | | | | | | - | 100000 | 100000 | $ 00.00 | $ 138.00 | $ 199,862.00 | $ 199,862.00 |
| 07-02-2021 | 46933 | 2.17 | $ 101,844.61 | | | | | | - | 46933 | 46933 | $ 00.00 | $ 64.77 | $ 101,779.84 | $ 101,779.84 |
| 07-07-2021 | 153067 | 2.17 | $ 332,155.39 | | | | | | - | 153067 | 153067 | $ 00.00 | $ 211.23 | $ 331,944.16 | $ 331,944.16 |
| 07-28-2021 | 16762 | 1.9 | $ 31,847.80 | | | | | | - | 16762 | 16762 | $ 00.00 | $ 23.13 | $ 31,824.67 | $ 31,824.67 |
| 07-30-2021 | 17506 | 1.9 | $ 33,261.40 | | | | | | - | 17506 | 17506 | $ 00.00 | $ 24.16 | $ 33,237.24 | $ 33,237.24 |
| 08-16-2021 | 117394 | 1.9 | $ 223,048.60 | | | | | | - | 117394 | 117394 | $ 00.00 | $ 162.00 | $ 222,886.60 | $ 222,886.60 |
| 08-17-2021 | 48338 | 1.9 | $ 91,842.20 | | | | | | - | 48338 | 48338 | $ 00.00 | $ 66.71 | $ 91,775.49 | $ 91,775.49 |
| 09-28-2021 | 300000 | 1.4 | $ 420,000.00 | | | | | | - | 300000 | 300000 | $ 00.00 | $ 414.00 | $ 419,586.00 | $ 419,586.00 |
| Total: | 1,900,000 | | $3,921,816.56 | | 400,000 | | | $836,000.00 | | 1,500,000 | 1,500,000 | | $2,070.00 | $3,083,746.56 | $3,072,874.69 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.