**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-03161-SKC

DENNIS CLIFTON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

Plaintiffs,

        v.

BRENT WILLIS, FRED COOPER, TIM HAAS, REGINALD KAPTEYN, ALICIA SYRETT, GREGORY GOULD, CHUCK ENCE, CARL AURE, KEVIN MANION, ED BRENNAN, AMY KUZDOWICZ, GREG FEA, and CRAIG THIBODEAU,

Defendants.

_____

Civil Action No. 1:23-cv-00127-RMR-STV

DANIEL TAYLOR, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

Plaintiff,

        v.

BRENT WILLIS, FRED COOPER, TIM HAAS, REGINALD KAPTEYN, ALICIA SYRETT, GREGORY GOULD, CHUCK ENCE, CARL AURE, KEVIN MANION, ED BRENNAN, AMY KUZDOWICZ, GREG FEA, and CRAIG THIBODEAU,

Defendants.
_____

**CERTIFICATION PURSUANT TO D.C. COLO.LCIVR 7.1(a)**
_____

This motion is filed pursuant to Section 21D of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4.  The PSLRA provides that within 60 days after publication of the required notice, any member of the proposed class may move the Court to be appointed as Lead Plaintiff, regardless of whether they have previously filed a complaint in the action.  Due to this procedure, movants Damian Betebenner and Cigdem Betebenner (the "Movants") will not know which other class members may move for appointment as Lead Plaintiffs until after all the movants have filed their respective motions.  Thereafter, Movants will ascertain whether their motion is opposed by other class members in accordance with the conferral requirement of Rule 7.1(a).

Dated:  February 6, 2023                    Respectfully submitted,

By: s/ James M. Wilson, Jr.

James M. Wilson, Jr.
Robert W. Killorin (application for admission forthcoming)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
E-mail: jwilson@faruqilaw.com
E-mail: rkillorin@faruqilaw.com

*Attorneys for [Proposed] Lead Plaintiffs Damian Betebenner and Cigdem Betebenner and [Proposed] Lead Counsel and Local Counsel for the Class*

**CERTIFICATE OF SERVICE**

I, James M. Wilson, Jr., hereby certify that on February 6, 2023, I electronically filed the

foregoing with the Clerk of Court using the CM/ECF system, which will send notification of

such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

*s/ James M. Wilson, Jr.*
James M. Wilson, Jr.
