# EXHIBIT B

# CERTIFICATION OF PROPOSED LEAD
## PLAINTIFF

I, Damian Betebenner ("Movant"), declare as to the claims asserted under the federal securities laws against Brent Willis, Fred Cooper, Tim Haas, Reginald Kapteyn, Alicia Syrett, Gregory Gould, Chuck Ence, Carl Aure, Kevin Manion, Ed Brennan, Amy Kuzdowicz, Greg Fea, and Craig Thibodeau in the actions entitled *Clifton v. Willis, et al.*, No. 1:22-cv-03161-SKC ("*Clifton*") and *Taylor v. Willis, et al.*, No. 1:23-cv-00127-RMR-STV ("*Taylor*"), that:

1.      Movant has reviewed a complaint against defendants Brent Willis, Fred Cooper, Tim Haas, Reginald Kapteyn, Alicia Syrett, Gregory Gould, Chuck Ence, Carl Aure, Kevin Manion, Ed Brennan, Amy Kuzdowicz, Greg Fea, and Craig Thibodeau, and non-party NewAge, Inc., in the above-referenced actions filed and adopts the allegations therein.

2.      Movant selects and retains Faruqi & Faruqi, LLP as counsel for purposes of prosecuting this action and claims against the defendants.

3.      Movant did not purchase any security that is the subject of this action at the direction of Movant's counsel or in order to participate in any private action arising under the federal securities laws.

4.      Movant is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

5.      Movant's transactions in NewAge, Inc. securities that are the subject of the complaints during the class period specified in the complaints are set forth in the chart attached hereto.

6.      In the past three years, Movant has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws.

7.      Movant will not accept any payment for serving as a representative party on behalf of a class beyond Movant's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing information is correct to the best of my knowledge.

Signed this 6th day of February, 2023.

DocuSigned by:

*Damian Betebenner*

5CD16260FE654CE...

Damian Betebenner

DocuSign Envelope ID: 716DDEEF-EF14-4677-BBA8-26F01B4FECCA

## Joint Account – Fidelity

| Transaction (Purchase or Sale) | Trade Date | Quantity | Price Per Share |
|---|---|---|---|
| Purchase | 10/1/2018 | 200 | $7.1700 |
| Purchase | 10/1/2018 | 100 | $7.1725 |
| Purchase | 10/1/2018 | 1,000 | $7.1990 |
| Purchase | 10/1/2018 | 1,200 | $7.1900 |
| Purchase | 10/1/2018 | 7,500 | $7.2000 |
| Purchase | 10/1/2018 | 10,000 | $6.8000 |
| Purchase | 10/1/2018 | 700 | $6.4900 |
| Purchase | 10/1/2018 | 9,300 | $6.5000 |
| Purchase | 10/1/2018 | 10,000 | $6.9800 |
| Purchase | 10/1/2018 | 4,000 | $6.9000 |

## 401k Account – TD Ameritade

| Transaction (Purchase or Sale) | Trade Date | Quantity | Price Per Share |
|---|---|---|---|
| Purchase | 10/1/2018 | 10,000 | $6.5500 |
| Purchase | 10/1/2018 | 10,000 | $6.9000 |
| Purchase | 10/1/2018 | 2,500 | $7.0000 |
| Purchase | 10/4/2018 | 4,500 | $8.9500 |

DocuSign Envelope ID: 3978E563-C499-4075-BDDB-DFEA383F65D4

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF

I, Cigdem Betebenner ("Movant"), declare as to the claims asserted under the federal securities laws against Brent Willis, Fred Cooper, Tim Haas, Reginald Kapteyn, Alicia Syrett, Gregory Gould, Chuck Ence, Carl Aure, Kevin Manion, Ed Brennan, Amy Kuzdowicz, Greg Fea, and Craig Thibodeau in the actions entitled *Clifton v. Willis, et al.*, No. 1:22-cv-03161-SKC ("*Clifton*") and *Taylor v. Willis, et al.*, No. 1:23-cv-00127-RMR-STV ("*Taylor*"), that:

1.      Movant has reviewed a complaint against defendants Brent Willis, Fred Cooper, Tim Haas, Reginald Kapteyn, Alicia Syrett, Gregory Gould, Chuck Ence, Carl Aure, Kevin Manion, Ed Brennan, Amy Kuzdowicz, Greg Fea, and Craig Thibodeau, and non-party NewAge, Inc., in the above-referenced actions filed and adopts the allegations therein.

2.      Movant selects and retains Faruqi & Faruqi, LLP as counsel for purposes of prosecuting this action and claims against the defendants.

3.      Movant did not purchase any security that is the subject of this action at the direction of Movant's counsel or in order to participate in any private action arising under the federal securities laws.

4.      Movant is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

5.      Movant's transactions in NewAge, Inc. securities that are the subject of the complaints during the class period specified in the complaints are set forth in the chart attached hereto.

6.      In the past three years, Movant has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws.

7.      Movant will not accept any payment for serving as a representative party on behalf of a class beyond Movant's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing information is correct to the best of my knowledge.

Signed this 6th day of February, 2023.

DocuSigned by:

A0077464DD434C7...

Cigdem Betebenner

DocuSign Envelope ID: 3978E563-C499-4075-BDDB-DFEA383F65D4

**Joint Account – Fidelity**

| Transaction (Purchase or Sale) | Trade Date | Quantity | Price Per Share |
|---|---|---|---|
| Purchase | 10/1/2018 | 200 | $7.1700 |
| Purchase | 10/1/2018 | 100 | $7.1725 |
| Purchase | 10/1/2018 | 1,000 | $7.1990 |
| Purchase | 10/1/2018 | 1,200 | $7.1900 |
| Purchase | 10/1/2018 | 7,500 | $7.2000 |
| Purchase | 10/1/2018 | 10,000 | $6.8000 |
| Purchase | 10/1/2018 | 700 | $6.4900 |
| Purchase | 10/1/2018 | 9,300 | $6.5000 |
| Purchase | 10/1/2018 | 10,000 | $6.9800 |
| Purchase | 10/1/2018 | 4,000 | $6.9000 |