# EXHIBIT C

DocuSign Envelope ID: FF43DE6E-73BE-4E92-AB54-61C813BF92BF

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-03161-SKC

DENNIS CLIFTON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

Plaintiffs,

v.

BRENT WILLIS, FRED COOPER, TIM HAAS, REGINALD KAPTEYN, ALICIA SYRETT,
GREGORY GOULD, CHUCK ENCE, CARL AURE, KEVIN MANION, ED BRENNAN,
AMY KUZDOWICZ, GREG FEA, and CRAIG THIBODEAU,

Defendants.

---

Civil Action No. 1:23-cv-00127-RMR-STV

DANIEL TAYLOR, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

Plaintiff,

v.

BRENT WILLIS, FRED COOPER, TIM HAAS, REGINALD KAPTEYN, ALICIA SYRETT,
GREGORY GOULD, CHUCK ENCE, CARL AURE, KEVIN MANION, ED BRENNAN,
AMY KUZDOWICZ, GREG FEA, and CRAIG THIBODEAU,

Defendants.

---

**DECLARATION OF DAMIAN BETEBENNER AND CIGDEM BETEBENNER IN
SUPPORT OF THEIR MOTION FOR (1) CONSOLIDATION OF THE RELATED
ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD
PLAINTIFF'S SELECTION OF LEAD COUNSEL**

---

DocuSign Envelope ID: FF43DE6E-73BE-4E92-AB54-61C813BF92BF

We, Damian Betebenner and Cigdem Betebenner (together "Movants"), pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. We respectfully submit this Declaration in support of Movants' Motions for Consolidation, Appointment as Lead Plaintiffs and Approval of Lead Counsel in the instant class actions against Brent Willis, Fred Cooper, Tim Haas, Reginald Kapteyn, Alicia Syrett, Gregory Gould, Chuck Ence, Carl Aure, Kevin Manion, Ed Brennan, Amy Kuzdowicz, Greg Fea, and Craig Thibodeau (collectively "Defendants") and non-party NewAge Inc., entitled *Clifton v. Willis, et al.*, No. 1:22-cv-03161-SKC ("*Clifton*"), and *Taylor v. Willis, et al.*, No. 1:23-cv-00127-RMR-STV ("*Taylor*") (the "Actions"), on behalf of investors in NewAge Inc. ("NewAge" or the "Company") securities pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). We are informed of and understand the requirements and duties imposed by the PSLRA.

2. I, Damian Betebenner, was born on February 18, 1965.

3. I am a United States citizen, and I reside in Needham, Massachusetts.

4. I have two doctoral degrees, a Ph.D. in Mathematics from the University of Wyoming, and a Ph.D. in Educational Assessment from the University of Colorado, Boulder.

5. I am employed by the Center for Assessment as a Senior Associate. I have been employed by the Center for Assessment since 2007.

6. I have been investing in the stock market since approximately 1995 and manage my own investments.

7. I, Cigdem Betebenner, was born on June 24, 1972.

8. I am a United States citizen. I reside in Needham, Massachusetts.

DocuSign Envelope ID: FF43DE6E-73BE-4E92-AB54-61C813BF92BF

9. I have an M.A. in psychology from the Boston Graduate School of Psychoanalysis.

10. I am independently employed as a licensed mental health counselor and psychotherapist.

11. I have been investing in the stock market since approximately 2012 and manage my own investments.

12. We believe the securities class action against Defendants is meritorious and should be led by investors who are committed to maximizing the recovery on behalf of the class. We traded in NewAge securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in these Actions. We are motivated to recover our losses for our benefit and the benefit of all members of the Class. It is for this reason that we as a family decided to seek appointment as Lead Plaintiff in the action.  We understand the responsibilities and duties of being Lead Plaintiffs, including our fiduciary duties to the class.

13. We understand and appreciate a Lead Plaintiff's obligation under the PSLRA to select lead counsel and to monitor the actions of counsel to ensure the action is prosecuted efficiently.  We have fulfilled this responsibility by selecting and retaining counsel with a proven history of handling this type of complex litigation.  In this case, we selected Faruqi & Faruqi, LLP (the "Faruqi Firm") to serve as lead counsel.  Based on the firm's experience in achieving substantial recoveries in securities class actions, we believe the Faruqi Firm is well qualified to represent the class.  As part of our due diligence process, prior to our selection of the Faruqi Firm, we assessed the firm's qualifications and communicated with attorney Dylan Weeks.

2

DocuSign Envelope ID: FF43DE6E-73BE-4E92-AB54-61C813BF92BF

14.     We have directed the Faruqi Firm to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the class. We will continue to supervise lead counsel and actively oversee the prosecution of this action for the benefit of the class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

15.     We understand that a Lead Plaintiff's share of any recovery is the same as every other potential class member.  As our certificates state, we will not accept any payment for serving as a representative party beyond our *pro rata* share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to the PSLRA.

I, Damian Betebenner, declare under penalty of perjury that the foregoing is true and correct.

Dated: February 6, 2023

DocuSigned by:

*Damian Betebenner*

5CD16260FE654CE...

Damian Betebenner

I, Cigdem Betebenner, declare under penalty of perjury that the foregoing is true and correct.

Dated: February 6, 2023

DocuSigned by:

A0077464DD434C7...

Cigdem Betebenner

3