**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-013161-SKC

DENNIS CLIFTON, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

BRENT WILLIS, FRED COOPER, TIM HAAS, REGINALD KAPTEYN, ALICIA SYRETT, GREGORY GOULD, CHUCK ENCE, CARL AURE, KEVIN MANION, ED BRENNAN, AMY KUZDOWICZ, GREG FEA, and CRAIG THIBODEAU,

Defendants.

---

Civil Action No. 1:23-cv-00127-RMR-STV

DANIEL TAYLOR, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATIED,

Plaintiffs,

v.

BRENT WILLIS, FRED COOPER, TIM HAAS, REGINALD KAPTEYN, ALICIA SYRETT, GREGORY GOULD, CHUCK ENCE, CARL AURE, KEVIN MANION, ED BRENNAN, AMY KUZDOWICZ, GREG FEA, and CRAIG THIBODEAU

Defendants.

---

**NOTICE OF MOTION OF MEI HUANG**

**TO CONSOLIDATE THE RELATED ACTIONS, APPOINT LEAD PLAINTIFF
AND APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**

---

Mei Huang ("Movant") respectfully submits this notice of her motion to appoint lead

1

plaintiff and approve lead plaintiff's selection of counsel.

This Motion is brought pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), on the grounds that: (1) the above-captioned related actions should be consolidated; (2) Movant should be appointed as Lead Plaintiff for the class of all purchasers or acquirers of NewAge, Inc. ("NewAge" or the "Company") securities between January 18, 2018 and October 18, 2022, inclusive (the "Class Period"), as Movant has timely made this Motion, has the largest financial interest and otherwise satisfies the pertinent requirements of Federal Rule of Civil Procedure 23; and (3) Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel should be approved as the firm is well-qualified and has extensive experience in cases of this type.

In support of this Motion, Movant submits: (1) the Memorandum of Points and Authorities dated February 6, 2023; (2) the Declaration of Phillip Kim dated February 6, 2023 (and exhibits); and (3) a [Proposed] Order granting Movant's Motion to Consolidate the Related Actions, Appoint Lead Plaintiff and Approve Lead Plaintiff's Selection of Counsel.

Local Rule 7.1 requires a conference of counsel prior to filing motions. Due to the Private Securities Litigation Reform Act of 1995 lead plaintiff procedure, however, Movant does not yet know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Movant respectfully requests that the conferral requirement of Local Rule 7.1 be waived.

Dated:  February 6, 2023                    Respectfully submitted,


                                            */s/ Phillip Kim*
                                            Phillip Kim
                                            The Rosen Law Firm, P.A.
                                            275 Madison Avenue, 40th Floor
                                            New York, NY 10016
                                            Telephone: (212) 686-1060
                                            Fax: (212) 202-3827
                                            Email: pkim@rosenlegal.com

                                            *[Proposed] Lead Counsel for Plaintiff and Class*


                                            THE SCHALL LAW FIRM
                                            Brian Schall, Esq.
                                            2049 Century Park East, Suite 2460
                                            Los Angeles, CA 90067
                                            Phone: (310) 301-3335
                                            Fax: (213) 519-5876
                                            Email: brian@schallfirm.com

                                            Additional Counsel for Movant and Class

## CERTIFICATE OF SERVICE

I, Phillip Kim, hereby declare under penalty of perjury as follows:

I am an attorney at The Rosen Law Firm, P.A., with offices at 275 Madison Ave, 40th Floor, New York, NY 10016. I am over the age of eighteen.

On February 6, 2023, I electronically filed the following **NOTICE OF MOTION OF MEI HUANG TO CONSOLIDATE THE RELATED ACTIONS, APPOINT LEAD PLAINTIFF AND APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on February 6, 2023.

*/s/Phillip Kim*
Phillip Kim