## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-013161-SKC

DENNIS CLIFTON, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

BRENT WILLIS, FRED COOPER, TIM HAAS, REGINALD KAPTEYN, ALICIA SYRETT, GREGORY GOULD, CHUCK ENCE, CARL AURE, KEVIN MANION, ED BRENNAN, AMY KUZDOWICZ, GREG FEA, and CRAIG THIBODEAU,

Defendants.

_____

Civil Action No. 1:23-cv-00127-RMR-STV

DANIEL TAYLOR, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

BRENT WILLIS, FRED COOPER, TIM HAAS, REGINALD KAPTEYN, ALICIA SYRETT, GREGORY GOULD, CHUCK ENCE, CARL AURE, KEVIN MANION, ED BRENNAN, AMY KUZDOWICZ, GREG FEA, and CRAIG THIBODEAU,

Defendants.

_____

**DECLARATION OF PHILLIP KIM IN SUPPORT OF MOTION OF MEI HUANG TO CONSOLIDATE THE RELATED ACTIONS, APPOINT LEAD PLAINTIFF AND APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**

_____

I, Phillip Kim, declare as follows:

1.      I am an attorney admitted to practice in the State of New York and before this

1

Court. I am a partner with The Rosen Law Firm, P.A., counsel for Mei Huang ("Movant"). I submit this declaration in support of Movant's motion to appoint lead plaintiff and approve Movant's selection of counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

EXHIBIT 1:   PSLRA Early Notice;

EXHIBIT 2:   Movant's PSLRA certification;

EXHIBIT 3:   Movant's Loss Chart; and

EXHIBIT 4:   The Rosen Law Firm, P.A.'s firm resume.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed February 6, 2023.

                              */s/Phillip Kim*
                              Phillip Kim

**CERTIFICATE OF SERVICE**

I, Phillip Kim, hereby declare under penalty of perjury as follows:

I am an attorney at The Rosen Law Firm, P.A., with offices at 275 Madison Ave, 40th Floor, New York, NY 10016. I am over the age of eighteen.

On February 6, 2023, I electronically filed the following **DECLARATION OF PHILLIP KIM IN SUPPORT OF MOTION OF MEI HUANG TO APPOINT LEAD PLAINTIFF AND APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on February 6, 2023.

*/s/ Phillip Kim*
Phillip Kim