# Exhibit 3

**NewAge, Inc. Loss Chart**
**between January 18, 2018 and October 18, 2022**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price 0.0012 | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Mei Huang** | | | | | | | | | | | | | |
| Account 1 | 7/6/2020 | 100 | ($1.53) | ($153.00) | | | | | | | | | |
| | 7/6/2020 | 100 | ($1.53) | ($153.00) | | | | | | | | | |
| | 7/6/2020 | 1,000 | ($1.55) | ($1,550.00) | | | | | | | | | |
| | 7/6/2020 | 1,200 | ($1.53) | ($1,836.00) | | | | | | | | | |
| | 7/6/2020 | 1,500 | ($1.53) | ($2,294.85) | | | | | | | | | |
| | 7/6/2020 | 1,500 | ($1.54) | ($2,310.00) | | | | | | | | | |
| | 7/6/2020 | 1,500 | ($1.55) | ($2,325.00) | | | | | | | | | |
| | 7/6/2020 | 300 | ($1.55) | ($465.00) | | | | | | | | | |
| | 7/6/2020 | 3,000 | ($1.53) | ($4,590.00) | | | | | | | | | |
| | 7/6/2020 | 3,000 | ($1.55) | ($4,650.00) | | | | | | | | | |
| | 7/6/2020 | 500 | ($1.55) | ($775.00) | | | | | | | | | |
| | 7/6/2020 | 70 | ($1.54) | ($107.79) | | | | | | | | | |
| | 7/6/2020 | 800 | ($1.53) | ($1,224.00) | | | | | | | | | |
| | 7/6/2020 | 800 | ($1.54) | ($1,228.16) | | | | | | | | | |
| | 7/6/2020 | 800 | ($1.55) | ($1,240.00) | | | | | | | | | |
| | 7/7/2020 | 100 | ($1.55) | ($154.50) | | | | | | | | | |
| | 7/7/2020 | 1,000 | ($1.54) | ($1,540.00) | | | | | | | | | |
| | 7/7/2020 | 1,000 | ($1.55) | ($1,546.40) | | | | | | | | | |
| | 7/7/2020 | 1,200 | ($1.55) | ($1,859.88) | | | | | | | | | |
| | 7/7/2020 | 1,400 | ($1.55) | ($2,169.86) | | | | | | | | | |
| | 7/7/2020 | 15 | ($1.54) | ($23.03) | | | | | | | | | |
| | 7/7/2020 | 1,600 | ($1.54) | ($2,458.72) | | | | | | | | | |
| | 7/7/2020 | 300 | ($1.55) | ($463.50) | | | | | | | | | |
| | 7/7/2020 | 300 | ($1.55) | ($463.83) | | | | | | | | | |
| | 7/7/2020 | 50 | ($1.53) | ($76.50) | | | | | | | | | |
| | 7/7/2020 | 50 | ($1.54) | ($76.75) | | | | | | | | | |
| | 7/7/2020 | 500 | ($1.55) | ($774.90) | | | | | | | | | |
| | 7/7/2020 | 700 | ($1.55) | ($1,084.93) | | | | | | | | | |
| | 7/8/2020 | 150 | ($1.55) | ($232.50) | | | | | | | | | |
| | 7/8/2020 | 500 | ($1.55) | ($776.65) | | | | | | | | | |
| | 7/8/2020 | 600 | ($1.55) | ($929.88) | | | | | | | | | |
| | 7/9/2020 | 450 | ($1.51) | ($677.25) | | | | | | | | | |
| | 7/9/2020 | 5,000 | ($1.52) | ($7,599.50) | | | | | | | | | |
| | 7/10/2020 | 1,000 | ($1.51) | ($1,508.50) | | | | | | | | | |
| | 7/10/2020 | 1,500 | ($1.51) | ($2,257.50) | | | | | | | | | |
| | 7/10/2020 | 2,000 | ($1.51) | ($3,018.60) | | | | | | | | | |
