**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-03161-SKC

DENNIS CLIFTON, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

          Plaintiffs,

    v.

BRENT WILLIS,
FRED COOPER,
TIM HAAS,
REGINALD KAPTEYN,
ALICIA SYRETT,
GREGORY GOULD,
CHUCK ENCE,
CARL AURE,
KEVIN MANION,
ED BRENNAN,
AMY KUZDOWICZ,
GREG FEA, and
CRAIG THIBODEAU,

          Defendants.

---

**DECLARATION OF MATTHEW M. GUINEY IN SUPPORT OF
THE MOTION OF TERRY AND JEAN ROBERTS FOR (1) CONSOLIDATION OF
RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFFS; AND (3)
APPROVAL OF SELECTION OF COUNSEL**

---

I, Matthew M. Guiney, hereby declare:

1.     I am a partner at the law firm of Wolf Haldenstein Adler Freeman & Herz LLP

("Wolf Haldenstein").  I submit this declaration in support of the motion of Terry S. Roberts and

Jean M. Roberts for (1) consolidation of the related actions; (2) appointment as Lead Plaintiffs;

and (3) approval of Movants' selection of Wolf Haldenstein as Lead Counsel and the Cody-Hopkins Law Firm as Local Counsel.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the notices of pendency published on *Business Wire* on December 7, 2022 and *Globe Newswire* on January 18, 2023.

3.      Attached hereto as Exhibit 2 are true and correct copies of Movants' sworn certifications, demonstrating standing as class members, as well as requisite financial interest in the outcome of the litigation.

4.      Attached hereto as Exhibit 3 is a true and correct copy of Movants' declaration, demonstrating their familiarity with the case and the requirements and responsibilities of lead plaintiffs under the PSLRA.

5.      Attached hereto as Exhibit 4 are true and correct copies of loss charts detailing Movants' transactions in shares of New Age, Inc., as well as Movants' losses therefrom.

6.      Attached hereto as Exhibit 5 is a true and correct copy of my firm's resume, setting forth Wolf Haldenstein's background and considerable experience litigating complex securities class actions in federal and state courts throughout the country.

7.      Attached hereto is a true and correct copy of the [Proposed] Order consolidating the related actions and any actions subsequently filed in or transferred to this Court with the above-captioned action, appointing Movants as Lead Plaintiffs, and approving Lead Plaintiffs' selection of Counsel.

Signed under penalty of perjury this 6th day of February 2023.

                                        s/ *Matthew M. Guiney*
                                        Matthew M. Guiney

                                        **WOLF HALDENSTEIN ADLER**

3

**FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Fax: (212) 686-0114
Guiney@whafh.com

*Counsel for Movants Terry S.
Roberts and Jean M. Roberts*

3

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on February 6, 2023, I electronically filed the foregoing and all related documents with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.


s/ *Karen Cody-Hopkins*
Karen Cody-Hopkins