EXHIBIT 2

## PLAINTIFF'S CERTIFICATION

**Terry S. Roberts and Jean M. Roberts, Trustees on behalf of the Revocable Living Trust of Terry S. Roberts and Jean M. Roberts, Living Trust U/A Dated March 25, 2022** ("Plaintiff"), declare under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1.    Plaintiff has reviewed the complaint and authorized the commencement of a Lead Plaintiff motion on Plaintiff's behalf.

2.    Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony, if necessary.

4.    Plaintiff's transactions in the shares of NewAge, Inc. during the Period specified in the Complaint are as follows:

**See Attached Schedule A**

5.    During the three years prior to the date of this Certificate, Plaintiff has not served as a representative party for a class in an action filed under the federal securities laws.

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

We declare under penalty of perjury that the foregoing is true and correct.

Executed on  *1-4-2023*

_____
**Terry S. Roberts**

_____
**Jean M. Roberts**

**SCHEDULE A TO CERTIFICATION**
**Revocable Living Trust of Terry S. Roberts and Jean M. Roberts, Living Trust U/A Dated March 25,**
**2022**

**Purchases**

| Date | Number of Shares | Price per Share |
|---|---|---|
| 7/21/2020 | 500 | $2.65 |
| 7/21/2020 | 500 | $2.64 |
| 7/22/2020 | 200 | $2.24 |
| 7/24/2020 | 800 | $2.29 |
| 7/27/2020 | 1,000 | $2.27 |
| 7/28/2020 | 1,000 | $2.24 |
| 8/3/2020 | 1,000 | $2.23 |
| 8/10/2020 | 1,000 | $2.19 |
| 8/11/2020 | 1,000 | $2.16 |
| 8/12/2020 | 1,000 | $2.08 |
| 8/14/2020 | 403 | $2.11 |
| 8/14/2020 | 597 | $2.11 |
| 8/14/2020 | 1,000 | $2.09 |
| 8/24/2020 | 1,000 | $2.09 |
| 9/3/2020 | 1,000 | $1.98 |
| 9/4/2020 | 1,000 | $1.87 |
| 9/23/2020 | 1,000 | $1.66 |
| 2/18/2021 | 157 | $3.08 |
| 2/18/2021 | 143 | $3.08 |
| 2/23/2021 | 300 | $2.81 |
| 2/24/2021 | 100 | $2.75 |
| 3/2/2021 | 300 | $2.97 |
| 3/4/2021 | 2,000 | $2.70 |
| 3/4/2021 | 2,000 | $2.65 |
| 3/5/2021 | 1,000 | $2.39 |
| 3/17/2021 | 1,000 | $3.08 |
| 3/25/2021 | 1,000 | $2.94 |
| 3/26/2021 | 500 | $2.94 |
| 3/26/2021 | 200 | $2.95 |
| 3/26/2021 | 100 | $2.95 |
| 3/26/2021 | 200 | $2.95 |
| 4/6/2021 | 500 | $2.79 |
| 4/7/2021 | 500 | $2.68 |
| 4/13/2021 | 200 | $2.43 |
| 4/15/2021 | 500 | $2.39 |

| Date | Quantity | Price |
|---|---|---|
| 5/5/2021 | 1,300 | $2.08 |
| 5/6/2021 | 300 | $2.08 |
| 5/10/2021 | 1,700 | $1.99 |
| 5/10/2021 | 1,000 | $2.01 |
| 6/8/2021 | 1,000 | $2.50 |
| 6/10/2021 | 1,000 | $2.42 |
| 6/18/2021 | 1,000 | $2.35 |
| 6/18/2021 | 2,000 | $2.38 |
| 6/22/2021 | 1,200 | $2.32 |
| 6/22/2021 | 1,000 | $2.36 |
| 6/25/2021 | 1,000 | $2.29 |
| 7/7/2021 | 800 | $2.14 |
| 7/12/2021 | 1,000 | $2.07 |
| 7/12/2021 | 1,000 | $2.07 |
| 7/12/2021 | 1,000 | $2.07 |
| 7/13/2021 | 1,000 | $2.05 |
| 7/14/2021 | 1,000 | $2.01 |
| 7/19/2021 | 1,000 | $1.92 |
| 7/23/2021 | 500 | $1.91 |
| 8/16/2021 | 500 | $1.93 |
| 8/17/2021 | 500 | $1.83 |
| 8/19/2021 | 700 | $1.84 |
| 8/20/2021 | 800 | $1.82 |
| 9/8/2021 | 300 | $1.68 |
| 9/30/2021 | 1,000 | $1.40 |
| 10/1/2021 | 300 | $1.37 |
| 10/1/2021 | 100 | $1.37 |
| 10/1/2021 | 100 | $1.37 |
| 10/1/2021 | 100 | $1.37 |
| 10/1/2021 | 100 | $1.37 |
| 10/1/2021 | 200 | $1.37 |
| 10/1/2021 | 100 | $1.37 |
| 10/19/2021 | 700 | $1.45 |
| 10/27/2021 | 1,000 | $1.48 |
| 11/10/2021 | 1,000 | $1.43 |
| 11/17/2021 | 1,000 | $1.25 |
| 11/30/2021 | 1,000 | $1.19 |
| 12/14/2021 | 1,000 | $1.08 |
| 12/16/2021 | 1,000 | $1.11 |
| 12/27/2021 | 1,200 | $1.12 |
| 1/4/2022 | 6,800 | $1.15 |
| 1/5/2022 | 2,000 | $1.04 |
| 1/10/2022 | 1,000 | $1.01 |

