EXHIBIT 3

Matthew M. Guiney
Patrick Donovan
Rourke C. Donahue
**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Fax: (212) 686-0114
Guiney@whafh.com
Donovan@whafh.com
Donahue@whafh.com

*Counsel for Movants Terry S. Roberts and Jean M. Roberts*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-03161-SKC

DENNIS CLIFTON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

      Plaintiffs,

           v.

BRENT WILLIS, FRED COOPER, TIM HAAS, REGINALD KAPTEYN, ALICIA SYRETT,
GREGORY GOULD, CHUCK ENCE, CARL AURE, KEVIN MANION, ED BRENNAN,
AMY KUZDOWICZ, GREG FEA, and CRAIG THIBODEAU,

           Defendants.

---

## DECLARATION OF TERRY S. ROBERTS AND JEAN M. ROBERTS

---

We, the undersigned, declare as follows:

1.     We, Terry S. Roberts and Jean M. Roberts, (the "Movants") respectfully submit
this Declaration in support of our Joint Motion for Appointment as Lead Plaintiffs and Approval

of Selection of Counsel (the "Declaration"). We have personal knowledge about the information contained in this Declaration.

2.      We are informed of and understand the requirement of serving as lead plaintiffs pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). We understand that we could have chosen to pursue an individual action, or taken no action and remained absent class members. However, we decided to move for lead plaintiffs in this case because we believe it will best serve the Class.

3.      I, Terry S. Roberts, reside in Bloomfield Hills, Michigan and I am a marketing representative. I traded in NewAge securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in the Action. I am motivated to recover the losses for my own benefit and the benefit of all members of the Class.

4.      I, Jean M. Roberts, reside in Bloomfield Hills, Michigan and I am a retired management consultant. I traded in NewAge securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in the Action. I am motivated to recover the losses for my own benefit and the benefit of all members of the Class.

5.      We are aware that on December 7, 2022, Dennis Clifton filed a putative class action in the United States District Court for the District of Colorado seeking relief against NewAge and certain other defendants and that on January 17, 2023, Daniel Taylor filed a substantially similar putative class action against NewAge and certain other defendants in the United States District Court for the District of Colorado.

6.      We believe that we will provide exemplary representation to the Class of investors, who purchased or otherwise acquired NewAge securities during the Class Period. We

2

discussed the allegations against the Company, the procedural background of the Action, and the process of appointing a lead plaintiff in cases such as this, and attorneys' fees.

7.    We have retained the law firm of Wolf Haldenstein Adler Freeman & Herz LLP ("Wolf Haldenstein") to represent us in this matter. We believe the allegations against NewAge and the other defendants are meritorious and that the Class will benefit from being represented by an experienced and successful securities litigation law firm. We agree to represent all NewAge shareholders who suffered damages during the Class Period and to ensure that the Class achieves the largest recovery possible.

8.    We understand that, if appointed, we would owe a fiduciary duty to the Class to work to provide effective representation and to ensure that lead counsel effectively litigates the Action. We understand that if we are appointed as lead plaintiffs, we will owe a duty to the putative Class to provide fair and adequate representation, oversee counsel, and obtain the largest possible recovery against all culpable parties consistent with good faith and vigorous advocacy. We will do our best to maximize the recovery for the Class.

9.    If appointed as Lead Plaintiffs, we will actively manage the prosecution of the Action including reviewing documents, having calls, discussing through e-mail any developments, participating in discovery, and exercising decision-making to execute a strategy to maximize the recovery of the entire Class.

10.    We select Wolf Haldenstein to serve as lead counsel on behalf of the Class. This firm has the experience and ability to effectively and expeditiously bring the Action to a close and achieve a strong recovery on behalf of the Class. We have reviewed the firm's resume and are, consequently, familiar with the experience, resources and successes of proposed lead counsel, Wolf Haldenstein.

3

11.    It is our goal to resolve this Action in an expeditious manner that is in the best interest of all members of the Class. Through supervision of chosen counsel, Wolf Haldenstein, we will ensure that the Action is prosecuted for the benefit of the Class in an efficient and effective manner. In that regard, we will direct Wolf Haldenstein to prosecute the Action in such a way to achieve a fair result for all members of the Class.

12.    We have also directed counsel to keep us informed of any developments in the Action – including any developments in the lead plaintiff proceedings. To this end, we will continue to direct lead counsel and oversee the prosecution of this Action for the benefit of the Class by reviewing pleadings, orders and motion papers, and conferring amongst ourselves. Further, we agree that we will make ourselves available to personally travel for any appearances, depositions, settlement hearings, and other meetings necessary to facilitate the prosecution of this Action.

13.    We, Terry S. Roberts and Jean M. Roberts, hereby reaffirm our commitment to satisfying the fiduciary duties that we will owe to the Class if appointed as Lead Plaintiffs, including conferring with counsel regarding litigation strategy, attending court proceedings and depositions, if necessary, and reviewing documents, pleadings and motions in this Action. Our main goal is obtaining the largest possible recovery for the Class.

We, Terry S. Roberts and Jean M. Roberts, declare that the foregoing is true and correct:

Executed    *FEBRUARY 02, 2023*

4

Terry S. Roberts

Jean M. Roberts