EXHIBIT 4

**Terry and Jean Roberts Loss Chart Summary**

**NEWAGE INC**
**Cusip: 650194103**
**Class Period: January 18, 2018 - October 18, 2022**

| Account | Loss |
|---|---|
| Revocable Living Trust of Terry S. Roberts and Jean M. Roberts, Living Trust U/A Dated March 25, 2022 | $105,196.00 |
| Jean M. Roberts - Charles Schwab Inc. C/F IRA Rollover | $43,739.30 |
| Terry S. Roberts - Charles Schwab Inc. C/F IRA Rollover | $10,467.86 |
| **COMBINED LOSS** | **$159,403.16** |

**Revocable Living Trust of Terry S. Roberts and Jean M. Roberts, Living Trust U/A Dated March 25, 2022**
**NEWAGE INC**
**Cusip: 650194103**
**Class Period: January 18, 2018 - October 18, 2022**
**Lookback price**                    **$0.002300**        **(average closing price through 12/01/22)**

**Purchases**

| Date | Number of Shares | Price per Share | Basis |
|---|---|---|---|
| 07/21/20 | 500 | $2.65 | $1,325.00 |
| 07/21/20 | 500 | $2.64 | $1,320.00 |
| 07/22/20 | 200 | $2.24 | $448.00 |
| 07/24/20 | 800 | $2.29 | $1,832.00 |
| 07/27/20 | 1,000 | $2.27 | $2,270.00 |
| 07/28/20 | 1,000 | $2.24 | $2,240.00 |
| 08/03/20 | 1,000 | $2.23 | $2,230.00 |
| 08/10/20 | 1,000 | $2.19 | $2,190.00 |
| 08/11/20 | 1,000 | $2.16 | $2,160.00 |
| 08/12/20 | 1,000 | $2.08 | $2,080.00 |
| 08/14/20 | 403 | $2.11 | $850.33 |
| 08/14/20 | 597 | $2.11 | $1,259.67 |
| 08/14/20 | 1,000 | $2.09 | $2,090.00 |
| 08/24/20 | 1,000 | $2.09 | $2,090.00 |
| 09/03/20 | 1,000 | $1.98 | $1,980.00 |
| 09/04/20 | 1,000 | $1.87 | $1,870.00 |
| 09/23/20 | 1,000 | $1.66 | $1,660.00 |
| 02/18/21 | 157 | $3.08 | $483.56 |
| 02/18/21 | 143 | $3.08 | $440.44 |
| 02/23/21 | 300 | $2.81 | $843.00 |
| 02/24/21 | 100 | $2.75 | $275.00 |
| 03/02/21 | 300 | $2.97 | $891.00 |
| 03/04/21 | 2,000 | $2.70 | $5,400.00 |
| 03/04/21 | 2,000 | $2.65 | $5,300.00 |
| 03/05/21 | 1,000 | $2.39 | $2,390.00 |
| 03/17/21 | 1,000 | $3.08 | $3,080.00 |
| 03/25/21 | 1,000 | $2.94 | $2,940.00 |
| 03/26/21 | 500 | $2.94 | $1,470.00 |
| 03/26/21 | 200 | $2.95 | $590.00 |
| 03/26/21 | 100 | $2.95 | $295.00 |
| 03/26/21 | 200 | $2.95 | $590.00 |
| 04/06/21 | 500 | $2.79 | $1,395.00 |
| 04/07/21 | 500 | $2.68 | $1,340.00 |
| 04/13/21 | 200 | $2.43 | $486.00 |
| 04/15/21 | 500 | $2.39 | $1,195.00 |
| 05/05/21 | 1,300 | $2.08 | $2,704.00 |
| 05/06/21 | 300 | $2.08 | $624.00 |
| 05/10/21 | 1,700 | $1.99 | $3,383.00 |
| 05/10/21 | 1,000 | $2.01 | $2,010.00 |
| 06/08/21 | 1,000 | $2.50 | $2,500.00 |
| 06/10/21 | 1,000 | $2.42 | $2,420.00 |
| 06/18/21 | 1,000 | $2.35 | $2,350.00 |
| 06/18/21 | 2,000 | $2.38 | $4,760.00 |
| 06/22/21 | 1,200 | $2.32 | $2,784.00 |

