IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-03161-SKC

DENNIS CLIFTON, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

                Plaintiffs,

    v.

BRENT WILLIS,
FRED COOPER,
TIM HAAS,
REGINALD KAPTEYN,
ALICIA SYRETT,
GREGORY GOULD,
CHUCK ENCE,
CARL AURE,
KEVIN MANION,
ED BRENNAN,
AMY KUZDOWICZ,
GREG FEA, and
CRAIG THIBODEAU,

                Defendants.

---

**[PROPOSED] ORDER GRANTING THE MOTION OF
TERRY AND JEAN ROBERTS FOR (1) CONSOLIDATION OF RELATED ACTIONS;
(2) APPOINTMENT AS LEAD PLAINTIFFS; AND (3) APPROVAL OF SELECTION
OF COUNSEL**

---

Having considered the motion of Terry S. Roberts and Jean M. Roberts ("Terry and Jean Roberts" or "Movants") for (1) consolidation of the related actions; (2) appointment as Lead Plaintiffs; and (3) approval of selection of Counsel (the "Motion"), and good cause appearing, the Court hereby ORDERS as follows:

1.      The Motion is GRANTED;

2.      Pursuant to Federal Rule of Civil Procedure 42(a), the above-captioned action and *Taylor v. Willis*, Case No. 1:23-cv-00127-RMR-STV are consolidated for pre-trial purposes;

3.      Additional class actions filed in or transferred to this Court, arising out of the same operative facts and alleging substantially the same causes of action, shall be similarly consolidated herewith and subject to this Court's orders;

4.      Any pleading filed in the consolidated action shall bear the following caption:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE NEWAGE, INC. SECURITIES LITIGATION ) ) | Civil Action No. 1:22-cv-03161-SKC |
| ) | |
| This Document Relates To: ) | |
| ) | |
| ALL ACTIONS ) ) | |

5.      The files of the consolidated action shall be maintained in one file under Civil Action No. 1:22-cv-03161-SKC.

6.    The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Movants Terry S. Roberts and Jean M. Roberts as Lead Plaintiffs; and

7.      Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Wolf Haldenstein Adler Freeman & Herz LLP is approved as Lead Counsel for the Class and the Cody-Hopkins Law Firm is approved as Local Counsel for the Class.

IT IS SO ORDERED.

2

Dated: _____, 2023                    _____