**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-03161-SKC

DENNIS CLIFTON, Individually and on Behalf of All Others Similarly Situated,

     Plaintiff,

  v.

BRENT WILLIS,
FRED COOPER,
TIM HAAS,
REGINALD KAPTEYN,
ALICIA SYRETT,
GREGORY GOULD,
CHUCK ENCE,
CARL AURE,
KEVIN MANION,
ED BRENNAN,
AMY KUZDOWICZ,
GREG FEA, and
CRAIG THIBODEAU,

     Defendants.

Civil Action No. 1:23-cv-00127-RMR-STV

DANIEL TAYLOR, Individually and on Behalf of All Others Similarly Situated,

     Plaintiff,

  v.

BRENT WILLIS,
FRED COOPER,
TIM HAAS,
REGINALD KAPTEYN,
ALICIA SYRETT,
GREGORY GOULD,
CHUCK ENCE,
CARL AURE,
KEVIN MANION,
ED BRENNAN,
AMY KUZDOWICZ,
GREG FEA, and
CRAIG THIBODEAU,

     Defendants.

**DECLARATION OF JEFFREY A. BERENS IN SUPPORT OF MOVANT
CHRIS DOBSON'S MOTION TO CONSOLIDATE RELATED ACTIONS, FOR
APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF COUNSEL**

I, Jeffrey A. Berens, declare as follows:

1.      I am a member in good standing of the bar of this Court and Of Counsel for the law firm of Johnson Fistel, LLP, counsel for movant Chris Dobson.  I submit this declaration in support of Movant Chris Dobson's Motion to Consolidate Related Actions, for Appointment as Lead Plaintiff and for Approval of Counsel.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the press release announcing the filing of the *Clifton* action on December 7, 2022.

3.      Attached hereto as **Exhibit B** is a true and correct copy of Chris Dobson's Certification.

4.      Attached hereto as **Exhibit C** is a true and correct copy of Chris Dobson's loss estimate, prepared by counsel.

5.      Attached hereto as **Exhibit D** is a true and correct copy of the Declaration of Chris Dobson.

6.      Attached hereto as **Exhibit E** is a true and correct copy of the firm résumé of Johnson Fistel, LLP.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this February 6, 2023.

*s/ Jeffrey A. Berens*_____
Jeffrey A. Berens

1

**CERTIFICATE OF SERVICE**

I, Jeffrey A. Berens, hereby certify that on February 6, 2023 a true and correct copy of the foregoing was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

*s/ Jeffrey A. Berens*
Jeffrey A. Berens