# EXHIBIT C

NewAge, Inc. (NASDAQ: NBEV)

Chris Dobson - PSLRA Financial Interest Analysis (Prepared By Counsel)

Class Period: January 18, 2018 - October 18, 2022, inclusive

| Date | Action | Quantity | Price | Total | Date | Action | Quantity | Price | Total |
|---|---|---|---|---|---|---|---|---|---|
| 11/18/2020 | Buy | 60 | $2.6800 | $160.80 | 11/19/2020 | Sell | 6,109 | $2.9541 | $18,046.60 |
| 11/18/2020 | Buy | 349 | $2.6800 | $935.32 | 11/19/2020 | Sell | 200 | $2.9500 | $590.00 |
| 11/18/2020 | Buy | 100 | $2.6700 | $267.00 | 11/19/2020 | Sell | 100 | $2.9500 | $295.00 |
| 11/18/2020 | Buy | 200 | $2.6800 | $536.00 | 11/19/2020 | Sell | 100 | $2.9500 | $295.00 |
| 11/18/2020 | Buy | 7,100 | $2.6800 | $19,028.00 | 11/19/2020 | Sell | 100 | $2.9500 | $295.00 |
| 11/18/2020 | Buy | 1,031 | $2.6900 | $2,773.39 | 11/19/2020 | Sell | 100 | $2.9500 | $295.00 |
| 11/18/2020 | Buy | 100 | $2.6900 | $269.00 | 11/19/2020 | Sell | 100 | $2.9500 | $295.00 |
| 11/18/2020 | Buy | 6 | $2.6900 | $16.14 | 11/19/2020 | Sell | 200 | $2.9500 | $590.00 |
| 11/18/2020 | Buy | 100 | $2.6900 | $269.00 | 11/19/2020 | Sell | 800 | $2.9500 | $2,360.00 |
| 11/18/2020 | Buy | 100 | $2.6900 | $269.00 | 11/19/2020 | Sell | 1,800 | $2.9500 | $5,310.00 |
| 11/18/2020 | Buy | 100 | $2.6850 | $268.50 | 11/19/2020 | Sell | 300 | $2.9600 | $888.00 |
| 11/18/2020 | Buy | 100 | $2.6900 | $269.00 | 11/19/2020 | Sell | 100 | $2.9600 | $296.00 |
| 11/18/2020 | Buy | 300 | $2.6900 | $807.00 | 11/19/2020 | Sell | 200 | $2.9600 | $592.00 |
| 11/18/2020 | Buy | 200 | $2.6900 | $538.00 | 11/19/2020 | Sell | 100 | $2.9600 | $296.00 |
| 11/18/2020 | Buy | 10 | $2.6900 | $26.90 | 11/19/2020 | Sell | 100 | $2.9600 | $296.00 |
| 11/18/2020 | Buy | 200 | $2.6900 | $538.00 | 11/19/2020 | Sell | 100 | $2.9600 | $296.00 |
| 11/18/2020 | Buy | 300 | $2.6900 | $807.00 | 11/19/2020 | Sell | 100 | $2.9600 | $296.00 |
| 11/18/2020 | Buy | 100 | $2.6900 | $269.00 | 11/19/2020 | Sell | 400 | $2.9600 | $1,184.00 |
| 11/18/2020 | Buy | 200 | $2.6900 | $538.00 | 11/19/2020 | Sell | 600 | $2.9600 | $1,776.00 |
| 11/18/2020 | Buy | 200 | $2.6900 | $538.00 | 11/19/2020 | Sell | 100 | $2.9600 | $296.00 |
| 11/18/2020 | Buy | 200 | $2.6900 | $538.00 | 11/19/2020 | Sell | 600 | $2.9600 | $1,776.00 |
| 11/18/2020 | Buy | 158 | $2.6900 | $425.02 | 11/19/2020 | Sell | 200 | $2.9600 | $592.00 |
| 11/18/2020 | Buy | 85 | $2.6900 | $228.65 | 11/19/2020 | Sell | 1,600 | $2.9602 | $4,736.32 |
| 11/18/2020 | Buy | 3 | $2.6900 | $8.07 | 11/19/2020 | Sell | 2,100 | $2.9600 | $6,216.00 |
| 11/18/2020 | Buy | 1 | $2.6900 | $2.69 | 11/19/2020 | Sell | 800 | $2.9600 | $2,368.00 |
| 11/18/2020 | Buy | 400 | $2.6900 | $1,076.00 | 11/19/2020 | Sell | 300 | $2.9600 | $888.00 |
| 11/18/2020 | Buy | 200 | $2.6900 | $538.00 | 11/19/2020 | Sell | 100 | $2.9600 | $296.00 |
| 11/18/2020 | Buy | 300 | $2.6900 | $807.00 | 11/19/2020 | Sell | 200 | $2.9600 | $592.00 |
| 11/18/2020 | Buy | 100 | $2.6900 | $269.00 | 11/19/2020 | Sell | 100 | $2.9610 | $296.10 |
| 11/18/2020 | Buy | 100 | $2.6850 | $268.50 | 11/19/2020 | Sell | 100 | $2.9610 | $296.10 |
| 11/18/2020 | Buy | 100 | $2.6900 | $269.00 | 11/19/2020 | Sell | 200 | $2.9504 | $590.08 |
| 11/18/2020 | Buy | 100 | $2.6900 | $269.00 | 11/19/2020 | Sell | 1,480 | $2.9504 | $4,366.59 |
| 11/18/2020 | Buy | 200 | $2.6900 | $538.00 | 11/19/2020 | Sell | 100 | $2.9500 | $295.00 |

