# EXHIBIT D

DocuSign Envelope ID: 5EFD2165-50B4-4EE3-95C6-F5F358B96410

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-03161-SKC

DENNIS CLIFTON, Individually and on Behalf of All Others Similarly Situated,

     Plaintiff,

 v.

BRENT WILLIS,
FRED COOPER,
TIM HAAS,
REGINALD KAPTEYN,
ALICIA SYRETT,
GREGORY GOULD,
CHUCK ENCE,
CARL AURE,
KEVIN MANION,
ED BRENNAN,
AMY KUZDOWICZ,
GREG FEA, and
CRAIG THIBODEAU,

     Defendants.

---

Civil Action No. 1:23-cv-00127-RMR-STV

DANIEL TAYLOR, Individually and on Behalf of All Others Similarly Situated,

     Plaintiff,

 v.

BRENT WILLIS,
FRED COOPER,
TIM HAAS,
REGINALD KAPTEYN,
ALICIA SYRETT,
GREGORY GOULD,
CHUCK ENCE,
CARL AURE,
KEVIN MANION,
ED BRENNAN,
AMY KUZDOWICZ,
GREG FEA, and
CRAIG THIBODEAU,

     Defendants.

DocuSign Envelope ID: 5EFD2165-50B4-4EE3-95C6-F5F358B96410

## <u>DECLARATION OF CHRIS DOBSON</u>

I, Chris Dobson, declare as follows:

1. I submit this declaration in support of my motion for appointment as lead plaintiff and approval of my choice of counsel. I have personal knowledge about the information in this declaration.

2. I live in Salt Lake City, Utah where I own a home care company with approximately 70 employees. I have actively invested in stocks on my own behalf for more than 20 years and consider myself a knowledgeable investor. As a self-employed business owner, I have previous experience hiring and overseeing legal counsel.

3. I have been in regular contact with my attorneys at Johnson Fistel, LLP since I first contacted the firm in December 2022. Prior to seeking appointment as lead plaintiff, my counsel informed me of the lead plaintiff requirements and the fiduciary duties imposed by the federal securities laws. I am fully committed to putting forth the time and effort necessary to effectively undertake my duties as lead plaintiff.

4. I believe that I am capable and qualified to serve as lead plaintiff. I understand that a lead plaintiff serves as a fiduciary to the class of investors represented in the litigation. Given my significant losses, I am highly motivated to maximize the potential recovery for myself and other similarly situated members of the putative class.

5. I am committed to directing the prosecution of this case and supervising my counsel by, among other things, regularly communicating with my counsel, reviewing important pleadings and discovery, and attending any necessary hearings, depositions, and trial. As part of my duties as lead plaintiff, I will be involved in and weigh in on important litigation decisions such as any proposed settlement of this action.

6.      Although I understand that the Court will approve any future award of attorneys' fees and expenses (as well as any proposed settlement), I will review and consider any fee and expense application to help ensure its reasonableness prior to its submission to the Court.

7.      Prior to moving to be appointed lead plaintiff, I reviewed the qualifications of my choice of lead counsel, Johnson Fistel, LLP, and I selected it to serve as lead counsel based upon its substantial experience in prosecuting securities class actions and other shareholder litigation.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 2 day of February 2023.

DocuSigned by:

*Chris Dobson*

264E339F5F91438...

Chris Dobson