**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-03161-SKC

DENNIS CLIFTON, Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

  v.

BRENT WILLIS,
FRED COOPER,
TIM HAAS,
REGINALD KAPTEYN,
ALICIA SYRETT,
GREGORY GOULD,
CHUCK ENCE,
CARL AURE,
KEVIN MANION,
ED BRENNAN,
AMY KUZDOWICZ,
GREG FEA, and
CRAIG THIBODEAU,

      Defendants.

---

Civil Action No. 1:23-cv-00127-RMR-STV

DANIEL TAYLOR, Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

  v.

BRENT WILLIS,
FRED COOPER,
TIM HAAS,
REGINALD KAPTEYN,
ALICIA SYRETT,
GREGORY GOULD,
CHUCK ENCE,
CARL AURE,
KEVIN MANION,
ED BRENNAN,
AMY KUZDOWICZ,
GREG FEA, and
CRAIG THIBODEAU,

      Defendants.

## ORDER

Having considered Movant Chris Dobson's Motion to Consolidate Related Actions, for Appointment as Lead Plaintiff and for Approval of Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The above-captioned actions are consolidated;

3. Pursuant to 15 U.S.C. §78u-4(a)(3)(B), Chris Dobson is appointed as Lead Plaintiff; and

4. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Johnson Fistel, LLP is approved as Lead Counsel for the purported class.

IT IS SO ORDERED.

DATED: _____

_____
THE HON. S. KATO CREWS
UNITED STATES MAGISTRATE JUDGE