**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

**Civil Action No**.: 1:22-cv-03161-SKC

DENNIS CLIFTON, Individually and on Behalf
of All Others Similarly Situated,

Plaintiff,

v.

BRENT WILLIS, FRED COOPER, TIM HAAS,
REGINALD KAPTEYN, ALICIA SYRETT,
GREGORY GOULD, CHUCK ENCE, CARL
AURE, KEVIN MANION, ED BRENNAN,
AMY KUZDOWICZ, GREG FEA, and CRAIG
THIBODEAU,

Defendants.

---

**Civil Action No**.: 1:23-cv-00127-RMR-STV

DANIEL TAYLOR, Individually and on Behalf
of All Others Similarly Situated,

Plaintiff,

v.

BRENT WILLIS, FRED COOPER, TIM HAAS,
REGINALD KAPTEYN, ALICIA SYRETT,
GREGORY GOULD, CHUCK ENCE, CARL
AURE, KEVIN MANION, ED BRENNAN,
AMY KUZDOWICZ, GREG FEA, and CRAIG
THIBODEAU,

Defendants.

---

**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF LUKE
JOSEPH WODIUK FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF,
AND APPROVAL OF COUNSEL**

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel for Luke Joseph Wodiuk ("Wodiuk").  I make this Declaration in support of the motion by Wodiuk for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class in the Related Actions, and approval of Wodiuk's selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as Exhibit A is a true and correct copy of a chart detailing Wodiuk's financial interest in the Related Actions.

3.      Attached hereto as Exhibit B is true and correct copy of a press release published over *Business Wire* on December 7, 2022, announcing the pendency of the first-filed of the Related Actions.

4.      Attached hereto as Exhibit C is a a true and correct copy of a Shareholder Certification executed by Wodiuk.

5.      Attached hereto as Exhibit D is a a true and correct copy of a Declaration executed by Wodiuk.

6.      Attached hereto as Exhibit E is a true and correct copy of the firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on February 6, 2023.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1