# EXHIBIT A

**NewAge, Inc. (NBEVQ)**
**Class Period: January 18, 2018 to October 18, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Days* Mean Price $0.0014 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Luke Wodiuk | | | | | | | | | | | |
| | | | | | | | | | | | |
| Account 1 | 12/2/2021 | 9,397.00 | $1.2000 | ($11,276) | | | | | | | |
| Account 1 | 12/2/2021 | 73,936.00 | $1.2000 | ($88,723) | | | | | | | |
| Account 1 | 12/2/2021 | 1.00 | $1.2000 | ($1) | | | | | | | |
| Account 1 | 12/10/2021 | 1.00 | $1.2050 | ($1) | | | | | | | |
| Account 1 | 12/10/2021 | 1.00 | $1.2100 | ($1) | | | | | | | |
| Account 1 | 12/10/2021 | 1.00 | $1.2100 | ($1) | | | | | | | |
| Account 1 | 12/10/2021 | 1.00 | $1.2050 | ($1) | | | | | | | |
| **Account 1** | | **83,338.00** | | **($100,006)** | | **0.00** | | **$0** | **83,338.00** | **$114** | **($99,892)** |
| | | | | | | | | | | | |
| Account 2 | 11/9/2021 | 2,997.00 | $1.6700 | ($5,005) | | | | | | | |
| Account 2 | 11/9/2021 | 6.00 | $1.6700 | ($10) | | | | | | | |
| Account 2 | 11/9/2021 | 0.41 | $1.7000 | ($1) | | | | | | | |
| Account 2 | 11/9/2021 | 28,279.00 | $1.7000 | ($48,074) | | | | | | | |
| Account 2 | 11/9/2021 | 500.00 | $1.6800 | ($840) | | | | | | | |
| Account 2 | 11/9/2021 | 7,305.00 | $1.6800 | ($12,272) | | | | | | | |
| Account 2 | 11/9/2021 | 4,500.00 | $1.6800 | ($7,560) | | | | | | | |
| Account 2 | 11/9/2021 | 9,250.00 | $1.6900 | ($15,633) | | | | | | | |
| Account 2 | 11/9/2021 | 3,589.00 | $1.6700 | ($5,994) | | | | | | | |
| Account 2 | 11/9/2021 | 5,200.00 | $1.6600 | ($8,632) | | | | | | | |
| Account 2 | 11/9/2021 | 0.95 | $1.6800 | ($2) | | | | | | | |
| Account 2 | 11/9/2021 | 21,270.00 | $1.6800 | ($35,734) | | | | | | | |
| Account 2 | 11/9/2021 | 14,921.00 | $1.6900 | ($25,216) | | | | | | | |
| Account 2 | 11/9/2021 | 18,600.00 | $1.6800 | ($31,248) | | | | | | | |
| Account 2 | 11/9/2021 | 4,735.00 | $1.7300 | ($8,192) | | | | | | | |
| Account 2 | 11/9/2021 | 400.00 | $1.7400 | ($696) | | | | | | | |
| Account 2 | 11/9/2021 | 93.89 | $1.6500 | ($155) | | | | | | | |
| Account 2 | 11/10/2021 | 97,994.00 | $1.4900 | ($146,011) | | | | | | | |
| Account 2 | 11/10/2021 | 0.13 | $1.5000 | ($0) | | | | | | | |
| Account 2 | 11/10/2021 | 2,686.00 | $1.4900 | ($4,002) | | | | | | | |
| Account 2 | | **222,327.38** | | **($355,276)** | | **0.00** | | **$0** | **222,327.38** | **$303** | **($354,973)** |
| | | | | | | | | | | | |
| **Luke Wodiuk** | | **305,665.38** | | **($455,282)** | | **0.00** | | **$0** | **305,665.38** | **$416** | **($454,865)** |

*Avg Closing Prices from October 19, 2022 to January 17, 2023

**Fractional shares rounded to 2 decimal places