## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-03161-SKC

DENNIS CLIFTON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

Plaintiffs,

                v.

BRENT WILLIS, FRED COOPER, TIM HAAS, REGINALD KAPTEYN, ALICIA SYRETT,
GREGORY GOULD, CHUCK ENCE, CARL AURE, KEVIN MANION, ED BRENNAN,
AMY KUZDOWICZ, GREG FEA, and CRAIG THIBODEAU,

Defendants.

---

Civil Action No. 1:23-cv-00127-RMR-STV

DANIEL TAYLOR, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

Plaintiff,

                v.

BRENT WILLIS, FRED COOPER, TIM HAAS, REGINALD KAPTEYN, ALICIA SYRETT,
GREGORY GOULD, CHUCK ENCE, CARL AURE, KEVIN MANION, ED BRENNAN,
AMY KUZDOWICZ, GREG FEA, and CRAIG THIBODEAU,

Defendants.

---

**DECLARATION OF JAMES M. WILSON, JR. IN FURTHER SUPPORT OF MOTION
OF DAMIAN BETEBENNER AND CIGDEM BETEBENNER FOR: (1)
CONSOLIDATION OF THE RELATED ACTIONS; (2) APPOINTMENT AS LEAD
PLAINTIFFS; AND (3) APPROVAL OF LEAD PLAINTIFFS' SELECTION OF LEAD
COUNSEL**

---

I, James M. Wilson, Jr., declare as follows:

1.      I am admitted in this Court. I am a partner in the law firm of Faruqi & Faruqi, LLP. I submit this declaration in further support of the motion filed by Damian Betebenner and Cigdem Betebenner (the "Betebenners"), for: (1) consolidation of the related actions; (2) appointment of the Betebenners as Lead Plaintiffs; and (3) approval of the Betebenners' selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the Class. I have personal knowledge of the facts set forth herein and would testify thereto if called.

2.      Attached as Exhibits 1 through 4 are true and correct copies of the following documents:

Exhibit 1:      Docket Sheet in *United States v. Chern aka Igor Chernyak aka Fedor et al.*, 2:96-cr-00507-BJR (W.D. Wash.);

Exhibit 2:      Email Chain with counsel for Igor Chernyak and attachments thereto;

Exhibit 3:      Women's Business Enterprise National Council Certificate; and

Exhibit 4:      Indictment in *United States v. Chern aka Igor Chernyak aka Fedor et al.*, 2:96-cr-00507-BJR (W.D. Wash.)

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of February, 2023 at New York, NY.

*/s/ James M. Wilson, Jr.*
James M. Wilson, Jr.

1

## CERTIFICATE OF SERVICE

I, James M. Wilson, Jr., hereby certify that on February 27, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

*s/ James M. Wilson, Jr.*
James M. Wilson, Jr.

2