| | 7/10/2020 | 4 | ($1.51) | ($6.04) | | | | | | | | | |
| | 7/10/2020 | 500 | ($1.51) | ($753.00) | | | | | | | | | |
| | 7/10/2020 | 70 | ($1.51) | ($105.46) | | | | | | | | | |
| | 7/10/2020 | 700 | ($1.51) | ($1,053.50) | | | | | | | | | |
| | 7/10/2020 | 90 | ($1.51) | ($135.61) | | | | | | | | | |
| | 7/17/2020 | 1,000 | ($1.55) | ($1,545.00) | | | | | | | | | |
| | 7/17/2020 | 220 | ($1.55) | ($340.32) | | | | | | | | | |
| | 7/17/2020 | 300 | ($1.53) | ($457.50) | | | | | | | | | |

| Date | Shares | Price | Total |
|---|---|---|---|
| 7/17/2020 | 40 | ($1.55) | ($61.80) |
| 7/17/2020 | 500 | ($1.53) | ($764.90) |
| 7/17/2020 | 500 | ($1.53) | ($764.95) |
| 7/17/2020 | 6 | ($1.59) | ($9.57) |
| 7/17/2020 | 700 | ($1.51) | ($1,057.00) |
| 7/20/2020 | 25 | ($1.71) | ($42.75) |
| 7/20/2020 | 4 | ($1.72) | ($6.88) |
| 7/20/2020 | 4,000 | ($1.72) | ($6,879.20) |
| 7/20/2020 | 800 | ($1.71) | ($1,370.80) |
| 10/26/2020 | 962 | ($2.45) | ($2,356.90) |
| 10/27/2020 | 743 | ($2.65) | ($1,968.95) |
| 10/28/2020 | 2,000 | ($2.58) | ($5,160.00) |
| 10/28/2020 | 3,000 | ($2.57) | ($7,695.00) |
| 10/29/2020 | 1,000 | ($2.45) | ($2,450.00) |
| 11/9/2020 | 350 | ($2.61) | ($913.54) |
| 11/9/2020 | 3,500 | ($2.65) | ($9,275.00) |
| 11/9/2020 | 65 | ($2.61) | ($169.65) |
| 11/12/2020 | 2,750 | ($2.75) | ($7,562.50) |
| 11/12/2020 | 20 | ($2.74) | ($54.70) |
| 12/9/2020 | 10 | ($3.06) | ($30.60) |
| 12/9/2020 | 1,100 | ($3.07) | ($3,377.00) |
| 12/9/2020 | 3,000 | ($3.07) | ($9,210.00) |
| 12/9/2020 | 3,000 | ($3.08) | ($9,239.40) |
| 12/9/2020 | 50 | ($3.06) | ($153.00) |
| 12/11/2020 | 7,300 | ($2.93) | ($21,389.00) |
| 12/11/2020 | 2,500 | ($2.92) | ($7,300.00) |
| 12/11/2020 | 200 | ($2.92) | ($583.00) |
| 12/11/2020 | 10,000 | ($2.89) | ($28,900.00) |
| 12/11/2020 | 480 | ($2.90) | ($1,389.98) |
| 12/11/2020 | 19 | ($2.89) | ($54.98) |
| 2/16/2021 | 2,933 | ($4.01) | ($11,761.33) |
| 2/16/2021 | 17 | ($4.00) | ($68.04) |
| 2/16/2021 | 1,000 | ($3.55) | ($3,549.90) |
| 2/16/2021 | 3,000 | ($3.53) | ($10,589.70) |
| 2/16/2021 | 6,500 | ($3.52) | ($22,879.35) |
| 2/16/2021 | 2,000 | ($3.51) | ($7,020.20) |
| 2/19/2021 | 2,000 | ($3.15) | ($6,299.60) |
| 2/19/2021 | 590 | ($3.15) | ($1,855.55) |
| 2/25/2021 | 2,500 | ($2.78) | ($6,950.00) |
| 2/26/2021 | 3,700 | ($2.70) | ($9,990.00) |
| 3/9/2021 | 3,500 | ($2.81) | ($9,835.00) |
| 3/9/2021 | 68 | ($2.79) | ($189.72) |
| 5/6/2021 | 1 | ($2.08) | ($2.08) |
| 5/6/2021 | 29 | ($2.07) | ($60.03) |
| 1/13/2022 | 800 | ($0.86) | ($690.72) |
| 1/13/2022 | 600 | ($0.87) | ($519.60) |