| Date | Number of Shares | Price per Share |
|---|---|---|
| 1/12/2022 | 2,000 | $0.91 |
| 1/14/2022 | 3,400 | $0.84 |
| 1/14/2022 | 200 | $0.85 |
| 1/14/2022 | 600 | $0.85 |
| 1/14/2022 | 500 | $0.85 |
| 1/14/2022 | 300 | $0.85 |

## Sales

| Date | Number of Shares | Price per Share |
|---|---|---|
| 10/12/2020 | 1,000 | $2.15 |
| 10/12/2020 | 4,000 | $2.18 |
| 10/13/2020 | 4,000 | $2.22 |
| 10/16/2020 | 5,000 | $2.40 |

## PLAINTIFF'S CERTIFICATION

**Terry S. Roberts** ("Plaintiff") declares under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed the complaint and authorized the commencement of a Lead Plaintiff motion on Plaintiff's behalf.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony, if necessary.

4. Plaintiff's transactions in the shares of NewAge, Inc. during the Period specified in the Complaint are as follows:

### See Attached Schedule A

5. During the three years prior to the date of this Certificate, Plaintiff has not served as a representative party for a class in an action filed under the federal securities laws.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on _1-4-2023_

_Terry S. Roberts_
**Terry S. Roberts**

**SCHEDULE A TO CERTIFICATION**
**Terry S. Roberts - Charles Schwab Inc. C/F IRA Rollover**

**Purchases**

| Date | Number of Shares | Price per Share |
|------|------------------|-----------------|
| 9/11/2020 | 2,000 | $1.80 |
| 12/17/2020 | 1,000 | $2.79 |
| 2/17/2021 | 100 | $3.35 |
| 4/7/2021 | 900 | $2.70 |
| 4/7/2021 | 2,000 | $2.70 |
| 4/12/2021 | 1,600 | $2.50 |
| 5/10/2021 | 100 | $2.02 |

**Sales**

| Date | Number of Shares | Price per Share |
|------|------------------|-----------------|
| 10/19/2020 | 2,000 | $2.50 |
| 12/21/2020 | 800 | $2.71 |
| 12/21/2020 | 100 | $2.72 |
| 12/21/2020 | 100 | $2.72 |
| 12/10/2021 | 500 | $1.14 |

## PLAINTIFF'S CERTIFICATION

**Jean M. Roberts** ("Plaintiff") declares under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed the complaint and authorized the commencement of a Lead Plaintiff motion on Plaintiff's behalf.

2.      Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony, if necessary.

4.      Plaintiff's transactions in the shares of NewAge, Inc. during the Period specified in the Complaint are as follows:

**See Attached Schedule A**

5.      During the three years prior to the date of this Certificate, Plaintiff has not served as a representative party for a class in an action filed under the federal securities laws.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on 1-4-2023

_____
**Jean M. Roberts**

## SCHEDULE A TO CERTIFICATION

### Jean M. Roberts - Charles Schwab Inc. C/F IRA Rollover

**Purchases**

| Date | Number of Shares | Price per Share |
|---|---|---|
| 1/15/2021 | 500 | $2.86 |
| 1/19/2021 | 500 | $2.92 |
| 1/20/2021 | 500 | $2.83 |
| 2/17/2021 | 500 | $3.37 |
| 3/4/2021 | 5,000 | $2.62 |
| 3/5/2021 | 500 | $2.42 |
| 3/24/2021 | 500 | $3.02 |
| 3/26/2021 | 200 | $2.94 |
| 4/7/2021 | 1,000 | $2.69 |
| 4/7/2021 | 800 | $2.69 |
| 4/12/2021 | 1,500 | $2.50 |
| 4/13/2021 | 1,500 | $2.43 |
| 4/14/2021 | 100 | $2.44 |
| 11/11/2021 | 900 | $1.39 |
| 11/12/2021 | 1,000 | $1.36 |
| 12/20/2021 | 1,500 | $1.09 |
| 12/31/2021 | 3,500 | $1.04 |
| 1/10/2022 | 1,000 | $1.01 |