**Revocable Living Trust of Terry S. Roberts and Jean M. Roberts, Living Trust U/A Dated March 25, 2022**
**NEWAGE INC**
**Cusip: 650194103**
**Class Period: January 18, 2018 - October 18, 2022**
**Lookback price**                    **$0.002300**          **(average closing price through 12/01/22)**

| | | | |
|---|---|---|---|
| 06/22/21 | 1,000 | $2.36 | $2,360.00 |
| 06/25/21 | 1,000 | $2.29 | $2,290.00 |
| 07/07/21 | 800 | $2.14 | $1,712.00 |
| 07/12/21 | 1,000 | $2.07 | $2,070.00 |
| 07/12/21 | 1,000 | $2.07 | $2,070.00 |
| 07/12/21 | 1,000 | $2.07 | $2,070.00 |
| 07/13/21 | 1,000 | $2.05 | $2,050.00 |
| 07/14/21 | 1,000 | $2.01 | $2,010.00 |
| 07/19/21 | 1,000 | $1.92 | $1,920.00 |
| 07/23/21 | 500 | $1.91 | $955.00 |
| 08/16/21 | 500 | $1.93 | $965.00 |
| 08/17/21 | 500 | $1.83 | $915.00 |
| 08/19/21 | 700 | $1.84 | $1,288.00 |
| 08/20/21 | 800 | $1.82 | $1,456.00 |
| 09/08/21 | 300 | $1.68 | $504.00 |
| 09/30/21 | 1,000 | $1.40 | $1,400.00 |
| 10/01/21 | 300 | $1.37 | $411.00 |
| 10/01/21 | 100 | $1.37 | $137.00 |
| 10/01/21 | 100 | $1.37 | $137.00 |
| 10/01/21 | 100 | $1.37 | $137.00 |
| 10/01/21 | 100 | $1.37 | $137.00 |
| 10/01/21 | 200 | $1.37 | $274.00 |
| 10/01/21 | 100 | $1.37 | $137.00 |
| 10/19/21 | 700 | $1.45 | $1,015.00 |
| 10/27/21 | 1,000 | $1.48 | $1,480.00 |
| 11/10/21 | 1,000 | $1.43 | $1,430.00 |
| 11/17/21 | 1,000 | $1.25 | $1,250.00 |
| 11/30/21 | 1,000 | $1.19 | $1,190.00 |
| 12/14/21 | 1,000 | $1.08 | $1,080.00 |
| 12/16/21 | 1,000 | $1.11 | $1,110.00 |
| 12/27/21 | 1,200 | $1.12 | $1,344.00 |
| 01/04/22 | 6,800 | $1.15 | $7,820.00 |
| 01/05/22 | 2,000 | $1.04 | $2,080.00 |
| 01/10/22 | 1,000 | $1.01 | $1,010.00 |
| 01/12/22 | 2,000 | $0.91 | $1,820.00 |
| 01/14/22 | 3,400 | $0.84 | $2,856.00 |
| 01/14/22 | 200 | $0.85 | $170.00 |
| 01/14/22 | 600 | $0.85 | $510.00 |
| 01/14/22 | 500 | $0.85 | $425.00 |
| 01/14/22 | 300 | $0.85 | $255.00 |
| | **74,000** | | **$137,084.00** |

**Revocable Living Trust of Terry S. Roberts and Jean M. Roberts, Living Trust U/A Dated March 25, 2022**
**NEWAGE INC**
**Cusip: 650194103**
**Class Period: January 18, 2018 - October 18, 2022**
**Lookback price**            **$0.002300**        **(average closing price through 12/01/22)**