| 11/18/2020 | Buy | 300 | $2.6900 | $807.00 | 11/19/2020 | Sell | 100 | $2.9500 | $295.00 |
|---|---|---|---|---|---|---|---|---|---|
| 11/18/2020 | Buy | 100 | $2.6900 | $269.00 | 11/19/2020 | Sell | 100 | $2.9500 | $295.00 |
| 11/18/2020 | Buy | 100 | $2.6900 | $269.00 | 11/19/2020 | Sell | 100 | $2.9500 | $295.00 |
| 11/18/2020 | Buy | 100 | $2.6900 | $269.00 | 11/19/2020 | Sell | 100 | $2.9500 | $295.00 |
| 11/18/2020 | Buy | 100 | $2.6900 | $269.00 | 11/19/2020 | Sell | 91 | $2.9500 | $268.45 |
| 11/18/2020 | Buy | 400 | $2.6900 | $1,076.00 | 11/19/2020 | Sell | 150 | $2.9500 | $442.50 |
| 11/18/2020 | Buy | 200 | $2.6900 | $538.00 | 11/19/2020 | Sell | 165 | $2.9500 | $486.75 |
| 11/18/2020 | Buy | 200 | $2.6900 | $538.00 | 11/19/2020 | Sell | 50 | $2.9500 | $147.50 |
| 11/18/2020 | Buy | 600 | $2.6900 | $1,614.00 | 11/19/2020 | Sell | 100 | $2.9500 | $295.00 |
| 11/18/2020 | Buy | 300 | $2.6900 | $807.00 | 11/19/2020 | Sell | 200 | $2.9500 | $590.00 |
| 11/18/2020 | Buy | 100 | $2.6900 | $269.00 | 11/19/2020 | Sell | 200 | $2.9500 | $590.00 |
| 11/18/2020 | Buy | 10 | $2.6900 | $26.90 | 11/19/2020 | Sell | 500 | $2.9500 | $1,475.00 |
| 11/18/2020 | Buy | 100 | $2.6900 | $269.00 | 11/19/2020 | Sell | 200 | $2.9500 | $590.00 |
| 11/18/2020 | Buy | 400 | $2.6900 | $1,076.00 | 11/19/2020 | Sell | 200 | $2.9500 | $590.00 |
| 11/18/2020 | Buy | 200 | $2.6900 | $538.00 | 11/19/2020 | Sell | 200 | $2.9500 | $590.00 |
| 11/18/2020 | Buy | 200 | $2.6900 | $538.00 | 11/19/2020 | Sell | 800 | $2.9500 | $2,360.00 |
| 11/18/2020 | Buy | 200 | $2.6900 | $538.00 | 11/19/2020 | Sell | 200 | $2.9500 | $590.00 |
| 11/18/2020 | Buy | 300 | $2.6850 | $805.50 | 11/19/2020 | Sell | 200 | $2.9500 | $590.00 |
| 11/18/2020 | Buy | 100 | $2.6850 | $268.50 | 11/19/2020 | Sell | 200 | $2.9500 | $590.00 |
| 11/18/2020 | Buy | 100 | $2.6850 | $268.50 | 11/19/2020 | Sell | 200 | $2.9500 | $590.00 |
| 11/18/2020 | Buy | 100 | $2.6850 | $268.50 | 11/19/2020 | Sell | 100 | $2.9500 | $295.00 |
| 11/18/2020 | Buy | 100 | $2.6850 | $268.50 | 11/19/2020 | Sell | 100 | $2.9550 | $295.50 |
| 11/18/2020 | Buy | 200 | $2.6850 | $537.00 | 11/19/2020 | Sell | 100 | $2.9550 | $295.50 |
| 11/18/2020 | Buy | 100 | $2.6850 | $268.50 | 11/19/2020 | Sell | 35 | $2.9500 | $103.25 |
| 11/18/2020 | Buy | 100 | $2.6850 | $268.50 | 11/19/2020 | Sell | 200 | $2.9500 | $590.00 |
| 11/18/2020 | Buy | 200 | $2.6850 | $537.00 | 11/19/2020 | Sell | 300 | $2.9500 | $885.00 |
| 11/18/2020 | Buy | 1 | $2.6800 | $2.68 | 11/19/2020 | Sell | 100 | $2.9500 | $295.00 |
| 11/18/2020 | Buy | 95 | $2.6800 | $254.60 | 11/19/2020 | Sell | 200 | $2.9500 | $590.00 |
| 11/18/2020 | Buy | 7,500 | $2.6900 | $20,175.00 | 11/19/2020 | Sell | 700 | $2.9500 | $2,065.00 |
| 11/18/2020 | Buy | 144 | $2.6880 | $387.07 | 11/19/2020 | Sell | 300 | $2.9500 | $885.00 |
| 11/18/2020 | Buy | 600 | $2.6899 | $1,613.94 | 11/19/2020 | Sell | 729 | $2.9500 | $2,150.55 |
| 11/18/2020 | Buy | 500 | $2.6870 | $1,343.50 | 11/19/2020 | Sell | 200 | $2.9500 | $590.00 |
| 11/18/2020 | Buy | 600 | $2.6899 | $1,613.94 | 11/19/2020 | Sell | 300 | $2.9500 | $885.00 |
| 11/18/2020 | Buy | 500 | $2.6860 | $1,343.00 | 11/19/2020 | Sell | 500 | $2.9500 | $1,475.00 |
| 11/18/2020 | Buy | 56 | $2.6850 | $150.36 | 11/19/2020 | Sell | 100 | $2.9500 | $295.00 |
| 11/18/2020 | Buy | 100 | $2.6850 | $268.50 | 11/19/2020 | Sell | 200 | $2.9500 | $590.00 |
| 11/18/2020 | Buy | 1,500 | $2.6899 | $4,034.85 | 11/19/2020 | Sell | 1,000 | $2.9600 | $2,960.00 |
| 11/18/2020 | Buy | 8,500 | $2.6899 | $22,864.15 | 11/19/2020 | Sell | 200 | $2.9600 | $592.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/18/2020 | Buy | 10,000 | $2.6877 | $26,877.00 | 11/19/2020 | Sell | 200 | $2.9600 | $592.00 |
| 11/18/2020 | Buy | 3,159 | $2.6800 | $8,466.12 | 11/19/2020 | Sell | 200 | $2.9600 | $592.00 |
| 11/18/2020 | Buy | 3 | $2.6800 | $8.04 | 11/19/2020 | Sell | 200 | $2.9600 | $592.00 |
| 11/18/2020 | Buy | 100 | $2.6800 | $268.00 | 11/19/2020 | Sell | 200 | $2.9600 | $592.00 |
| 11/18/2020 | Buy | 100 | $2.6800 | $268.00 | 11/19/2020 | Sell | 900 | $2.9600 | $2,664.00 |
| 11/18/2020 | Buy | 100 | $2.6800 | $268.00 | 11/19/2020 | Sell | 130 | $2.9600 | $384.80 |
| 11/18/2020 | Buy | 200 | $2.6800 | $536.00 | 11/19/2020 | Sell | 100 | $2.9600 | $296.00 |
| 11/18/2020 | Buy | 200 | $2.6800 | $536.00 | 11/19/2020 | Sell | 100 | $2.9600 | $296.00 |
| 11/18/2020 | Buy | 647 | $2.6800 | $1,733.96 | 11/19/2020 | Sell | 100 | $2.9600 | $296.00 |
| 11/18/2020 | Buy | 53 | $2.6800 | $142.04 | 11/19/2020 | Sell | 30 | $2.9600 | $88.80 |
| 11/18/2020 | Buy | 100 | $2.6800 | $268.00 | 11/19/2020 | Sell | 70 | $2.9600 | $207.20 |
| 11/18/2020 | Buy | 200 | $2.6800 | $536.00 | 11/19/2020 | Sell | 270 | $2.9600 | $799.20 |
| 11/18/2020 | Buy | 100 | $2.6800 | $268.00 | 11/19/2020 | Sell | 800 | $2.9600 | $2,368.00 |
| 11/18/2020 | Buy | 200 | $2.6800 | $536.00 | 11/19/2020 | Sell | 500 | $2.9600 | $1,480.00 |
| 11/18/2020 | Buy | 1,000 | $2.6800 | $2,680.00 | 11/19/2020 | Sell | 600 | $2.9600 | $1,776.00 |
| 11/18/2020 | Buy | 200 | $2.6800 | $536.00 | 11/19/2020 | Sell | 100 | $2.9600 | $296.00 |
| 11/18/2020 | Buy | 200 | $2.6800 | $536.00 | 11/19/2020 | Sell | 100 | $2.9600 | $296.00 |
| 11/18/2020 | Buy | 300 | $2.6800 | $804.00 | 11/19/2020 | Sell | 400 | $2.9600 | $1,184.00 |
| 11/18/2020 | Buy | 100 | $2.6800 | $268.00 | 11/19/2020 | Sell | 100 | $2.9600 | $296.00 |
| 11/18/2020 | Buy | 200 | $2.6800 | $536.00 | 11/19/2020 | Sell | 300 | $2.9600 | $888.00 |
| 11/18/2020 | Buy | 200 | $2.6800 | $536.00 | 11/19/2020 | Sell | 2,500 | $2.9600 | $7,400.00 |
| 11/18/2020 | Buy | 100 | $2.6800 | $268.00 | 11/19/2020 | Sell | 200 | $2.9600 | $592.00 |
| 11/18/2020 | Buy | 200 | $2.6800 | $536.00 | 11/19/2020 | Sell | 200 | $2.9600 | $592.00 |
| 11/18/2020 | Buy | 200 | $2.6800 | $536.00 | 11/19/2020 | Sell | 100 | $2.9600 | $296.00 |
| 11/18/2020 | Buy | 500 | $2.6750 | $1,337.50 | 11/19/2020 | Sell | 400 | $2.9600 | $1,184.00 |
| 11/18/2020 | Buy | 200 | $2.6750 | $535.00 | 11/19/2020 | Sell | 7,500 | $2.9600 | $22,200.00 |
| 11/18/2020 | Buy | 300 | $2.6750 | $802.50 | 11/19/2020 | Sell | 300 | $2.9600 | $888.00 |
| 11/18/2020 | Buy | 200 | $2.6750 | $535.00 | 11/19/2020 | Sell | 300 | $2.9600 | $888.00 |
| 11/18/2020 | Buy | 100 | $2.6750 | $267.50 | 11/19/2020 | Sell | 100 | $2.9601 | $296.01 |
| 11/18/2020 | Buy | 100 | $2.6750 | $267.50 | 11/19/2020 | Sell | 300 | $2.9630 | $888.90 |
| 11/18/2020 | Buy | 100 | $2.6750 | $267.50 | 11/19/2020 | Sell | 600 | $2.9601 | $1,776.06 |
| 11/18/2020 | Buy | 119 | $2.6750 | $318.33 | 11/19/2020 | Sell | 394 | $2.9640 | $1,167.82 |
| 11/18/2020 | Buy | 400 | $2.6750 | $1,070.00 | 11/19/2020 | Sell | 206 | $2.9700 | $611.82 |
| 11/18/2020 | Buy | 119 | $2.6750 | $318.33 | 11/19/2020 | Sell | 100 | $2.9700 | $297.00 |
| 11/18/2020 | Buy | 820 | $2.6800 | $2,197.60 | 11/19/2020 | Sell | 200 | $2.9700 | $594.00 |
| 11/18/2020 | Buy | 80 | $2.6750 | $214.00 | 11/19/2020 | Sell | 4,700 | $2.9701 | $13,959.47 |
| 11/18/2020 | Buy | 100 | $2.6750 | $267.50 | 11/19/2020 | Sell | 200 | $2.9700 | $594.00 |
| 11/18/2020 | Buy | 100 | $2.6800 | $268.00 | 11/19/2020 | Sell | 1,000 | $2.9700 | $2,970.00 |