| 1/13/2022 | 1,500 | ($0.87) | ($1,299.00) |
| 1/13/2022 | 1,500 | ($0.87) | ($1,299.15) |
| 1/13/2022 | 500 | ($0.87) | ($434.00) |
| 1/13/2022 | 600 | ($0.87) | ($521.76) |
| 1/13/2022 | 500 | ($0.87) | ($433.50) |

| | | | |
|---|---|---|---|
| 1/13/2022 | 1,500 | ($0.87) | ($1,299.15) |
| 1/13/2022 | 600 | ($0.87) | ($520.02) |
| 1/13/2022 | 600 | ($0.87) | ($519.84) |
| 1/13/2022 | 600 | ($0.87) | ($519.78) |
| 1/13/2022 | 600 | ($0.86) | ($517.86) |
| 1/13/2022 | 600 | ($0.87) | ($519.60) |
| 1/13/2022 | 1,000 | ($0.87) | ($865.70) |
| 1/13/2022 | 1,000 | ($0.86) | ($862.90) |
| 1/13/2022 | 1,000 | ($0.87) | ($866.00) |
| 1/13/2022 | 1,500 | ($0.87) | ($1,300.80) |
| 1/13/2022 | 500 | ($0.87) | ($433.50) |
| 1/13/2022 | 200 | ($0.87) | ($173.36) |
| 1/13/2022 | 200 | ($0.87) | ($173.38) |
| 1/13/2022 | 300 | ($0.87) | ($260.07) |
| 1/13/2022 | 300 | ($0.87) | ($260.07) |
| 1/13/2022 | 300 | ($0.87) | ($259.68) |
| 1/13/2022 | 300 | ($0.87) | ($260.07) |
| 1/13/2022 | 300 | ($0.87) | ($260.10) |
| 1/13/2022 | 400 | ($0.87) | ($346.72) |
| 1/13/2022 | 500 | ($0.87) | ($433.50) |
| 1/13/2022 | 500 | ($0.87) | ($433.40) |
| 1/13/2022 | 200 | ($0.87) | ($173.34) |
| 1/13/2022 | 300 | ($0.87) | ($260.01) |
| 1/13/2022 | 300 | ($0.87) | ($259.98) |
| 1/13/2022 | 400 | ($0.87) | ($346.68) |
| 1/13/2022 | 300 | ($0.87) | ($259.98) |
| 1/13/2022 | 300 | ($0.87) | ($259.98) |
| 1/13/2022 | 300 | ($0.86) | ($258.57) |
| 1/13/2022 | 400 | ($0.86) | ($344.76) |
| 1/13/2022 | 400 | ($0.86) | ($344.76) |
| 1/13/2022 | 500 | ($0.86) | ($430.65) |
| 1/13/2022 | 600 | ($0.86) | ($517.80) |
| 1/13/2022 | 400 | ($0.86) | ($344.80) |
| 1/13/2022 | 400 | ($0.86) | ($344.80) |
| 1/13/2022 | 400 | ($0.86) | ($344.80) |
| 1/13/2022 | 300 | ($0.86) | ($258.60) |
| 1/13/2022 | 400 | ($0.86) | ($344.80) |
| 1/13/2022 | 300 | ($0.86) | ($258.60) |
| 1/13/2022 | 400 | ($0.86) | ($344.80) |
| 1/13/2022 | 400 | ($0.86) | ($344.80) |
| 1/13/2022 | 400 | ($0.86) | ($344.80) |
| 1/13/2022 | 300 | ($0.86) | ($258.60) |
| 1/13/2022 | 400 | ($0.86) | ($344.80) |
| 1/13/2022 | 1,000 | ($0.86) | ($863.00) |
| 1/13/2022 | 300 | ($0.86) | ($258.90) |
| 1/13/2022 | 800 | ($0.86) | ($689.76) |
| 1/13/2022 | 1,000 | ($0.86) | ($861.70) |
| 1/13/2022 | 1,500 | ($0.86) | ($1,292.55) |
| 1/13/2022 | 700 | ($0.86) | ($603.19) |
| 1/13/2022 | 1,500 | ($0.86) | ($1,292.55) |
| 1/13/2022 | 1,500 | ($0.86) | ($1,292.70) |

| Date | Quantity | Price | Amount |
|---|---|---|---|
| 1/13/2022 | 1,500 | ($0.86) | ($1,292.55) |