**Sales**

| Date | Number of Shares | Price per Share | Proceeds |
|------|------------------|-----------------|----------|
| 10/12/20 | 1,000 | $2.15 | $2,150.00 |
| 10/12/20 | 4,000 | $2.18 | $8,720.00 |
| 10/13/20 | 4,000 | $2.22 | $8,880.00 |
| 10/16/20 | 5,000 | $2.40 | $12,000.00 |
| 12/01/22 | 60,000 | $0.0023 | $138.00 |
|          | 74,000 |         | $31,888.00 |
| **LOSS** |        |         | **$105,196.00** |

**Jean M. Roberts - Charles Schwab Inc. C/F IRA Rollover**
**NEWAGE INC**
**Cusip: 650194103**
**Class Period: January 18, 2018 - October 18, 2022**
**Lookback price**                    **$0.001700**            **(average closing price through 12/15/22)**

### Purchases

| Date | Number of Shares | Price per Share | Basis |
|------|------------------|-----------------|-------|
| 01/15/21 | 500 | $2.86 | $1,430.00 |
| 01/19/21 | 500 | $2.92 | $1,460.00 |
| 01/20/21 | 500 | $2.83 | $1,415.00 |
| 02/17/21 | 500 | $3.37 | $1,685.00 |
| 03/04/21 | 5,000 | $2.62 | $13,100.00 |
| 03/05/21 | 500 | $2.42 | $1,210.00 |
| 03/24/21 | 500 | $3.02 | $1,510.00 |
| 03/26/21 | 200 | $2.94 | $588.00 |
| 04/07/21 | 1,000 | $2.69 | $2,690.00 |
| 04/07/21 | 800 | $2.69 | $2,152.00 |
| 04/12/21 | 1,500 | $2.50 | $3,750.00 |
| 04/13/21 | 1,500 | $2.43 | $3,645.00 |
| 04/14/21 | 100 | $2.44 | $244.00 |
| 11/11/21 | 900 | $1.39 | $1,251.00 |
| 11/12/21 | 1,000 | $1.36 | $1,360.00 |
| 12/20/21 | 1,500 | $1.09 | $1,635.00 |
| 12/31/21 | 3,500 | $1.04 | $3,640.00 |
| 01/10/22 | 1,000 | $1.01 | $1,010.00 |
| | 21,000 | | $43,775.00 |

### Sales

| Date | Number of Shares | Price per Share | Proceeds |
|------|------------------|-----------------|----------|
| 12/15/22 | 21,000 | $0.00170 | $35.70 |
| **LOSS** | | | $43,739.30 |

**Terry S. Roberts - Charles Schwab Inc. C/F IRA Rollover**
**NEWAGE INC**
**Cusip: 650194103**
**Class Period: January 18, 2018 - October 18, 2022**
**Lookback price**                    **$0.001700**        **(average closing price through 12/15/22)**

### Purchases

| Date | Number of Shares | Price per Share | Basis |
|------|------------------|-----------------|-------|
| 09/11/20 | 2,000 | $1.80 | $3,600.00 |
| 12/17/20 | 1,000 | $2.79 | $2,790.00 |
| 02/17/21 | 100 | $3.35 | $335.00 |
| 04/07/21 | 900 | $2.70 | $2,430.00 |
| 04/07/21 | 2,000 | $2.70 | $5,400.00 |
| 04/12/21 | 1,600 | $2.50 | $4,000.00 |
| 05/10/21 | 100 | $2.02 | $202.00 |
| | 7,700 | | $18,757.00 |

### Sales

| Date | Number of Shares | Price per Share | Proceeds |
|------|------------------|-----------------|----------|
| 10/19/2020 | 2,000 | $2.50 | $5,000.00 |
| 12/21/2020 | 800 | $2.71 | $2,168.00 |
| 12/21/2020 | 100 | $2.72 | $272.00 |
| 12/21/2020 | 100 | $2.72 | $272.00 |
| 12/10/2021 | 500 | $1.14 | $570.00 |
| 12/15/2022 | 4200 | $0.0017 | $7.14 |
| | 7,700 | | $8,289.14 |

**LOSS**                                                    **$10,467.86**