| Date | Side | Qty | Price | Amount | Date | Side | Qty | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 11/18/2020 | Buy | 100 | $2.6750 | $267.50 | 11/19/2020 | Sell | 200 | $2.9700 | $594.00 |
| 11/18/2020 | Buy | 100 | $2.6750 | $267.50 | 11/19/2020 | Sell | 200 | $2.9700 | $594.00 |
| 11/18/2020 | Buy | 100 | $2.6750 | $267.50 | 11/19/2020 | Sell | 100 | $2.9700 | $297.00 |
| 11/18/2020 | Buy | 100 | $2.6750 | $267.50 | 11/19/2020 | Sell | 200 | $2.9700 | $594.00 |
| 11/18/2020 | Buy | 400 | $2.6750 | $1,070.00 | 11/19/2020 | Sell | 200 | $2.9700 | $594.00 |
| 11/18/2020 | Buy | 100 | $2.6750 | $267.50 | 11/19/2020 | Sell | 200 | $2.9700 | $594.00 |
| 11/18/2020 | Buy | 100 | $2.6750 | $267.50 | 11/19/2020 | Sell | 200 | $2.9700 | $594.00 |
| 11/18/2020 | Buy | 100 | $2.6750 | $267.50 | 11/19/2020 | Sell | 300 | $2.9700 | $891.00 |
| 11/18/2020 | Buy | 100 | $2.6750 | $267.50 | 11/19/2020 | Sell | 200 | $2.9700 | $594.00 |
| 11/18/2020 | Buy | 100 | $2.6750 | $267.50 | 11/19/2020 | Sell | 200 | $2.9700 | $594.00 |
| 11/18/2020 | Buy | 100 | $2.6750 | $267.50 | 11/19/2020 | Sell | 100 | $2.9750 | $297.50 |
| 11/18/2020 | Buy | 100 | $2.6750 | $267.50 | 11/19/2020 | Sell | 2,000 | $2.9750 | $5,950.00 |
| 11/18/2020 | Buy | 100 | $2.6750 | $267.50 | 11/19/2020 | Sell | 3,000 | $2.9600 | $8,880.00 |
| 11/18/2020 | Buy | 100 | $2.6750 | $267.50 | 11/19/2020 | Sell | 3,500 | $2.9600 | $10,360.00 |
| 11/18/2020 | Buy | 5,240 | $2.6799 | $14,042.68 | 11/19/2020 | Sell | 200 | $2.9600 | $592.00 |
| 11/18/2020 | Buy | 100 | $2.6700 | $267.00 | 11/19/2020 | Sell | 200 | $2.9600 | $592.00 |
| 11/18/2020 | Buy | 200 | $2.6700 | $534.00 | 11/19/2020 | Sell | 700 | $2.9600 | $2,072.00 |
| 11/18/2020 | Buy | 200 | $2.6700 | $534.00 | 11/19/2020 | Sell | 200 | $2.9600 | $592.00 |
| 11/18/2020 | Buy | 100 | $2.6700 | $267.00 | 11/19/2020 | Sell | 100 | $2.9600 | $296.00 |
| 11/18/2020 | Buy | 100 | $2.6700 | $267.00 | 11/19/2020 | Sell | 200 | $2.9600 | $592.00 |
| 11/18/2020 | Buy | 300 | $2.6700 | $801.00 | 11/19/2020 | Sell | 200 | $2.9600 | $592.00 |
| 11/18/2020 | Buy | 100 | $2.6700 | $267.00 | 11/19/2020 | Sell | 1,200 | $2.9600 | $3,552.00 |
| 11/18/2020 | Buy | 100 | $2.6700 | $267.00 | 11/19/2020 | Sell | 100 | $2.9600 | $296.00 |
| 11/18/2020 | Buy | 60 | $2.6700 | $160.20 | 11/19/2020 | Sell | 200 | $2.9600 | $592.00 |
| 11/18/2020 | Buy | 100 | $2.6700 | $267.00 | 11/19/2020 | Sell | 200 | $2.9600 | $592.00 |
| 11/18/2020 | Buy | 100 | $2.6700 | $267.00 | 11/19/2020 | Sell | 200 | $2.9500 | $590.00 |
| 11/18/2020 | Buy | 200 | $2.6700 | $534.00 | 11/19/2020 | Sell | 300 | $2.9500 | $885.00 |
| 11/18/2020 | Buy | 200 | $2.6700 | $534.00 | 11/19/2020 | Sell | 17 | $2.9500 | $50.15 |
| 11/18/2020 | Buy | 100 | $2.6700 | $267.00 | 11/19/2020 | Sell | 95 | $2.9500 | $280.25 |
| 11/18/2020 | Buy | 500 | $2.6799 | $1,339.95 | 11/19/2020 | Sell | 100 | $2.9500 | $295.00 |
| 11/18/2020 | Buy | 9,500 | $2.6799 | $25,459.05 | 11/19/2020 | Sell | 2,000 | $2.9500 | $5,900.00 |
| 11/18/2020 | Buy | 10,000 | $2.6778 | $26,778.00 | 11/19/2020 | Sell | 600 | $2.9500 | $1,770.00 |
| 11/18/2020 | Buy | 10,000 | $2.6700 | $26,700.00 | 11/19/2020 | Sell | 500 | $2.9500 | $1,475.00 |
| 11/20/2020 | Buy | 205 | $3.0196 | $619.02 | 11/19/2020 | Sell | 100 | $2.9500 | $295.00 |
| 11/20/2020 | Buy | 100 | $3.0150 | $301.50 | 11/19/2020 | Sell | 2,100 | $2.9500 | $6,195.00 |
| 11/20/2020 | Buy | 76 | $3.0150 | $229.14 | 11/19/2020 | Sell | 200 | $2.9500 | $590.00 |
| 11/20/2020 | Buy | 200 | $3.0150 | $603.00 | 11/19/2020 | Sell | 100 | $2.9500 | $295.00 |
| 11/20/2020 | Buy | 200 | $3.0150 | $603.00 | 11/19/2020 | Sell | 200 | $2.9700 | $594.00 |