| 1/13/2022 | 2,000 | ($0.86) | ($1,723.40) |
| 1/13/2022 | 3,500 | ($0.86) | ($3,015.95) |
| 1/13/2022 | 3,500 | ($0.86) | ($3,015.95) |
| 1/13/2022 | 3,500 | ($0.86) | ($3,015.95) |
| 1/13/2022 | 3,500 | ($0.86) | ($3,016.30) |
| 1/13/2022 | 700 | ($0.86) | ($603.12) |
| 1/13/2022 | 800 | ($0.86) | ($689.20) |
| 1/13/2022 | 400 | ($0.86) | ($344.40) |
| 1/13/2022 | 400 | ($0.86) | ($344.40) |
| 1/13/2022 | 300 | ($0.86) | ($258.30) |
| 1/13/2022 | 752 | ($0.86) | ($648.45) |
| 1/13/2022 | 1,500 | ($0.86) | ($1,294.05) |
| 1/13/2022 | 702 | ($0.86) | ($605.55) |
| 1/13/2022 | 500 | ($0.86) | ($431.35) |
| 1/13/2022 | 2,000 | ($0.87) | ($1,730.00) |
| 1/13/2022 | 2,000 | ($0.87) | ($1,730.00) |
| 1/13/2022 | 500 | ($0.87) | ($432.50) |
| 1/13/2022 | 1,000 | ($0.87) | ($865.00) |
| 1/13/2022 | 1,200 | ($0.87) | ($1,038.00) |
| 1/13/2022 | 800 | ($0.87) | ($692.00) |
| 1/13/2022 | 800 | ($0.86) | ($688.80) |
| 1/18/2022 | 400 | ($0.82) | ($329.60) |
| 1/18/2022 | 100 | ($0.82) | ($82.42) |
| 1/18/2022 | 300 | ($0.82) | ($247.29) |
| 1/18/2022 | 200 | ($0.82) | ($164.90) |
| 1/18/2022 | 450 | ($0.82) | ($369.45) |
| 4/1/2022 | 2,000 | ($0.56) | ($1,116.60) |
| 4/1/2022 | 3,000 | ($0.56) | ($1,673.10) |
| 4/1/2022 | 2,700 | ($0.56) | ($1,507.68) |
| 4/1/2022 | 507 | ($0.56) | ($282.80) |
| 4/1/2022 | 793 | ($0.56) | ($442.26) |
| 4/1/2022 | 4,000 | ($0.56) | ($2,233.20) |
| 4/1/2022 | 10,000 | ($0.56) | ($5,599.00) |
| 4/1/2022 | 5,000 | ($0.56) | ($2,799.00) |
| 4/1/2022 | 500 | ($0.57) | ($282.50) |
| 4/1/2022 | 500 | ($0.57) | ($283.50) |
| 4/1/2022 | 300 | ($0.57) | ($170.40) |
| 4/1/2022 | 400 | ($0.57) | ($226.80) |
| 4/1/2022 | 4,000 | ($0.57) | ($2,269.20) |
| 4/1/2022 | 4,000 | ($0.56) | ($2,247.60) |
| 4/1/2022 | 1,000 | ($0.56) | ($560.80) |
| 4/1/2022 | 1,000 | ($0.57) | ($567.00) |
| 4/1/2022 | 2,000 | ($0.57) | ($1,134.00) |
| 4/1/2022 | 1,000 | ($0.56) | ($559.90) |
| 4/1/2022 | 1,600 | ($0.56) | ($895.84) |
| 4/1/2022 | 100 | ($0.56) | ($55.91) |
| 4/1/2022 | 200 | ($0.56) | ($111.66) |
| 4/1/2022 | 100 | ($0.56) | ($55.82) |
| 4/1/2022 | 1,000 | ($0.56) | ($559.90) |
| 4/1/2022 | 1,000 | ($0.56) | ($559.90) |

| Account | Date | Shares | Price | Amount | Date | Shares | Price | Amount | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4/1/2022 | 3,000 | ($0.56) | ($1,679.70) | | | | | | | |
| | 4/1/2022 | 3,000 | ($0.56) | ($1,679.70) | | | | | | | |
| | 4/1/2022 | 175 | ($0.56) | ($97.98) | | | | | | | |
| | 4/4/2022 | 1,000 | ($0.55) | ($553.00) | | | | | | | |
| | 5/4/2022 | 400 | ($0.39) | ($154.80) | | | | | | | |