| 11/20/2020 | Buy | 100 | $3.0150 | $301.50 | 11/19/2020 | Sell | 200 | $2.9700 | $594.00 |
|---|---|---|---|---|---|---|---|---|---|
| 11/20/2020 | Buy | 124 | $3.0150 | $373.86 | 11/19/2020 | Sell | 700 | $2.9700 | $2,079.00 |
| 11/20/2020 | Buy | 200 | $3.0150 | $603.00 | 11/19/2020 | Sell | 200 | $2.9700 | $594.00 |
| 11/20/2020 | Buy | 200 | $3.0150 | $603.00 | 11/19/2020 | Sell | 200 | $2.9700 | $594.00 |
| 11/20/2020 | Buy | 519 | $3.0150 | $1,564.79 | 11/19/2020 | Sell | 200 | $2.9700 | $594.00 |
| 11/20/2020 | Buy | 200 | $3.0150 | $603.00 | 11/19/2020 | Sell | 300 | $2.9700 | $891.00 |
| 11/20/2020 | Buy | 700 | $3.0150 | $2,110.50 | 11/19/2020 | Sell | 200 | $2.9700 | $594.00 |
| 11/20/2020 | Buy | 200 | $3.0150 | $603.00 | 11/19/2020 | Sell | 300 | $2.9700 | $891.00 |
| 11/20/2020 | Buy | 200 | $3.0150 | $603.00 | 11/19/2020 | Sell | 200 | $2.9700 | $594.00 |
| 11/20/2020 | Buy | 100 | $3.0150 | $301.50 | 11/19/2020 | Sell | 200 | $2.9700 | $594.00 |
| 11/20/2020 | Buy | 100 | $3.0150 | $301.50 | 11/19/2020 | Sell | 400 | $2.9700 | $1,188.00 |
| 11/20/2020 | Buy | 500 | $3.0150 | $1,507.50 | 11/19/2020 | Sell | 200 | $2.9700 | $594.00 |
| 11/20/2020 | Buy | 500 | $3.0150 | $1,507.50 | 11/19/2020 | Sell | 100 | $2.9700 | $297.00 |
| 11/20/2020 | Buy | 200 | $3.0150 | $603.00 | 11/19/2020 | Sell | 88 | $2.9800 | $262.24 |
| 11/20/2020 | Buy | 200 | $3.0150 | $603.00 | 11/19/2020 | Sell | 8,000 | $2.9718 | $23,774.40 |
| 11/20/2020 | Buy | 500 | $3.0150 | $1,507.50 | 11/19/2020 | Sell | 2,000 | $2.9700 | $5,940.00 |
| 11/20/2020 | Buy | 100 | $3.0150 | $301.50 | 11/19/2020 | Sell | 7,475 | $2.9600 | $22,126.00 |
| 11/20/2020 | Buy | 200 | $3.0150 | $603.00 | 11/19/2020 | Sell | 200 | $2.9700 | $594.00 |
| 11/20/2020 | Buy | 100 | $3.0150 | $301.50 | 11/19/2020 | Sell | 200 | $2.9700 | $594.00 |
| 11/20/2020 | Buy | 200 | $3.0150 | $603.00 | 11/19/2020 | Sell | 200 | $2.9700 | $594.00 |
| 11/20/2020 | Buy | 200 | $3.0150 | $603.00 | 11/19/2020 | Sell | 680 | $2.9700 | $2,019.60 |
| 11/20/2020 | Buy | 200 | $3.0150 | $603.00 | 11/19/2020 | Sell | 200 | $2.9700 | $594.00 |
| 11/20/2020 | Buy | 100 | $3.0150 | $301.50 | 11/19/2020 | Sell | 200 | $2.9700 | $594.00 |
| 11/20/2020 | Buy | 600 | $3.0150 | $1,809.00 | 11/19/2020 | Sell | 200 | $2.9700 | $594.00 |
| 11/20/2020 | Buy | 100 | $3.0150 | $301.50 | 11/19/2020 | Sell | 200 | $2.9700 | $594.00 |
| 11/20/2020 | Buy | 500 | $3.0150 | $1,507.50 | 11/19/2020 | Sell | 200 | $2.9700 | $594.00 |
| 11/20/2020 | Buy | 500 | $3.0150 | $1,507.50 | 11/19/2020 | Sell | 45 | $2.9700 | $133.65 |
| 11/20/2020 | Buy | 200 | $3.0150 | $603.00 | 11/19/2020 | Sell | 100 | $2.9750 | $297.50 |
| 11/20/2020 | Buy | 200 | $3.0150 | $603.00 | 11/19/2020 | Sell | 100 | $2.9750 | $297.50 |
| 11/20/2020 | Buy | 500 | $3.0150 | $1,507.50 | 12/08/2020 | Sell | 30 | $3.2600 | $97.80 |
| 11/20/2020 | Buy | 176 | $3.0150 | $530.64 | 12/08/2020 | Sell | 7 | $3.2600 | $22.82 |
| 11/20/2020 | Buy | 200 | $3.0150 | $603.00 | 12/08/2020 | Sell | 2 | $3.2600 | $6.52 |
| 11/20/2020 | Buy | 200 | $3.0150 | $603.00 | 12/08/2020 | Sell | 100 | $3.2600 | $326.00 |
| 11/20/2020 | Buy | 200 | $3.0150 | $603.00 | 12/08/2020 | Sell | 17 | $3.2600 | $55.42 |
| 11/20/2020 | Buy | 100 | $3.0150 | $301.50 | 12/08/2020 | Sell | 200 | $3.2600 | $652.00 |
| 11/20/2020 | Buy | 100 | $3.0150 | $301.50 | 12/08/2020 | Sell | 100 | $3.2600 | $326.00 |
| 11/20/2020 | Buy | 10,000 | $3.0200 | $30,200.00 | 12/08/2020 | Sell | 1 | $3.2600 | $3.26 |
| 11/20/2020 | Buy | 3,630 | $3.0130 | $10,937.19 | 12/08/2020 | Sell | 31 | $3.2600 | $101.06 |