| | 5/4/2022 | 500 | ($0.39) | ($193.70) | | | | | | | |
| | 5/4/2022 | 1,000 | ($0.39) | ($387.40) | | | | | | | |
| | 5/4/2022 | 600 | ($0.39) | ($232.50) | | | | | | | |
| | 5/4/2022 | 2,400 | ($0.39) | ($929.76) | | | | | | | |
| | 5/4/2022 | 10,000 | ($0.39) | ($3,875.00) | | | | | | | |
| | 5/4/2022 | 9,900 | ($0.39) | ($3,836.25) | | | | | | | |
| | 5/4/2022 | 100 | ($0.39) | ($38.74) | | | | | | | |
| | 5/4/2022 | 963 | ($0.39) | ($375.47) | | | | | | | |
| | 7/28/2022 | 1,000 | ($0.28) | ($282.00) | | | | | | | |
| | 7/29/2022 | 1,000 | ($0.27) | ($272.00) | | | | | | | |
| | 7/29/2022 | 1,000 | ($0.27) | ($270.00) | | | | | | | |
| | | 266,173 | | ($380,382.49) | | | | | 266,173 | $319.41 | ($380,063.08) |
| Account 2 | 7/6/2020 | 300 | ($1.53) | ($459.00) | 7/23/2020 | 1751 | $2.21 | $3,869.71 | | | |
| | 7/6/2020 | 80 | ($1.53) | ($122.40) | 7/23/2020 | 8249 | $2.20 | $18,147.80 | | | |
| | 7/7/2020 | 1200 | ($1.54) | ($1,842.00) | 8/4/2020 | 4200 | $2.30 | $9,660.00 | | | |
| | 7/7/2020 | 1000 | ($1.54) | ($1,536.40) | | | | | | | |
| | 7/7/2020 | 10000 | ($1.54) | ($15,400.00) | | | | | | | |
| | 7/7/2020 | 1000 | ($1.55) | ($1,549.80) | | | | | | | |
| | 7/7/2020 | 500 | ($1.55) | ($772.50) | | | | | | | |
| | 7/7/2020 | 1000 | ($1.55) | ($1,546.50) | | | | | | | |
| | 7/7/2020 | 1000 | ($1.55) | ($1,549.90) | | | | | | | |
| | 7/7/2020 | 1200 | ($1.55) | ($1,854.96) | | | | | | | |
| | 7/7/2020 | 2000 | ($1.55) | ($3,099.80) | | | | | | | |
| | 7/7/2020 | 500 | ($1.55) | ($774.95) | | | | | | | |
| | 7/7/2020 | 50 | ($1.54) | ($77.00) | | | | | | | |
| | 7/9/2020 | 5000 | ($1.50) | ($7,500.00) | | | | | | | |
| | 7/9/2020 | 2500 | ($1.50) | ($3,750.00) | | | | | | | |
| | 7/9/2020 | 200 | ($1.50) | ($300.00) | | | | | | | |
| | 7/10/2020 | 900 | ($1.51) | ($1,359.00) | | | | | | | |
| | 7/10/2020 | 70 | ($1.51) | ($105.46) | | | | | | | |
| | 7/20/2020 | 2575 | ($1.70) | ($4,377.24) | | | | | | | |
| | 7/20/2020 | 4125 | ($1.70) | ($7,011.68) | | | | | | | |
| | 7/20/2020 | 65 | ($1.71) | ($111.14) | | | | | | | |
| | 10/28/2020 | 10000 | ($2.60) | ($26,000.00) | | | | | | | |
| | 10/28/2020 | 1200 | ($2.57) | ($3,078.00) | | | | | | | |
| | 10/28/2020 | 40 | ($2.55) | ($101.80) | | | | | | | |
| | 5/6/2021 | 4 | ($2.07) | ($8.28) | | | | | | | |
| | 5/6/2021 | 34 | ($2.06) | ($70.04) | | | | | | | |
| | | 46543 | | ($84,357.84) | | 14,200.00 | | $31,677.51 | 32,343 | $38.81 | ($52,641.52) |

Total shares retained:    298,516  Total Losses:    ($432,704.60)