| Date | Type | Qty | Price | Amount | Date | Type | Qty | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 11/20/2020 | Buy | 200 | $3.0100 | $602.00 | 12/08/2020 | Sell | 100 | $3.2600 | $326.00 |
| 11/20/2020 | Buy | 100 | $3.0100 | $301.00 | 12/08/2020 | Sell | 100 | $3.2600 | $326.00 |
| 11/20/2020 | Buy | 80 | $3.0100 | $240.80 | 12/08/2020 | Sell | 300 | $3.2600 | $978.00 |
| 11/20/2020 | Buy | 700 | $3.0100 | $2,107.00 | 12/08/2020 | Sell | 200 | $3.2600 | $652.00 |
| 11/20/2020 | Buy | 100 | $3.0100 | $301.00 | 12/08/2020 | Sell | 100 | $3.2600 | $326.00 |
| 11/20/2020 | Buy | 100 | $3.0100 | $301.00 | 12/08/2020 | Sell | 200 | $3.2600 | $652.00 |
| 11/20/2020 | Buy | 100 | $3.0100 | $301.00 | 12/08/2020 | Sell | 100 | $3.2600 | $326.00 |
| 11/20/2020 | Buy | 100 | $3.0100 | $301.00 | 12/08/2020 | Sell | 100 | $3.2600 | $326.00 |
| 11/20/2020 | Buy | 100 | $3.0100 | $301.00 | 12/08/2020 | Sell | 200 | $3.2600 | $652.00 |
| 11/20/2020 | Buy | 2,500 | $3.0100 | $7,525.00 | 12/08/2020 | Sell | 200 | $3.2600 | $652.00 |
| 11/20/2020 | Buy | 100 | $3.0100 | $301.00 | 12/08/2020 | Sell | 200 | $3.2600 | $652.00 |
| 11/20/2020 | Buy | 1,000 | $3.0100 | $3,010.00 | 12/08/2020 | Sell | 200 | $3.2600 | $652.00 |
| 11/20/2020 | Buy | 200 | $3.0100 | $602.00 | 12/08/2020 | Sell | 200 | $3.2600 | $652.00 |
| 11/20/2020 | Buy | 90 | $3.0100 | $270.90 | 12/08/2020 | Sell | 100 | $3.2600 | $326.00 |
| 11/20/2020 | Buy | 300 | $3.0050 | $901.50 | 12/08/2020 | Sell | 100 | $3.2650 | $326.50 |
| 11/20/2020 | Buy | 200 | $3.0050 | $601.00 | 12/08/2020 | Sell | 100 | $3.2650 | $326.50 |
| 11/20/2020 | Buy | 100 | $3.0050 | $300.50 | 12/08/2020 | Sell | 3 | $3.2600 | $9.78 |
| 11/20/2020 | Buy | 300 | $3.0050 | $901.50 | 12/08/2020 | Sell | 5 | $3.2600 | $16.30 |
| 11/30/2020 | Buy | 10,000 | $3.2800 | $32,800.00 | 12/08/2020 | Sell | 1,073 | $3.2500 | $3,487.25 |
| 12/01/2020 | Buy | 306 | $3.2600 | $997.56 | 12/08/2020 | Sell | 32 | $3.2500 | $104.00 |
| 12/01/2020 | Buy | 25 | $3.2600 | $81.50 | 12/08/2020 | Sell | 500 | $3.2500 | $1,625.00 |
| 12/01/2020 | Buy | 23 | $3.2700 | $75.21 | 12/08/2020 | Sell | 400 | $3.2500 | $1,300.00 |
| 12/01/2020 | Buy | 4,910 | $3.3000 | $16,203.00 | 12/08/2020 | Sell | 200 | $3.2500 | $650.00 |
| 12/01/2020 | Buy | 223 | $3.3000 | $735.90 | 12/08/2020 | Sell | 2,600 | $3.2500 | $8,450.00 |
| 12/01/2020 | Buy | 532 | $3.3000 | $1,755.60 | 12/08/2020 | Sell | 3,200 | $3.2500 | $10,400.00 |
| 12/01/2020 | Buy | 266 | $3.3000 | $877.80 | 12/08/2020 | Sell | 138 | $3.2500 | $448.50 |
| 12/01/2020 | Buy | 1,064 | $3.3000 | $3,511.20 | 12/08/2020 | Sell | 1 | $3.2500 | $3.25 |
| 12/01/2020 | Buy | 2,915 | $3.3000 | $9,619.50 | 12/08/2020 | Sell | 100 | $3.2500 | $325.00 |
| 12/01/2020 | Buy | 90 | $3.3000 | $297.00 | 12/08/2020 | Sell | 100 | $3.2500 | $325.00 |
| 12/01/2020 | Buy | 1,926 | $3.3200 | $6,394.32 | 12/08/2020 | Sell | 100 | $3.2500 | $325.00 |
| 12/01/2020 | Buy | 859 | $3.3200 | $2,851.88 | 12/08/2020 | Sell | 200 | $3.2500 | $650.00 |
| 12/01/2020 | Buy | 6,041 | $3.3200 | $20,056.12 | 12/08/2020 | Sell | 1,000 | $3.2500 | $3,250.00 |
| 12/01/2020 | Buy | 600 | $3.3200 | $1,992.00 | 12/08/2020 | Sell | 100 | $3.2500 | $325.00 |
| 12/01/2020 | Buy | 24 | $3.3200 | $79.68 | 12/08/2020 | Sell | 500 | $3.2500 | $1,625.00 |
| 12/01/2020 | Buy | 100 | $3.3200 | $332.00 | 12/08/2020 | Sell | 100 | $3.2500 | $325.00 |
| 12/01/2020 | Buy | 100 | $3.3200 | $332.00 | 12/08/2020 | Sell | 5,000 | $3.2500 | $16,250.00 |
| 12/01/2020 | Buy | 150 | $3.3200 | $498.00 | 12/08/2020 | Sell | 100 | $3.2500 | $325.00 |
| 12/01/2020 | Buy | 200 | $3.3200 | $664.00 | 12/08/2020 | Sell | 200 | $3.2500 | $650.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/01/2020 | Buy | 3,200 | $3.3497 | $10,719.04 | 12/08/2020 | Sell | 200 | $3.2500 | $650.00 |
| 12/01/2020 | Buy | 200 | $3.3500 | $670.00 | 12/08/2020 | Sell | 300 | $3.2500 | $975.00 |
| 12/01/2020 | Buy | 100 | $3.3500 | $335.00 | 12/08/2020 | Sell | 400 | $3.2500 | $1,300.00 |
| 12/01/2020 | Buy | 100 | $3.3500 | $335.00 | 12/08/2020 | Sell | 100 | $3.2550 | $325.50 |
| 12/01/2020 | Buy | 100 | $3.3500 | $335.00 | 12/08/2020 | Sell | 200 | $3.2600 | $652.00 |
| 12/01/2020 | Buy | 100 | $3.3500 | $335.00 | 12/08/2020 | Sell | 100 | $3.2600 | $326.00 |
| 12/01/2020 | Buy | 300 | $3.3500 | $1,005.00 | 12/08/2020 | Sell | 100 | $3.2600 | $326.00 |
| 12/01/2020 | Buy | 100 | $3.3500 | $335.00 | 12/08/2020 | Sell | 100 | $3.2600 | $326.00 |
| 12/01/2020 | Buy | 400 | $3.3500 | $1,340.00 | 12/08/2020 | Sell | 100 | $3.2600 | $326.00 |
| 12/01/2020 | Buy | 200 | $3.3500 | $670.00 | 12/08/2020 | Sell | 100 | $3.2600 | $326.00 |
| 12/01/2020 | Buy | 100 | $3.3500 | $335.00 | 12/08/2020 | Sell | 100 | $3.2600 | $326.00 |
| 12/01/2020 | Buy | 2 | $3.3500 | $6.70 | 12/08/2020 | Sell | 300 | $3.2600 | $978.00 |
| 12/01/2020 | Buy | 236 | $3.3500 | $790.60 | 12/08/2020 | Sell | 400 | $3.2600 | $1,304.00 |
| 12/01/2020 | Buy | 100 | $3.3500 | $335.00 | 12/08/2020 | Sell | 200 | $3.2600 | $652.00 |
| 12/01/2020 | Buy | 100 | $3.3500 | $335.00 | 12/08/2020 | Sell | 200 | $3.2600 | $652.00 |
| 12/01/2020 | Buy | 52 | $3.3500 | $174.20 | 12/08/2020 | Sell | 200 | $3.2600 | $652.00 |
| 12/01/2020 | Buy | 200 | $3.3500 | $670.00 | 12/08/2020 | Sell | 127 | $3.2600 | $414.02 |
| 12/01/2020 | Buy | 100 | $3.3500 | $335.00 | 12/08/2020 | Sell | 100 | $3.2600 | $326.00 |
| 12/01/2020 | Buy | 300 | $3.3500 | $1,005.00 | 12/08/2020 | Sell | 200 | $3.2600 | $652.00 |
| 12/01/2020 | Buy | 200 | $3.3500 | $670.00 | 12/08/2020 | Sell | 200 | $3.2600 | $652.00 |
| 12/01/2020 | Buy | 200 | $3.3500 | $670.00 | 12/08/2020 | Sell | 229 | $3.2600 | $746.54 |
| 12/01/2020 | Buy | 200 | $3.3500 | $670.00 | 12/08/2020 | Sell | 100 | $3.2600 | $326.00 |
| 12/01/2020 | Buy | 10 | $3.3500 | $33.50 | 12/08/2020 | Sell | 100 | $3.2600 | $326.00 |
| 12/01/2020 | Buy | 200 | $3.3500 | $670.00 | 12/08/2020 | Sell | 100 | $3.2600 | $326.00 |
| 12/01/2020 | Buy | 200 | $3.3500 | $670.00 | 12/08/2020 | Sell | 100 | $3.2650 | $326.50 |
| 12/01/2020 | Buy | 200 | $3.3500 | $670.00 | 12/08/2020 | Sell | 4,200 | $3.2600 | $13,692.00 |
| 12/01/2020 | Buy | 200 | $3.3500 | $670.00 | 12/08/2020 | Sell | 71 | $3.2600 | $231.46 |
| 12/01/2020 | Buy | 200 | $3.3500 | $670.00 | 12/08/2020 | Sell | 300 | $3.2600 | $978.00 |
| 12/01/2020 | Buy | 498 | $3.3500 | $1,668.30 | 12/08/2020 | Sell | 400 | $3.2600 | $1,304.00 |
| 12/01/2020 | Buy | 2 | $3.3500 | $6.70 | 12/08/2020 | Sell | 200 | $3.2600 | $652.00 |
| 12/01/2020 | Buy | 100 | $3.3500 | $335.00 | 12/08/2020 | Sell | 200 | $3.2600 | $652.00 |
| 12/01/2020 | Buy | 1,540 | $3.3500 | $5,159.00 | 12/08/2020 | Sell | 200 | $3.2600 | $652.00 |
| 12/01/2020 | Buy | 60 | $3.3450 | $200.70 | 12/08/2020 | Sell | 200 | $3.2600 | $652.00 |
| 12/01/2020 | Buy | 100 | $3.3450 | $334.50 | 12/08/2020 | Sell | 100 | $3.2650 | $326.50 |
| 12/01/2020 | Buy | 100 | $3.3450 | $334.50 | 12/08/2020 | Sell | 199 | $3.2600 | $648.74 |
| 12/15/2020 | Buy | 813 | $2.7600 | $2,243.88 | 12/08/2020 | Sell | 400 | $3.2600 | $1,304.00 |
| 12/15/2020 | Buy | 100 | $2.7600 | $276.00 | 12/08/2020 | Sell | 600 | $3.2600 | $1,956.00 |
| 12/15/2020 | Buy | 100 | $2.7600 | $276.00 | 12/08/2020 | Sell | 100 | $3.2600 | $326.00 |

| 12/15/2020 | Buy | 100 | $2.7600 | $276.00 | 12/08/2020 | Sell | 100 | $3.2600 | $326.00 |
|---|---|---|---|---|---|---|---|---|---|
| 12/15/2020 | Buy | 200 | $2.7600 | $552.00 | 12/08/2020 | Sell | 300 | $3.2600 | $978.00 |
| 12/15/2020 | Buy | 120 | $2.7600 | $331.20 | 12/08/2020 | Sell | 400 | $3.2600 | $1,304.00 |
| 12/15/2020 | Buy | 100 | $2.7600 | $276.00 | 12/08/2020 | Sell | 900 | $3.2600 | $2,934.00 |
| 12/15/2020 | Buy | 300 | $2.7600 | $828.00 | 12/08/2020 | Sell | 400 | $3.2600 | $1,304.00 |
| 12/15/2020 | Buy | 66 | $2.6800 | $176.88 | 12/08/2020 | Sell | 100 | $3.2600 | $326.00 |
| 12/15/2020 | Buy | 1,100 | $2.7600 | $3,036.00 | 12/08/2020 | Sell | 200 | $3.2600 | $652.00 |
| 12/15/2020 | Buy | 1,100 | $2.7600 | $3,036.00 | 12/08/2020 | Sell | 100 | $3.2600 | $326.00 |
| 12/16/2020 | Buy | 5,901 | $2.7300 | $16,109.73 | 12/08/2020 | Sell | 200 | $3.2600 | $652.00 |
| 01/11/2021 | Buy | 15,000 | $2.8700 | $43,050.00 | 12/08/2020 | Sell | 1,000 | $3.2600 | $3,260.00 |
| 01/11/2021 | Buy | 4,326 | $2.8700 | $12,415.62 | 12/08/2020 | Sell | 200 | $3.2600 | $652.00 |
| 01/11/2021 | Buy | 474 | $2.8700 | $1,360.38 | 12/08/2020 | Sell | 200 | $3.2600 | $652.00 |
| 01/11/2021 | Buy | 200 | $2.8700 | $574.00 | 12/08/2020 | Sell | 200 | $3.2600 | $652.00 |
| 01/12/2021 | Buy | 5,000 | $2.8800 | $14,400.00 | 12/08/2020 | Sell | 100 | $3.2650 | $326.50 |
| 01/12/2021 | Buy | 1,500 | $2.8730 | $4,309.50 | 12/08/2020 | Sell | 100 | $3.2600 | $326.00 |
| 01/12/2021 | Buy | 1,500 | $2.8750 | $4,312.50 | 12/08/2020 | Sell | 200 | $3.2600 | $652.00 |
| 01/12/2021 | Buy | 1,500 | $2.8796 | $4,319.40 | 12/08/2020 | Sell | 200 | $3.2600 | $652.00 |
| 01/12/2021 | Buy | 1,500 | $2.8750 | $4,312.50 | 12/08/2020 | Sell | 100 | $3.2600 | $326.00 |
| 01/12/2021 | Buy | 1,500 | $2.8766 | $4,314.90 | 12/08/2020 | Sell | 200 | $3.2600 | $652.00 |
| 01/12/2021 | Buy | 1,500 | $2.8796 | $4,319.40 | 12/08/2020 | Sell | 200 | $3.2600 | $652.00 |
| 01/12/2021 | Buy | 1,500 | $2.8799 | $4,319.85 | 12/08/2020 | Sell | 400 | $3.2600 | $1,304.00 |
| 01/12/2021 | Buy | 1,500 | $2.8796 | $4,319.40 | 12/08/2020 | Sell | 200 | $3.2600 | $652.00 |
| 01/12/2021 | Buy | 1,500 | $2.8750 | $4,312.50 | 12/08/2020 | Sell | 100 | $3.2600 | $326.00 |
| 01/12/2021 | Buy | 200 | $2.8800 | $576.00 | 12/08/2020 | Sell | 16 | $3.2600 | $52.16 |
| 01/12/2021 | Buy | 100 | $2.8800 | $288.00 | 12/08/2020 | Sell | 9 | $3.2600 | $29.34 |
| 01/12/2021 | Buy | 100 | $2.8800 | $288.00 | 12/08/2020 | Sell | 100 | $3.2600 | $326.00 |
| 01/12/2021 | Buy | 200 | $2.8800 | $576.00 | 12/08/2020 | Sell | 100 | $3.2600 | $326.00 |
| 01/12/2021 | Buy | 200 | $2.8800 | $576.00 | 12/08/2020 | Sell | 200 | $3.2600 | $652.00 |
| 01/12/2021 | Buy | 200 | $2.8800 | $576.00 | 12/08/2020 | Sell | 100 | $3.2600 | $326.00 |
| 01/12/2021 | Buy | 80 | $2.8800 | $230.40 | 12/08/2020 | Sell | 200 | $3.2602 | $652.04 |
| 01/12/2021 | Buy | 100 | $2.8800 | $288.00 | 12/08/2020 | Sell | 400 | $3.2600 | $1,304.00 |
| 01/12/2021 | Buy | 200 | $2.8800 | $576.00 | 12/08/2020 | Sell | 204 | $3.2600 | $665.04 |
| 01/12/2021 | Buy | 100 | $2.8800 | $288.00 | 12/08/2020 | Sell | 200 | $3.2600 | $652.00 |
| 01/12/2021 | Buy | 20 | $2.8800 | $57.60 | 12/08/2020 | Sell | 200 | $3.2600 | $652.00 |
| 01/13/2021 | Buy | 100 | $2.8700 | $287.00 | 12/08/2020 | Sell | 100 | $3.2600 | $326.00 |
| 01/13/2021 | Buy | 1,000 | $2.8700 | $2,870.00 | 12/08/2020 | Sell | 200 | $3.2600 | $652.00 |
| 01/13/2021 | Buy | 100 | $2.8700 | $287.00 | 12/08/2020 | Sell | 200 | $3.2600 | $652.00 |
| 01/13/2021 | Buy | 100 | $2.8700 | $287.00 | 12/08/2020 | Sell | 100 | $3.2600 | $326.00 |

| Date | Action | Quantity | Price | Amount | Date | Action | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 01/13/2021 | Buy | 100 | $2.8700 | $287.00 | 12/08/2020 | Sell | 100 | $3.2600 | $326.00 |
| 01/13/2021 | Buy | 600 | $2.8700 | $1,722.00 | 12/08/2020 | Sell | 200 | $3.2600 | $652.00 |
| 01/13/2021 | Buy | 1,899 | $2.8700 | $5,450.13 | 12/08/2020 | Sell | 200 | $3.2600 | $652.00 |
| 01/13/2021 | Buy | 1,000 | $2.8700 | $2,870.00 | 12/08/2020 | Sell | 200 | $3.2600 | $652.00 |
| 01/13/2021 | Buy | 1,000 | $2.8700 | $2,870.00 | 12/08/2020 | Sell | 100 | $3.2600 | $326.00 |
| 01/13/2021 | Buy | 400 | $2.8700 | $1,148.00 | 12/08/2020 | Sell | 200 | $3.2600 | $652.00 |
| 01/13/2021 | Buy | 1 | $2.8700 | $2.87 | 12/08/2020 | Sell | 200 | $3.2700 | $654.00 |
| 01/13/2021 | Buy | 13,400 | $2.8700 | $38,458.00 | 12/08/2020 | Sell | 200 | $3.2700 | $654.00 |
| 01/13/2021 | Buy | 100 | $2.8700 | $287.00 | 12/08/2020 | Sell | 200 | $3.2700 | $654.00 |
| 01/13/2021 | Buy | 100 | $2.8700 | $287.00 | 12/08/2020 | Sell | 200 | $3.2700 | $654.00 |
| 01/13/2021 | Buy | 100 | $2.8700 | $287.00 | 12/08/2020 | Sell | 200 | $3.2700 | $654.00 |
| | | | | | 12/08/2020 | Sell | 200 | $3.2700 | $654.00 |
| | | | | | 12/08/2020 | Sell | 100 | $3.2700 | $327.00 |
| | | | | | 12/08/2020 | Sell | 200 | $3.2700 | $654.00 |
| | | | | | 12/08/2020 | Sell | 200 | $3.2700 | $654.00 |
| | | | | | 12/08/2020 | Sell | 200 | $3.2700 | $654.00 |
| | | | | | 12/08/2020 | Sell | 100 | $3.2700 | $327.00 |
| | | | | | 12/08/2020 | Sell | 1 | $3.2700 | $3.27 |
| | | | | | 12/08/2020 | Sell | 100 | $3.2700 | $327.00 |
| | | | | | 12/08/2020 | Sell | 100 | $3.2700 | $327.00 |
| | | | | | 12/08/2020 | Sell | 300 | $3.2700 | $981.00 |
| | | | | | 12/08/2020 | Sell | 100 | $3.2700 | $327.00 |
| | | | | | 12/08/2020 | Sell | 100 | $3.2700 | $327.00 |
| | | | | | 12/08/2020 | Sell | 100 | $3.2700 | $327.00 |
| | | | | | 12/08/2020 | Sell | 200 | $3.2700 | $654.00 |
| | | | | | 12/08/2020 | Sell | 100 | $3.2700 | $327.00 |
| | | | | | 12/08/2020 | Sell | 200 | $3.2700 | $654.00 |
| | | | | | 12/08/2020 | Sell | 100 | $3.2700 | $327.00 |
| | | | | | 12/10/2020 | Sell | 2,940 | $3.1210 | $9,175.74 |
| | | | | | 12/10/2020 | Sell | 15 | $3.1300 | $46.95 |
| | | | | | 12/10/2020 | Sell | 2 | $3.1300 | $6.26 |
| | | | | | 12/10/2020 | Sell | 1 | $3.1300 | $3.13 |
| | | | | | 12/10/2020 | Sell | 100 | $3.1300 | $313.00 |
| | | | | | 12/10/2020 | Sell | 100 | $3.1300 | $313.00 |
| | | | | | 12/10/2020 | Sell | 1,900 | $3.1300 | $5,947.00 |
| | | | | | 12/10/2020 | Sell | 300 | $3.1300 | $939.00 |
| | | | | | 12/10/2020 | Sell | 100 | $3.1300 | $313.00 |
| | | | | | 12/10/2020 | Sell | 400 | $3.1300 | $1,252.00 |

| Date | Type | Quantity | Price | Amount |
|------|------|---------|-------|--------|
| 12/10/2020 | Sell | 100 | $3.1300 | $313.00 |
| 12/10/2020 | Sell | 200 | $3.1300 | $626.00 |
| 12/10/2020 | Sell | 200 | $3.1300 | $626.00 |
| 12/10/2020 | Sell | 100 | $3.1300 | $313.00 |
| 12/10/2020 | Sell | 100 | $3.1300 | $313.00 |
| 12/10/2020 | Sell | 100 | $3.1300 | $313.00 |
| 12/10/2020 | Sell | 200 | $3.1300 | $626.00 |
| 12/10/2020 | Sell | 500 | $3.1300 | $1,565.00 |
| 12/10/2020 | Sell | 1,800 | $3.1301 | $5,634.18 |
| 12/10/2020 | Sell | 3,200 | $3.1301 | $10,016.32 |
| 12/10/2020 | Sell | 333 | $3.1300 | $1,042.29 |
| 12/10/2020 | Sell | 575 | $3.1300 | $1,799.75 |
| 12/10/2020 | Sell | 16 | $3.1300 | $50.08 |
| 12/10/2020 | Sell | 100 | $3.1300 | $313.00 |
| 12/10/2020 | Sell | 600 | $3.1300 | $1,878.00 |
| 12/10/2020 | Sell | 3 | $3.1300 | $9.39 |
| 12/10/2020 | Sell | 1,600 | $3.1300 | $5,008.00 |
| 12/10/2020 | Sell | 200 | $3.1300 | $626.00 |
| 12/10/2020 | Sell | 200 | $3.1300 | $626.00 |
| 12/10/2020 | Sell | 200 | $3.1300 | $626.00 |
| 12/10/2020 | Sell | 200 | $3.1300 | $626.00 |
| 12/10/2020 | Sell | 200 | $3.1300 | $626.00 |
| 12/10/2020 | Sell | 200 | $3.1300 | $626.00 |
| 12/10/2020 | Sell | 572 | $3.1300 | $1,790.36 |
| 12/10/2020 | Sell | 1 | $3.1300 | $3.13 |
| 12/10/2020 | Sell | 500 | $3.1304 | $1,565.20 |
| 12/10/2020 | Sell | 200 | $3.1300 | $626.00 |
| 12/10/2020 | Sell | 200 | $3.1300 | $626.00 |
| 12/10/2020 | Sell | 1,100 | $3.1300 | $3,443.00 |
| 12/10/2020 | Sell | 400 | $3.1300 | $1,252.00 |
| 12/10/2020 | Sell | 2,500 | $3.1300 | $7,825.00 |
| 12/10/2020 | Sell | 100 | $3.1350 | $313.50 |
| 12/10/2020 | Sell | 117 | $3.1200 | $365.04 |
| 12/10/2020 | Sell | 654 | $3.1200 | $2,040.48 |
| 12/10/2020 | Sell | 253 | $3.1200 | $789.36 |
| 12/10/2020 | Sell | 1,000 | $3.1200 | $3,120.00 |
| 12/10/2020 | Sell | 964 | $3.1200 | $3,007.68 |
| 12/10/2020 | Sell | 1,612 | $3.1200 | $5,029.44 |

| Date | Action | Quantity | Price | Total |
|---|---|---|---|---|
| 12/10/2020 | Sell | 100 | $3.1200 | $312.00 |
| 12/10/2020 | Sell | 100 | $3.1200 | $312.00 |
| 12/10/2020 | Sell | 100 | $3.1201 | $312.01 |
| 12/10/2020 | Sell | 100 | $3.1250 | $312.50 |
| 08/19/2022 | Sell | 15,800 | $0.2205 | $3,483.90 |
| 08/19/2022 | Sell | 6,300 | $0.2205 | $1,389.15 |
| 08/19/2022 | Sell | 610 | $0.2215 | $135.12 |
| 08/19/2022 | Sell | 100 | $0.2215 | $22.15 |
| 08/19/2022 | Sell | 1,000 | $0.2221 | $222.10 |
| 08/22/2022 | Sell | 25,125 | $0.2200 | $5,527.50 |
| 08/22/2022 | Sell | 75 | $0.2205 | $16.54 |
| 08/22/2022 | Sell | 100 | $0.2203 | $22.03 |
| 08/22/2022 | Sell | 50 | $0.2203 | $11.02 |
| 08/22/2022 | Sell | 100 | $0.2203 | $22.03 |
| 08/22/2022 | Sell | 50 | $0.2206 | $11.03 |
| 08/22/2022 | Sell | 100 | $0.2205 | $22.05 |
| 08/22/2022 | Sell | 300 | $0.2205 | $66.15 |
| 08/22/2022 | Sell | 300 | $0.2205 | $66.15 |
| 08/22/2022 | Sell | 300 | $0.2205 | $66.15 |
| 08/22/2022 | Sell | 300 | $0.2205 | $66.15 |
| 08/22/2022 | Sell | 300 | $0.2205 | $66.15 |
| 08/22/2022 | Sell | 225 | $0.2205 | $49.61 |
| 08/22/2022 | Sell | 75 | $0.2206 | $16.55 |
| 08/22/2022 | Sell | 1,950 | $0.2206 | $430.17 |
| 08/22/2022 | Sell | 50 | $0.2210 | $11.05 |
| 08/22/2022 | Sell | 300 | $0.2206 | $66.18 |
| 08/22/2022 | Sell | 50 | $0.2210 | $11.05 |
| 08/22/2022 | Sell | 50 | $0.2215 | $11.08 |
| 08/22/2022 | Sell | 100 | $0.2210 | $22.10 |
| 08/22/2022 | Sell | 100 | $0.2215 | $22.15 |
| 08/22/2022 | Sell | 100 | $0.2215 | $22.15 |
| 08/22/2022 | Sell | 100 | $0.2215 | $22.15 |
| 08/22/2022 | Sell | 100 | $0.2215 | $22.15 |
| 08/22/2022 | Sell | 100 | $0.2215 | $22.15 |
| 08/22/2022 | Sell | 100 | $0.2215 | $22.15 |
| 08/22/2022 | Sell | 100 | $0.2215 | $22.15 |
| 08/22/2022 | Sell | 100 | $0.2215 | $22.15 |

| 08/22/2022 | Sell | 100 | $0.2215 | $22.15 |
| 08/22/2022 | Sell | 100 | $0.2215 | $22.15 |
| 08/22/2022 | Sell | 100 | $0.2215 | $22.15 |
| 08/22/2022 | Sell | 100 | $0.2215 | $22.15 |
| 08/22/2022 | Sell | 200 | $0.2215 | $44.30 |
| 08/22/2022 | Sell | 100 | $0.2215 | $22.15 |
| 08/22/2022 | Sell | 200 | $0.2215 | $44.30 |
| 08/22/2022 | Sell | 100 | $0.2215 | $22.15 |
| 08/22/2022 | Sell | 200 | $0.2215 | $44.30 |
| 08/22/2022 | Sell | 100 | $0.2215 | $22.15 |
| 08/22/2022 | Sell | 100 | $0.2215 | $22.15 |
| 08/22/2022 | Sell | 100 | $0.2215 | $22.15 |
| 08/22/2022 | Sell | 100 | $0.2215 | $22.15 |
| 08/22/2022 | Sell | 100 | $0.2215 | $22.15 |
| 08/22/2022 | Sell | 100 | $0.2215 | $22.15 |
| 08/22/2022 | Sell | 100 | $0.2215 | $22.15 |
| 08/22/2022 | Sell | 200 | $0.2215 | $44.30 |
| 08/22/2022 | Sell | 100 | $0.2215 | $22.15 |
| 08/22/2022 | Sell | 100 | $0.2216 | $22.16 |
| 08/22/2022 | Sell | 100 | $0.2216 | $22.16 |
| 08/22/2022 | Sell | 100 | $0.2216 | $22.16 |
| 08/22/2022 | Sell | 100 | $0.2216 | $22.16 |
| 08/22/2022 | Sell | 100 | $0.2216 | $22.16 |
| 08/22/2022 | Sell | 100 | $0.2216 | $22.16 |
| 08/22/2022 | Sell | 100 | $0.2216 | $22.16 |
| 08/22/2022 | Sell | 100 | $0.2217 | $22.17 |
| 08/22/2022 | Sell | 100 | $0.2216 | $22.16 |
| 08/22/2022 | Sell | 100 | $0.2216 | $22.16 |
| 08/22/2022 | Sell | 100 | $0.2216 | $22.16 |
| 08/22/2022 | Sell | 100 | $0.2216 | $22.16 |
| 08/22/2022 | Sell | 100 | $0.2216 | $22.16 |
| 08/22/2022 | Sell | 100 | $0.2216 | $22.16 |
| 08/22/2022 | Sell | 100 | $0.2216 | $22.16 |
| 08/22/2022 | Sell | 100 | $0.2216 | $22.16 |
| 08/22/2022 | Sell | 100 | $0.2216 | $22.16 |
| 08/22/2022 | Sell | 100 | $0.2216 | $22.16 |
| 08/22/2022 | Sell | 100 | $0.2216 | $22.16 |
| 08/22/2022 | Sell | 100 | $0.2216 | $22.16 |

| | | | | | |
|---|---|---|---|---|---|
| Held* | 11,190 | $0.0013 | $14.55 | | |
| Total Loss | 238,163 | $686,213.74 | 238,163 | $528,150.56 | $ (158,063.18) |

* Pursuant to the PSLRA, the price used for shares held is the average closing price for the 90-day period beginning October 19, 2022 or $0.0013 per share.