# EXHIBIT 1

**Query      Reports      Utilities      Help      Log Out**

CLOSED

# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
## CRIMINAL DOCKET FOR CASE #: 2:96-cr-00507-BJR All Defendants

Case title: USA v. Chern, et al                                        Date Filed: 08/08/1996

Date Terminated: 02/28/1997

Assigned to: Judge Barbara J. Rothstein

Appeals court case number: 97-30098

**Defendant (1)**

**Gary Chern**                                  represented by   **Dan Rodger Dubitzky**
*also known as*                                                   DUBITZKY & ZARKY
Igor Chernyak                                                     1011 WESTERN AVE
*also known as*                                                   803 WATERFRONT PLACE ONE
Fedor                                                             SEATTLE, WA 98104
                                                                 206-467-6709
                                                                 Fax: FAX 467-8170
                                                                 Email: ddubitzky@d-z.com
                                                                 *TERMINATED: 02/28/1997*
                                                                 *LEAD ATTORNEY*
                                                                 *Designation: Retained*

                                                                 **Jeffery Patton Robinson**
                                                                 SCHROETER GOLDMARK & BENDER
                                                                 401 UNION ST STE 3400
                                                                 SEATTLE, WA 98101
                                                                 206-622-8000
                                                                 Fax: 206-682-2305
                                                                 Email: robinson@sgb-law.com
                                                                 *TERMINATED: 02/28/1997*
                                                                 *LEAD ATTORNEY*
                                                                 *Designation: Retained*

                                                                 **Michael Edward Schwartz**
                                                                 524 TACOMA AVE S
                                                                 TACOMA, WA 98402
                                                                 253-272-7161
                                                                 Fax: 253-272-7178
                                                                 Email: mschwartz@mschwartz-law.com
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*
                                                                 *Designation: Retained*

WAWD CM/ECF Version 1.7.0.2

## Pending Counts

| | Disposition |
|---|---|
| 18:1203, 875(a), 894, 924(c) Conspiracy (1) | 57 months prison; 5 years supervised release with all standard conditions, plus firearm, search and seizure, financial disclosure and reentry provisions, should this conviction result in deportation; $100 mandaroty assessment $100,000 fine |
| 18:894, 891(1) - Collection of Extension of Credit by Extortionate Means (4) | 57 months prison; 5 years supervised release with all standard conditions, plus firearm, search and seizure, financial disclosure and reentry provisions, should this conviction result in deportation; $100 mandaroty assessment $100,000 fine |

## Highest Offense Level (Opening)

Felony

## Terminated Counts

| | Disposition |
|---|---|
| 18:1203 - HOSTAGE TAKING (2) | Dismissed |
| 18:875(a), 18:2 - Communications Containing Demands For Ransom (3) | Dismissed |
| 18:924(c)(3), 924(c)(1), 18:2 - Use and Carrying of Firearm (5) | Dismissed |
| 18:924(a)(2), 922(a)(6) - False Statement in Relation to Acquisition of Firearm (6-11) | Dismissed |

## Highest Offense Level (Terminated)

Felony

## Complaints

| | Disposition |
|---|---|
| None | |

---

Assigned to: Judge Barbara J. Rothstein

## Defendant (2)

| | | |
|---|---|---|
| **Egidiyus Klimas** *TERMINATED: 02/28/1997* | represented by | **Michael G Martin** SIDERIUS LONERGAN & MARTIN, LLP 500 UNION STREET, SUITE 847 SEATTLE, WA 98101 206-624-2800 Email: michaelm@sidlon.com *LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Pending Counts | Disposition |
|---|---|
| 18:1203, 875(a), 894, 924(c) Conspiracy<br>(1) | 57 months prison; 5 years supervised release with all standard conditions, plus firearm, search and seizure, financial disclosure and reentry provisions, should this conviction result in deportation; $100 mandatory assessment; $15,000 fine |
| 18:894, 891(1) - Collection of Extension of Credit by Extortionate Means<br>(4) | 57 months prison; 5 years supervised release with all standard conditions, plus firearm, search and seizure, financial disclosure and reentry provisions, should this conviction result in deportation; $100 mandatory assessment; $15,000 fine |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| 18:1203 - HOSTAGE TAKING<br>(2) | Dismissed |
| 18:875(a), 18:2 - Communications Containing Demands For Ransom<br>(3) | Dismissed |
| 18:924(c)(3), 924(c)(1), 18:2 - Use and Carrying of Firearm<br>(5) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| Complaints | Disposition |
|---|---|
| None | |

---

**Plaintiff**

| **United States of America** | represented by | **James M Lord**<br>US ATTORNEY'S OFFICE (SEA)<br>700 STEWART ST<br>STE 5220<br>SEATTLE, WA 98101-1271<br>206-553-7970<br>Fax: 206-553-2502<br>Email: ecf-crm.usawaw@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Mark Bartlett**
US ATTORNEY'S OFFICE (SEA)
700 STEWART ST
STE 5220
SEATTLE, WA 98101-1271
206-553-7970
Email: ecf-crm.usawaw@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/08/1996 | 1 | INDICTMENT by USA Mark N. Bartlett, James M Lord. Counts filed against Gary Chern (1) count(s) 1, 2, 3, 4, 5, 6-11, Edidiyus Klimas (2) count(s) 1, 2, 3, 4, 5 (dktclk) (Entered: 08/08/1996) |
| 08/08/1996 | 2 | ORDER ISSUING BENCH WARRANT AND NOTICE OF REQUEST FOR DETENTION for Gary Chern by Magistrate Judge Philip K. Sweigert (iss.) (dktclk) (Entered: 08/08/1996) |
| 08/08/1996 | 3 | ORDER ISSUING BENCH WARRANT AND NOTICE OF REQUEST FOR DETENTION for Edidiyus Klimas by Magistrate Judge Philip K. Sweigert (iss.) (dktclk) (Entered: 08/08/1996) |
| 08/08/1996 | | DEFENDANT Gary Chern arrested 8/8/96 (dktclk) (Entered: 08/08/1996) |
| 08/08/1996 | | DEFENDANT Edidiyus Klimas arrested 8/8/96 (dktclk) (Entered: 08/08/1996) |
| 08/08/1996 | | DEFENDANT Gary Chern arrested (DM) (Entered: 08/14/1996) |
| 08/08/1996 | | DEFENDANT Edidiyus Klimas arrested (DM) (Entered: 08/14/1996) |
| 08/09/1996 | 4 | MINUTES of Arraignment : PKS, Dep Clerk LS, AUSA James Lord, Def Counsel Dan Dubitsky, CR/Tape # A-220, USPT/USPO J Velling, dft Gary Chern arraigned; NOT GUILTY plea entered; Attorney Dan Rodger Dubitzky present; , pretrial motions due by 9/5/96 for Gary Chern ; jury trial set for 9:00 10/15/96 for Gary Chern ; detention hearing set for 2:00 8/14/96 for Gary Chern (DM) (Entered: 08/14/1996) |
| 08/09/1996 | 5 | MINUTES of Initial : PKS, Dep Clerk LS, AUSA J Lord, Def Counsel R Owen, CR/Tape # A-220, USPT/USPO J Velling, first appearance of Edidiyus Klimas , Attorney Robert Charles Owen present; detention hearing set for 2:00 8/14/96 for Edidiyus Klimas ; Dft to retain counsel by next hearing date (DM) (Entered: 08/14/1996) |
| 08/09/1996 | 6 | MOTION to detain by USA as to Gary Chern (DM) (Entered: 08/14/1996) |
| 08/09/1996 | 7 | MOTION to detain by USA as to Edidiyus Klimas (DM) (Entered: 08/14/1996) |
| 08/12/1996 | 8 | Arrest Warrant returned executed as to Gary Chern 8/8/96 (DM) (Entered: 08/14/1996) |
| 08/12/1996 | 9 | Arrest Warrant returned executed as to Edidiyus Klimas 8/8/96 (DM) (Entered: 08/14/1996) |
| 08/20/1996 | 10 | PRAECIPE FOR SUBPOENA to Custodian of Records, Seattle Police Dept re: 8/22/96 detention hearing filed by dft Gary Chern. (Subpoena issued) (dktclk) (Entered: 08/22/1996) |
| 08/21/1996 | 11 | MEMORANDUM IN SUPPORT OF RELEASE ON BAIL by defendant Gary Chern (dktclk) (Entered: 08/22/1996) |

| | | |
|---|---|---|
| 08/21/1996 | 12 | DECLARATION of Dan R. Dubitzky re: memorandum [11-1] (dktclk) (Entered: 08/22/1996) |
| 08/21/1996 | 13 | DECLARATION of Alan Zarky re: memorandum [11-1] (dktclk) (Entered: 08/22/1996) |
| 08/21/1996 | 14 | (STATEMENT) PROFFER REGARDING CHERN'S BUSINESS ACTIVITIES by defendant Gary Chern re: memorandum [11-1] (dktclk) (Entered: 08/22/1996) |
| 08/21/1996 | 15 | AFFIDAVIT OF SERVICE by defendant Gary Chern of proffer regarding business [14-1], declarations [13-1] [12-1], memorandum re: release on bail [11-1] (dktclk) (Entered: 08/22/1996) |
| 08/21/1996 | 16 | MEMORANDUM IN OPPOSITION TO DETENTION by defendant Egidiyus Klimas (dktclk) (Entered: 08/22/1996) |
| 08/22/1996 | 17 | AFFIDAVIT OF SERVICE OF SUBPOENA of Custodian of Records, Seattle Police Dept, on 8/21/96 (dktclk) (Entered: 08/22/1996) |
| 08/22/1996 | 18 | DECLARATION of Steven H. Wood re: defendant Gary Chern (dktclk) (Entered: 08/22/1996) |
| 08/22/1996 | 19 | DECLARATION of Steven H. Wood by defendant Gary Chern (dktclk) (Entered: 08/26/1996) |
| 08/22/1996 | 20 | AFFIDAVIT OF SERVICE by defendant Gary Chern of declaration [19-1] (dktclk) (Entered: 08/26/1996) |
| 08/22/1996 | 25 | MINUTES of DETENTION HEARING for both Dfts./ARR. FOR Dft. KLIMAS : PKS, Dep Clerk LS, AUSA J. Lord; A. Hamilton, Def Counsel D. Dubitzky; A. Zarkey; J. Wolfe, CR S. Broscheid, , dft Egidiyus Klimas arraigned; NOT GUILTY plea entered; Attorney John Winn Wolfe present; Witnesses: Gary Johnson, John Rogers, Fran Dyer. Detention hearing continued to 8/23/96, 9:00 (DM) (Entered: 08/28/1996) |
| 08/23/1996 | 26 | MINUTES of CONTINUATION OF DET. HRG. : PKS, Dep Clerk LS, AUSA J Lord, A Hamilton, Def Counsel D Dubitzky, A Zarkey, J Wolfe, CR S Broscheid; Witnesses: Gary Krogh; Louis Shanks; ; detention hearing continued to 9:00 8/30/96 for Gary Chern, for Egidiyus Klimas (DM) (Entered: 08/28/1996) |
| 08/26/1996 | 21 | TRANSCRIPT FILED, Partial Transcript of Proceedings on 8/23/96 before PKS; CR: S. Broscheid (dktclk) (Entered: 08/26/1996) |
| 08/26/1996 | 22 | TRANSCRIPT FILED, Testimony of Lewis B. Shanks on 8/23/96 before PKS; CR: S. Broscheid (dktclk) (Entered: 08/26/1996) |
| 08/26/1996 | 23 | TRANSCRIPT FILED, Testimony of Keith Krogh on 8/23/96 before PKS; CR: S. Broscheid (dktclk) (Entered: 08/26/1996) |
| 08/27/1996 | 24 | TRANSCRIPT FILED, Testimony of Gary William Johnson on 8/22/96 before PKS; CR: S. Broscheid (dktclk) (Entered: 08/28/1996) |
| 08/27/1996 | 27 | MINUTES of CONFERENCE CALL (IN CHAMBERS) : PKS, Dep Clerk LS, AUSA J. Lord, Def Counsel J. Wolfe; Conf. call initiated by chambers; court addresses Mr Dubitsky's 8/26/96 ltr; Mr. Lord will make govt resp available to court no later than 8/28/96; counsel advised of time limit imposed for remainder of detention hrg; Mr. Dubitsky advises Court he will be filing additional pleadings in response to govt proffer; govt reply due 8/29/96. (dktclk) (Entered: 09/03/1996) |
| 08/28/1996 | 28 | DETENTION MEMORANDUM AND SUPPLEMENTAL PROFFER by plaintiff USA (dktclk) (Entered: 09/03/1996) |

WAWD CM/ECF Version 1.7.0.2

| 08/28/1996 | 29 | RESPONSE TO GOVERNMENT'S PROFFER by defendant Gary Chern (dktclk) (Entered: 09/03/1996) |
|---|---|---|
| 08/28/1996 | 30 | PROFFER REGARDING GARY CHERN by defendant Gary Chern (dktclk) (Entered: 09/03/1996) |
| 08/28/1996 | 31 | AFFIDAVIT OF SERVICE by defendant Gary Chern of proffer [30-1], response to proffer [29-1] (dktclk) (Entered: 09/03/1996) |
| 08/29/1996 | 32 | MINUTES of DETENTION HEARING : PKS, Dep Clerk LS, AUSA J.Lord, A.Hamilton, Def Counsel D.Dubitsky, A.Zarky, J.Wolfe, CR S.Palmerton, USPT J.Velling; Dfts Chern and Klimas appear in custody, with counsel; Court advises cnsl of materials reviewed in camer and placed UNDER SEAL; Mr. Dubitsky's request to review these materials DENIED; Gerald A. Hall sworn and testifies; Court takes recess to review documents filed 8/28/96 by Dubitsky; Mr. Wolfe proffers; dft's Exhibit A-2 marked for identification; Govt makes factual proffer; detention hearing CONTINUED TO 8/30/96 9:00 (dktclk) (Entered: 09/03/1996) |
| 08/29/1996 | 33 | DECLARATION of John Colvin regarding defendants (dktclk) (Entered: 09/03/1996) |
| 08/29/1996 | 34 | AFFIDAVIT OF SERVICE by defendant Gary Chern of declaration [33-1] (dktclk) (Entered: 09/03/1996) |
| 08/29/1996 | 38 | NOTICE that materials reviewed in camera by PKS at request of dfts be SEALED until further order of the court (RS) (Entered: 09/11/1996) |
| 08/30/1996 | 35 | MINUTES of DETENTION HEARING (CONTINUED) : PKS, Dep Clerk LS, AUSA J.Lord, A.Hamilton, Def Counsel D.Dubitsky, A.Zarky, J.Wolfe, CR S.Palmerton, USPT J.Velling; Dfts Chern and Klimas appear in custody, with counsel; Court has reviewd documents file 8/29/96 by Mr. Dubitsky; argument from counsel; dfts ORDERED DETAINED pending trial; court will enter findings of fact and resons for detention; dfts Chern and Klimas remanded (dktclk) (Entered: 09/03/1996) |
| 08/30/1996 | 36 | DETENTION ORDER by Magistrate Judge Philip K. Sweigert: dft Gary Chern DETAINED pending trial (cc: counsel, Mag. Judge, PTS, Jgm. Bk., USMO) (dktclk) (Entered: 09/03/1996) |
| 08/30/1996 | 37 | DETENTION ORDER by Magistrate Judge Philip K. Sweigert: Dft Egidiyus Klimas DETAINED pending trial. (cc: counsel, Mag. Judge, PTS, Jgm. Bk., USMO) (dktclk) (Entered: 09/03/1996) |
| 09/05/1996 | 39 | STIPULATION of parties to continue pretrial mtns cutoff date to 9/12/96; govt's response due 9/19/96; motions to be noted for 9/27/96 (RS) (Entered: 09/11/1996) |
| 09/09/1996 | 40 | EX PARTE MOTION to compel by USA as to Egidiyus Klimas (FILED UNDER SEAL) (RS) (Entered: 09/11/1996) |
| 09/09/1996 |  | LODGED ORDER: re: motion to compel by USA as to Egidiyus Klimas [40-1] (FILED UNDER SEAL) (RS) (Entered: 09/11/1996) |
| 09/12/1996 | 42 | JOINT MOTION to sever Counts 6-11 by defendant Gary Chern, defendant Egidiyus Klimas NOTED FOR 9/27/96 Oral Argument Requested (DM) (Entered: 09/13/1996) |
| 09/12/1996 | 43 | MEMORANDUM by defendant Gary Chern, defendant Egidiyus Klimas in support of Deft's Joint motion to sever Counts 6-11 [42-1] (DM) (Entered: 09/13/1996) |
| 09/12/1996 |  | LODGED ORDER: re: motion to sever Counts 6-11 by defendant Gary Chern, defendant Egidiyus Klimas [42-1] (DM) (Entered: 09/13/1996) |

WAWD CM/ECF Version 1.7.0.2

| 09/12/1996 |    | LODGED ORDER: re: motion to sever Counts 6-11 by defendant Gary Chern, defendant Egidiyus Klimas [42-1] (DM) (Entered: 09/13/1996) |
| 09/12/1996 | 44 | JOINT MOTION for release of Brady materials by defendant Gary Chern, defendant Egidiyus Klimas NOTED FOR 9/27/96. Oral Argument Requested (DM) (Entered: 09/13/1996) |
| 09/12/1996 | 45 | MEMORANDUM by defendant Gary Chern, defendant Egidiyus Klimas in support of motion for release of Brady materials [44-1] (DM) (Entered: 09/13/1996) |
| 09/12/1996 |    | LODGED ORDER: re: motion for release of Brady materials by defendant Gary Chern, defendant Egidiyus Klimas [44-1] (DM) (Entered: 09/13/1996) |
| 09/12/1996 | 46 | AFFIDAVIT OF SERVICE by defendant Gary Chern, defendant Egidiyus Klimas of Dft's joint motion for release of Brady [44-1], of Dft's joint motion to sever Counts 6-11 [42-1] (DM) (Entered: 09/13/1996) |
| 09/13/1996 | 41 | ORDER by Judge Barbara J. Rothstein GRANTING motion to compel by USA as to Egidiyus Klimas [40-1] (FILED UNDER SEAL) (cc: counsel, Judge) (KERR) (Entered: 09/13/1996) |
| 09/13/1996 | 48 | SECOND STIPULATION OF PARTIES RE: DEFENSE PRETRIAL MOTIONS. Parties agree that defense can file a second group of motions on 9/16/96; plaintiff's response due 9/24/96; motions to be noted for 9/27/96. (dktclk) (Entered: 09/17/1996) |
| 09/13/1996 | 49 | AMENDED NOTE FOR MOTIONS filed by counsel for defendant Egidiyus Klimas. Defense motions to sever counts 6-11, and, for discovery, noted for 9/20/96. (dktclk) (Entered: 09/17/1996) |
| 09/16/1996 | 47 | NOTICE OF RESCHEDULING: ; trial set for 9:30am on 10/16/96 for Gary Chern, for Egidiyus Klimas (cc: all counsel) (dktclk) (Entered: 09/16/1996) |
| 09/16/1996 | 50 | REQUEST FOR NOTICE OF ALIBI by plaintiff USA (dktclk) (Entered: 09/17/1996) |
| 09/16/1996 | 51 | MOTION for handwriting exemplars by USA as to Gary Chern, Egidiyus Klimas NOTED FOR 9/27/96 (dktclk) (Entered: 09/17/1996) |
| 09/16/1996 | 52 | PRAECIPE filed by dft Klimas to correct noting date referred to in stipulation for pretrial motions from 9/27/96 to 9/20/96. (dktclk) (Entered: 09/17/1996) |
| 09/16/1996 | 53 | JOINT MOTION by defendant Gary Chern, defendant Egidiyus Klimas to dismiss count 2 NOTED FOR 9/27/96 (dktclk) (Entered: 09/17/1996) |
| 09/16/1996 | 54 | MEMORANDUM by defendant Gary Chern, defendant Egidiyus Klimas in support of motion to dismiss count 2 [53-1] (dktclk) (Entered: 09/17/1996) |
| 09/16/1996 |    | LODGED ORDER: re: motion by defendant Gary Chern, defendant Egidiyus Klimas to dismiss count 2 [53-1] (dktclk) (Entered: 09/17/1996) |
| 09/16/1996 | 55 | JOINT MOTION by defendant Gary Chern, defendant Egidiyus Klimas to dismiss counts 4 and 6-11 NOTED FOR 9/27/96 (dktclk) (Entered: 09/17/1996) |
| 09/16/1996 | 56 | MEMORANDUM by defendant Egidiyus Klimas, plaintiff USA in support of motion to dismiss counts 4 and 6-11 [55-1] (dktclk) (Entered: 09/17/1996) |
| 09/16/1996 |    | LODGED ORDER: re: motion by defendant Gary Chern, defendant Egidiyus Klimas to dismiss counts 4 and 6-11 [55-1] (dktclk) (Entered: 09/17/1996) |
| 09/16/1996 | 57 | JOINT MOTION for a bill of particulars by defendant Gary Chern, defendant Egidiyus Klimas NOTED FOR 9/27/96 (dktclk) (Entered: 09/17/1996) |

| 09/16/1996 | 58 | MEMORANDUM by defendant Gary Chern, defendant Egidiyus Klimas in support of motion for a bill of particulars [57-1] (dktclk) (Entered: 09/17/1996) |
|---|---|---|
| 09/16/1996 | | LODGED ORDER: re: motion for a bill of particulars by defendant Gary Chern, defendant Egidiyus Klimas [57-1] (dktclk) (Entered: 09/17/1996) |
| 09/16/1996 | 59 | AFFIDAVIT OF SERVICE by counsel for defendant Gary Chern of lodged orders, memoranda in support, and motions [57-1] [55-1] [53-1] (dktclk) (Entered: 09/17/1996) |
| 09/19/1996 | 60 | RESPONSE by plaintiff USA to defendants' motions for severance of counts, and discovery (dktclk) (Entered: 09/23/1996) |
| 09/20/1996 | 61 | JOINT REPLY by defendant Gary Chern, defendant Egidiyus Klimas TO RESPONSE to motion for discovery (dktclk) (Entered: 09/23/1996) |
| 09/23/1996 | 62 | RESPONSE by plaintiff USA to motion for a bill of particulars by defendant Gary Chern, defendant Egidiyus Klimas [57-1], motion by defendant Gary Chern, defendant Egidiyus Klimas to dismiss counts 4 and 6-11 [55-1], motion by defendant Gary Chern, defendant Egidiyus Klimas to dismiss count 2 [53-1] (dktclk) (Entered: 09/25/1996) |
| 09/26/1996 | 63 | MINUTE ENTRY by Court GRANTING motion for handwriting exemplars by USA as to Gary Chern, Egidiyus Klimas [51-1], GRANTING motion to sever Counts 6-11 by defendant Gary Chern, defendant Egidiyus Klimas [42-1], VACATING order entered 9/13/96 [41-1] with leave for govt to renote motion later. (cc: counsel, Judge) (dktclk) (Entered: 09/27/1996) |
| 09/26/1996 | 64 | REPLY by defendants TO RESPONSE to motion for a bill of particulars by defendants [57-1] (DM) (Entered: 09/27/1996) |
| 09/26/1996 | | LODGED ORDER: re: motion for a bill of particulars by defendant Gary Chern, defendant Egidiyus Klimas [57-1] (DM) (Entered: 09/27/1996) |
| 09/26/1996 | 65 | AFFIDAVIT OF SERVICE by defendant of motion reply [64-1] (DM) (Entered: 09/27/1996) |
| 09/27/1996 | 68 | TRANSCRIPT of proceedings for the following date(s): 8/29,30/1996 (Re: detention hearing ) CR initials: SP (NS) (Entered: 10/01/1996) |
| 09/30/1996 | 66 | AFFIDAVIT OF SERVICE OF SUBPOENA of Custodian of Records, AT & T Wireless Services on 9/26/96 (dktclk) (Entered: 10/01/1996) |
| 09/30/1996 | 67 | AFFIDAVIT OF SERVICE OF SUBPOENA of Custodian of Records, GTE Northwest on 9/27/96 (dktclk) (Entered: 10/01/1996) |
| 10/01/1996 | 69 | AFFIDAVIT OF SERVICE OF SUBPOENA of Custodian of Records, Innovative Communications Technologies Inc on 9/27/96 (dktclk) (Entered: 10/01/1996) |
| 10/01/1996 | 70 | ORDER by Judge Barbara J. Rothstein GRANTING motion for a bill of particulars by defendant Gary Chern, defendant Egidiyus Klimas [57-1], DENYING motion by defendant Gary Chern, defendant Egidiyus Klimas to dismiss counts 4 and 6-11 [55-1], DENYING motion by defendant Gary Chern, defendant Egidiyus Klimas to dismiss count 2 [53-1] (cc: counsel, Judge) (dktclk) (Entered: 10/01/1996) |
| 10/03/1996 | 71 | AFFIDAVIT OF SERVICE OF SUBPOENA re: U.S. West Telephone on 9/27/96 (DM) (Entered: 10/03/1996) |
| 10/04/1996 | 72 | MOTION to continue trial date by defendant Gary Chern NOTED FOR 10/18/96 (dktclk) (Entered: 10/07/1996) |

WAWD CM/ECF Version 1.7.0.2

| 10/04/1996 | 73 | MEMORANDUM in support of motion to continue trial date by defendant Gary Chern [72-1] (dktclk) (Entered: 10/07/1996) |
| 10/04/1996 | | LODGED ORDER: re: motion to continue trial date by defendant Gary Chern [72-1] (dktclk) (Entered: 10/07/1996) |
| 10/04/1996 | 74 | MOTION to shorten time on motion to continue trial date by defendant Gary Chern [72-1] NOTED FOR 10/7/96 (dktclk) (Entered: 10/07/1996) |
| 10/04/1996 | | LODGED ORDER: re: motion to shorten time on motion to continue trial date by defendant Gary Chern [72-1] [74-1] (dktclk) (Entered: 10/07/1996) |
| 10/04/1996 | 75 | AFFIDAVIT OF SERVICE by defendant Gary Chern of lodged order [0-0], motion to shorten time on motion to continue trial date by defendant Gary Chern [72-1] [74-1], lodged order [0-0], memorandum [73-1], motion to continue trial date by defendant Gary Chern [72-1] (dktclk) (Entered: 10/07/1996) |
| 10/07/1996 | 76 | PRAECIPE FOR SUBPOENAS by defendant Chern (Subpoenas issued) (dktclk) (Entered: 10/08/1996) |
| 10/07/1996 | 77 | NOTICE OF INTENT TO USE DEFENDANTS' STATEMENTS by plaintiff USA (dktclk) (Entered: 10/09/1996) |
| 10/07/1996 | 78 | MINUTES of TELEPHONE CONFERENCE : BJR, Dep Clerk ET, AUSA J.Lord, A.Hamilton, Def Counsel D.Dubitzky, J.Robinson, CR J.Roth; motion for release of Brady materials by defendant Gary Chern, defendant Egidiyus Klimas [44-1] TAKEN UNDER ADVISEMENT ; sentencing hearing CONTINUED TO 9:30 10/21/96 for Gary Chern, for Egidiyus Klimas (dktclk) (Entered: 10/09/1996) |
| 10/08/1996 | 79 | MINUTE ENTRY by Court; parties having agree to 10/21/96 as trial date, and Govt having agreed to furnish Jencks Act information one week prior to trial, court RULES that all Jencks and Brady materials shall be provided to defendants by 10/11/96. (cc: counsel, Judge) (dktclk) (Entered: 10/09/1996) |
| 10/10/1996 | 80 | AFFIDAVIT OF SERVICE OF SUBPOENA of AT&T Wireless, Custodian of Records, on 10/9/96 (dktclk) (Entered: 10/11/1996) |
| 10/10/1996 | 81 | AFFIDAVIT OF SERVICE OF SUBPOENA of AT&T Wireless, Custodian of Records on 10/9/96 (dktclk) (Entered: 10/11/1996) |
| 10/10/1996 | 82 | MINUTE ENTRY by Court: Having reviewed copies of FBI files regarding dft Chern, court finds that most of the documents are not subject to disclosure. However, court finds that a portion of the memorandum from SA Jannett dated 5/5/95 constitutes Brady material. Government shall disclose contents of last two paragraphs to defendants. (cc: counsel, Judge) (dktclk) (Entered: 10/11/1996) |
| 10/10/1996 | 83 | TRIAL BRIEF submitted by plaintiff USA (dktclk) (Entered: 10/11/1996) |
| 10/10/1996 | 83 | MOTION in limine by USA as to Gary Chern, Egidiyus Klimas (dktclk) (Entered: 10/11/1996) |
| 10/10/1996 | 84 | MOTION to shorten time on motion in limine by USA as to Gary Chern, Egidiyus Klimas [83-1] (dktclk) (Entered: 10/11/1996) |
| 10/10/1996 | | LODGED ORDER: re: motion to shorten time on motion in limine by USA as to Gary Chern, Egidiyus Klimas [83-1] [84-1] (dktclk) (Entered: 10/11/1996) |
| 10/15/1996 | 85 | AFFIDAVIT OF SERVICE OF SUBPOENA of American Express on 10/3/96 (dktclk) (Entered: 10/15/1996) |

| | | |
|---|---|---|
| 10/15/1996 | 86 | RESPONSE (JOINT OPPOSITION) by defendant Gary Chern, defendant Egidiyus Klimas to Government's motion to shorten time (dktclk) (Entered: 10/15/1996) |
| 10/15/1996 | 87 | PRAECIPE FOR SUBPOENA by Dft. Chern. Issued 10/15/96 (DM) (Entered: 10/16/1996) |
| 10/15/1996 | 88 | SUPPLEMENTAL TRIAL BRIEF (MEMORANDUM) AND SUPPLEMENTAL MOTION IN LIMINE submitted by plaintiff USA (DM) (Entered: 10/16/1996) |
| 10/15/1996 | 88 | SUPPLEMENTAL TRIAL MEMORANDUM AND SUPPLEMENTAL MOTION IN LIMINE by Pla USA (DM) (Entered: 10/16/1996) |
| 10/15/1996 | 89 | PROPOSED VOIR DIRE QUESTIONS submitted by plaintiff USA (DM) (Entered: 10/16/1996) |
| 10/15/1996 | 90 | JURY INSTRUCTIONS (CITED) by plaintiff USA (DM) (Entered: 10/16/1996) |
| 10/17/1996 | 91 | AFFIDAVIT OF SERVICE OF SUBPOENA of Aeroflot Airlines, Custodian of Records, on 10/15/96 (dktclk) (Entered: 10/18/1996) |
| 10/17/1996 | 92 | PROPOSED EXHIBIT LIST filed by defendants Chern and Klimas (dktclk) (Entered: 10/18/1996) |
| 10/17/1996 | 93 | TRIAL BRIEF submitted by defendant Gary Chern, defendant Egidiyus Klimas (dktclk) (Entered: 10/18/1996) |
| 10/17/1996 | 93 | RESPONSE by defendant Gary Chern, defendant Egidiyus Klimas to motions in limine (dktclk) (Entered: 10/18/1996) |
| 10/17/1996 | | STIPULATION AND LODGED ORDER RE: HAIRCUTS (dktclk) (Entered: 10/18/1996) |
| 10/18/1996 | 94 | STIPULATION and ORDER RE: HAIRCUTS by Judge Barbara J. Rothstein : USMO shall arrange for both dfts to get haircuts, dft Klimas a shave, and dft Chern a breard trim, prior to trial. (cc: USMO, counsel, Judge) (dktclk) (Entered: 10/18/1996) |
| 10/18/1996 | 95 | PROPOSED JURY INSTRUCTIONS (cited) by defendant Gary Chern, defendant Egidiyus Klimas (dktclk) (Entered: 10/18/1996) |
| 10/18/1996 | 96 | RESPONSE by defendant Gary Chern, defendant Egidiyus Klimas to Govt's supplemental trial brief and motions in limine [88-1] (dktclk) (Entered: 10/21/1996) |
| 10/18/1996 | 97 | REPLY TRIAL BRIEF submitted by plaintiff USA (dktclk) (Entered: 10/21/1996) |
| 10/21/1996 | 98 | AFFIDAVIT OF SERVICE OF SUBPOENA of US West Telephone on 10/10/96 (dktclk) (Entered: 10/21/1996) |
| 10/21/1996 | 99 | AFFIDAVIT OF SERVICE OF SUBPOENA of US West Telephone on 10/10/96 (dktclk) (Entered: 10/21/1996) |
| 10/21/1996 | 100 | AFFIDAVIT OF SERVICE OF SUBPOENA of US West Telephone on 10/9/96 (dktclk) (Entered: 10/21/1996) |
| 10/21/1996 | 101 | RESPONSE by defendant Gary Chern, defendant Egidiyus Klimas to Govt's reply trial brief [97-1] (dktclk) (Entered: 10/21/1996) |
| 10/21/1996 | 106 | MINUTES of 1ST DAY OF JURY TRIAL : BJR, Dep Clerk ET, SS, AUSA A.Hamilton, J.Lord, Def Counsel D.Dubitsky, J.Robinson, M.Iaria, A. Zarky, CR J.Roth; Defendants present, in custody, with counsel; prospective jurors sworn and voir dire proceeds; jurors Vanparys, Davis, Wallentine and Saxon excused for cause; after counsel excercise peremptory challenges, jurors empaneled; out of presence of jury, court hears argument |

| | | |
|---|---|---|
| | | and rules on govt's motions in limine; counsel present opening arguments; jury excused until 10/22/96. (dktclk) (Entered: 10/22/1996) |
| 10/22/1996 | 102 | AFFIDAVIT OF SERVICE OF SUBPOENA of GTE Northwest on 10/9/96 (dktclk) (Entered: 10/22/1996) |
| 10/22/1996 | 103 | JURY PEREMPTORY CHALLENGES by plaintiff (dktclk) (Entered: 10/22/1996) |
| 10/22/1996 | 104 | JURY PEREMPTORY CHALLENGES by defendants (dktclk) (Entered: 10/22/1996) |
| 10/22/1996 | 105 | WITNESS LIST submitted by plaintiff USA (dktclk) (Entered: 10/22/1996) |
| 10/22/1996 | 107 | POTENTIAL WITNESS LIST submitted by defendant Gary Chern, defendant Egidiyus Klimas (dktclk) (Entered: 10/22/1996) |
| 10/22/1996 | 108 | MINUTES of 2ND DAY OF JURY TRIAL : BJR, Dep Clerk ET,SS, AUSA A.Hamilton, J.Lord, Def Counsel D.Dubitzky, J.Robinson, M. Iaria, CR J.Roth; dfts present, in custody, with counsel; out of presence of jury, court hears argument and grants govt's mtn to exclude further references to Russian gang ties; Alexi Kolotvine sworn and testifies for govt; Office Jensen and Alexandre Kolotvine sworn and testify; exhibits marked and admitted; court excuses jury until 10/23/96. (dktclk) (Entered: 10/23/1996) |
| 10/23/1996 | 109 | AFFIDAVIT OF SERVICE OF SUBPOENA of Ilya Berner on 10/17/96 (dktclk) (Entered: 10/23/1996) |
| 10/23/1996 | 110 | PROPOSED REASONABLE DOUBT JURY INSTRUCTIONS (cited) by defendant Gary Chern, defendant Egidiyus Klimas (dktclk) (Entered: 10/23/1996) |
| 10/23/1996 | 111 | MEMORANDUM by defendant Gary Chern, defendant Egidiyus Klimas in support of proposed reasonable doubt jury instructions [110-1] (dktclk) (Entered: 10/23/1996) |
| 10/23/1996 | 112 | AFFIDAVIT OF SERVICE by defendants of memorandum [111-1], jury instructions [110-1] (dktclk) (Entered: 10/23/1996) |
| 10/23/1996 | 113 | MINUTES of 3RD DAY OF JURY TRIAL : BJR, Dep Clerk ET, SS, AUSA A.Hamilton, J.Lord, Def Counsel J.Robinson, M.Iaria, CR J.Roth; defendants present, in custody, with counsel; testimony of Alexandre Kolotvine resumes; exhibits marked and admitted; jury excused until 10/24/96. (dktclk) (Entered: 10/24/1996) |
| 10/24/1996 | 114 | ORDER TO KENT JAIL by Judge Barbara J. Rothstein: Dft Klimas to be provided with appropriate shaving materials or barbar services for his appearance during trial. (cc: counsel, Judge) (dktclk) (Entered: 10/24/1996) |
| 10/24/1996 | 116 | MINUTES of 4TH DAY OF JURY TRIAL : BJR, Dep Clerk ET, AUSA A.Hamilton, J.Lord, Def Counsel J.Robinson, M.Iaria, D.Dubitzky, A.Zarky, CR J.Roth; defendants present, in custody, with counsel; out of presence of jury, court hears argument re: admissibility of portions of testimony of Ekatrina Kolotvine; testimony of Alexandre Kolotvine resumes and concludes; Ekatrina Kolotvine sworn and testifies; out of presence of jury, court hears argument re: Russiona telphone records and rules documents not admissible unless a records custodian is present in court; Fred Miller is sworn and testifies; Officer Jelsik is recalled; exhibits marked and admitted; govt rests; jury excused until 10/28/96 (dktclk) (Entered: 10/28/1996) |
| 10/25/1996 | 115 | POTENTIAL WITNESS LIST submitted by defendant Gary Chern, defendant Egidiyus Klimas (dktclk) (Entered: 10/28/1996) |
| 10/28/1996 | 117 | MINUTES of 5TH DAY OF JURY TRIAL : BJR, Dep Clerk ET, AUSA A.Hamilton, J.Lord, Def Counsel J.Robinson, M. Iaria, D.Dubitzky, A.Zarky, CR J.Roth; Dfts present, in custody, with counsel. Out of presence of jury, court hears dfts' objections to govt mtn to reopen, and govt's objections to various witnesses' testimony for dfts. Court takes these |

| | | matters under advisement. Dfts recall Alexandre Kolotvine. Agent James Traecy sworn and testifies. Govt reopens and Agent Miller called. Dfts call Sergey Filippov. Out of presence of jury court hears two offers of proof on testimony by defense witnesses, finds evidence inadmissible. Court keeps under advisement govt's third objection to proferred defense witness testimony. Court and counsel discuss jury instructions. Jury excused until 10/29/96. (dktclk) (Entered: 11/01/1996) |
|---|---|---|
| 10/29/1996 | 118 | MINUTES of 6TH DAY OF JURY TRIAL : BJR, Dep Clerk ET, AUSA A.Hamilton, J.Lord, Def Counsel J.Robinson, M.Iaria, D.Dubitzky, A.Zarky, CR J.Roth; Dfts present, in custody, with counsel. Out of presence of jury court rules that Sikorskoo testimony premitted on basis of prior inconsistent testimony. Court will give jury limiting instruction. At request of govt counsel, court informs dfts of right to testify. Dfts decline to testify. Jury present, Linda Noble sworn to interpret for dfts' witness Gennadaii Sikorskii, who is sworn and testifies. Dfts rest. Govt recalls Alexandre Kolotvine and Special Agent Miller to testify re: rebuttal. Govt rests. Court instructs and counsel present closing arguments. Alternate juror Larry Elledge excused. Jury retires. Jury excused until 10/30/96. (dktclk) (Entered: 11/01/1996) |
| 10/30/1996 | 119 | AFFIDAVIT OF SERVICE OF SUBPOENA of Scott Cellman on 10/18/96 (dktclk) (Entered: 11/01/1996) |
| 10/30/1996 | 120 | AFFIDAVIT OF SERVICE OF SUBPOENA of Tina Porter Collman on 10/18/96 (dktclk) (Entered: 11/01/1996) |
| 10/30/1996 | 121 | AFFIDAVIT OF SERVICE OF SUBPOENA of Edmond Garabedian, Records Custodian on 10/17/96 (dktclk) (Entered: 11/01/1996) |
| 10/30/1996 | 122 | PROPOSED SECOND SUPPLEMENTAL JURY INSTRUCTIONS (cited) by defendant Gary Chern, defendant Egidiyus Klimas (dktclk) (Entered: 11/01/1996) |
| 10/30/1996 | 123 | REVISED PROPOSED REASONABLE DOUBT JURY INSTRUCTIONS (cited) by defendant Gary Chern, defendant Egidiyus Klimas (dktclk) (Entered: 11/01/1996) |
| 10/30/1996 | 124 | SUPPLEMENTAL EXHIBIT LIST filed by defendants (dktclk) (Entered: 11/01/1996) |
| 10/30/1996 | 125 | OBJECTIONS TO JURY INSTRUCTIONS by defendant Gary Chern, defendant Egidiyus Klimas (dktclk) (Entered: 11/01/1996) |
| 10/30/1996 | 126 | AMENDED EXHIBIT LIST filed by plaintiff USA (dktclk) (Entered: 11/01/1996) |
| 10/30/1996 | 127 | MINUTES of 7TH DAY OF JURY TRIAL : BJR, Dep Clerk ET, AUSA A.Hamilton, J.Lord, Def Counsel J.Robinson, M.Iaria, D.Dubitzky, A.Zarky, CR J.Roth; Dfts present, in custody, with counsel. Jury returns with verdicts of GUILTY as to counts 1 and 4 for each dft, and NOT GUILTY as to counts 2,3, and 5 for each dft. Court polls and excuses the jury. Sentencing hearing set for 9:30 1/17/97 for Gary Chern, for Egidiyus Klimas , Court grants Mr. Zarky's request to extend time ti file motion for new trial to 14 days from this date. Counsel directed to retireve all exhibits no later than 10/31/96. Dfts remanded to custody of USMO. (dktclk) (Entered: 11/01/1996) |
| 10/30/1996 | 128 | ORDER by Judge Barbara J. Rothstein that jury be committed to custody of baliff; that Clerk pay for meals of said jurors and baliff. (cc: counsel, Judge) (dktclk) (Entered: 11/01/1996) |
| 10/31/1996 | 129 | TRIAL STIPULATION filed by the parties (dktclk) (Entered: 11/01/1996) |
| 10/31/1996 | 130 | TRIAL STIPULATION filed by the parties (dktclk) (Entered: 11/01/1996) |
| 10/31/1996 | 131 | TRIAL STIPULATION filed by the parties (dktclk) (Entered: 11/01/1996) |

| 10/31/1996 | 132 | COURT'S INSTRUCTIONS TO THE JURY (dktclk) (Entered: 11/01/1996) |
| 10/31/1996 | 133 | RESPONSES TO JURY QUESTIONS #2 AND #3 by Judge Rothstein (dktclk) (Entered: 11/01/1996) |
| 10/31/1996 | 134 | VERDICT as to Gary Chern, Egidiyus Klimas (dktclk) (Entered: 11/01/1996) |
| 10/31/1996 | 135 | DEFENDANTS' EXHIBIT LIST (dktclk) (Entered: 11/01/1996) |
| 11/04/1996 | 136 | RESPONSE TO JURY QUESTION #1 by Judge Rothstein (dktclk) (Entered: 11/05/1996) |
| 11/06/1996 | 137 | TRIAL STIPULATION filed by all parties (dktclk) (Entered: 11/06/1996) |
| 11/06/1996 |  | STIPULATION AND LODGED ORDER REAGRDING POST-TRIAL MOTIONS (dktclk) (Entered: 11/07/1996) |
| 11/08/1996 | 138 | STIPULATION and ORDER REGARDING POST TRIAL MOTIONS by Judge Barbara J. Rothstein : Deadline for filing any post trial motions, incl under Rule 29 or 33, EXTENDED TO 11/27/96. (cc: counsel, Judge) (dktclk) (Entered: 11/08/1996) |
| 11/18/1996 | 139 | MINUTE ORDER by Judge Barbara J. Rothstein the conf scheduled for 11/19/96 is continued to 10:30 11/22/96 for Gary Chern, for Egidiyus Klimas (cc: counsel, Judge) (RS) (Entered: 11/22/1996) |
| 11/18/1996 | 140 | RESPONSE by plaintiff to dft's verbal motion for new trial premised on voir dire of jury (FILED UNDER SEAL) (RS) (Entered: 11/22/1996) |
| 11/18/1996 | 145 | TRANSCRIPT of proceedings for the following date(s): 10/21/96 (Re: Jury Voir Dire) CR initials: JR (dktclk) (Entered: 11/26/1996) |
| 11/22/1996 | 141 | MINUTE ORDER by Judge Barbara J. Rothstein continuing the hearing scheduled for 11/21/96 to 12/5/96 at 10am for Gary Chern, for Egidiyus Klimas (cc: counsel, Judge) (RS) (Entered: 11/22/1996) |
| 11/22/1996 | 142 | MINUTES: NOTICE by BJR, Dep Clerk ET: Court authorizes cnsl to review the Court reporter's back up tapes of testimonies of Ekaterina and Alexandre Kolotvine in Mr. Roth's office. (c to c,BJR) (DM) (Entered: 11/25/1996) |
| 11/22/1996 | 143 | TRANSCRIPT of proceedings for the following date(s): 10/21/96 (Re:opening statements of Mr. Iaria & Mr. Dubitzky) CR initials: jr (PAT) (Entered: 11/26/1996) |
| 11/22/1996 | 144 | TRANSCRIPT of proceedings for the following date(s): 10/22/96 (Re: testimony of Alexi Kolotvine) CR initials: jr (PAT) (Entered: 11/26/1996) |
| 11/25/1996 | 146 | DECLARATION of Jeffery P. Robinson (FILED UNDER SEAL) (RS) (Entered: 11/29/1996) |
| 11/25/1996 | 147 | MOTION for new trial or judgment of acquittal by defendants NOTED FOR 12/6/96 (RS) (Entered: 11/29/1996) |
| 11/25/1996 | 148 | MEMORANDUM by defendants in support of motion for new trial or judgment of acquittal by defendants [147-1] (RS) (Entered: 11/29/1996) |
| 11/25/1996 | 149 | AFFIDAVIT OF SERVICE by defendant of motion for new trial or judgment of acquittal by defendants [147-1] (RS) (Entered: 11/29/1996) |
| 11/25/1996 | 150 | MOTION to dismiss counts without prejudice by USA as to Gary Chern NOTED FOR 12/13/96 (RS) (Entered: 11/29/1996) |

| 11/25/1996 | | LODGED ORDER: re: motion to dismiss counts without prejudice by USA as to Gary Chern [150-1] (RS) (Entered: 11/29/1996) |
|---|---|---|
| 11/25/1996 | 151 | JOINT REPLY by defendants re jury voir dire (FILED UNDER SEAL) (RS) (Entered: 11/29/1996) |
| 11/26/1996 | 152 | RESPONSE by plaintiff to dfts' reply and to declaration of Jeff Robinson (FILED UNDER SEAL) (RS) (Entered: 11/29/1996) |
| 11/26/1996 | 153 | MOTION to exclude dfts from certain ct proceedings by USA as to Gary Chern, Egidiyus Klimas NOTED FOR 12/13/96 (FILED UNDER SEAL) (RS) (Entered: 11/29/1996) |
| 11/26/1996 | 154 | MOTION to shorten time on motion to exclude dfts from certain ct proceedings by USA as to Gary Chern, Egidiyus Klimas [153-1] NOTED FOR 12/2/96 (FILED UNDER SEAL) (RS) (Entered: 11/29/1996) |
| 11/26/1996 | 155 | AFFIDAVIT of James M. Lord (FILED UNDER SEAL) (RS) (Entered: 11/29/1996) |
| 11/26/1996 | | LODGED ORDER: re: motion to shorten time (FILED UNDER SEAL) (RS) (Entered: 11/29/1996) |
| 12/02/1996 | 156 | LETTER/NOTICE by plaintiff USA extending response time on dft's motion for a new trial to 12/11/96; dft's motion for a new trial is renoted for 12/13/96 (DM) (Entered: 12/04/1996) |
| 12/02/1996 | 157 | RESPONSE by defendant Gary Chern to motion to dismiss counts without prejudice by USA as to Gary Chern [150-1] (DM) (Entered: 12/04/1996) |
| 12/02/1996 | 158 | REPLY (Clarification of Understanding re: Motion to Dismiss w/o prejudice) by plaintiff USA TO RESPONSE to motion to dismiss counts without prejudice by USA as to Gary Chern [150-1] (DM) (Entered: 12/04/1996) |
| 12/03/1996 | 159 | RESPONSE/Clarification by defendant Gary Chern re: motion to dismiss counts without prejudice by USA as to Gary Chern [150-1] (DM) (Entered: 12/04/1996) |
| 12/03/1996 | 160 | JOINT SUPPLEMENTAL MEMORANDUM Re: Voir dire Issues by defendant Gary Chern, defendant Egidiyus Klimas (FILED UNDER SEAL) (DM) (Entered: 12/04/1996) |
| 12/06/1996 | 161 | MINUTES of ORAL ARGUMENT ON DFTS' MOTION FOR NEW TRIAL: BJR, AUSA J.Lord, A.Hamilton, Def Counsel J.Robinson, A. Zarky, M. Iaria; Court hears oral argument in camera on dfts' 1st mtn for new trial, DENIES motion; GRANTS as unopposed Govt motion to dismiss counts without prejudice by USA as to Gary Chern [150-1], RENOTES FOR 1/15/97 dfts' 2nd motion for new trial or judgment of acquittal by defendants [147-1] (dktclk) (Entered: 12/06/1996) |
| 01/09/1997 | 162 | MINUTE ENTRY by Court; At request of counsel, sentencing hearing CONTINUED TO 9:30 2/28/97 for Gary Chern, for Egidiyus Klimas (cc: all counsel) (dktclk) (Entered: 01/10/1997) |
| 01/09/1997 | 163 | RESPONSE by plaintiff USA to motion for new trial or judgment of acquittal by defendants [147-1] (dktclk) (Entered: 01/10/1997) |
| 01/17/1997 | 164 | LETTER from counsel for defendant Gary Chern to renote motion for new trial or judgment of acquittal by defendants [147-1] (dktclk) (Entered: 01/22/1997) |
| 01/24/1997 | 165 | REPLY by defendants in support of their motion for new trial or judgment of acquittal [147-1] (dktclk) (Entered: 01/27/1997) |
| 01/31/1997 | 166 | ORDER by Judge Barbara J. Rothstein DENYING motion for new trial or judgment of acquittal by defendants [147-1] (cc: counsel, Judge) (dktclk) (Entered: 01/31/1997) |

| 02/05/1997 | 167 | NOTICE OF CHANGE OF ADDRESS by atty Michael P. Iaria (cc: atty adm) (dktclk) (Entered: 02/10/1997) |
| --- | --- | --- |
| 02/19/1997 | 168 | SENTENCING MEMORANDUM re Gary Chern, Egidiyus Klimas by plaintiff USA (dktclk) (Entered: 02/20/1997) |
| 02/20/1997 | 169 | TRANSCRIPT of proceedings for the following date(s): 10/21/96 (Re: Transcript of Proceedings Vol. I) CR initials: J. Roth (dktclk) (Entered: 02/21/1997) |
| 02/20/1997 | 170 | TRANSCRIPT of proceedings for the following date(s): 10/22/96 (Re: Transcripts of Proceedings Vol. II) CR initials: J. Roth (dktclk) (Entered: 02/21/1997) |
| 02/20/1997 | 171 | TRANSCRIPT of proceedings for the following date(s): 10/23/96 (Re: Transcripts of Proceedings Vol. III) CR initials: J. Roth (dktclk) (Entered: 02/21/1997) |
| 02/20/1997 | 172 | TRANSCRIPT of proceedings for the following date(s): 10/24/97 (Re: Transcript of Proceedings Vol. IV) CR initials: J. Roth (dktclk) (Entered: 02/21/1997) |
| 02/20/1997 | 173 | TRANSCRIPT of proceedings for the following date(s): 10/28/96 (Re: Transcript of Proceedings Vol. V) CR initials: J. Roth (dktclk) (Entered: 02/21/1997) |
| 02/20/1997 | 174 | TRANSCRIPT of proceedings for the following date(s): 10/21/96 (Re: Transcript of Proceedings Vol. VI) CR initials: J. Roth (dktclk) (Entered: 02/21/1997) |
| 02/24/1997 | 175 | JOINT SENTENCING MEMORANDUM re Gary Chern, Egidiyus Klimas by defendant Gary Chern, defendant Egidiyus Klimas (dktclk) (Entered: 02/25/1997) |
| 02/24/1997 | 176 | SENTENCING MEMORANDUM re Gary Chern by defendant Gary Chern (dktclk) (Entered: 02/25/1997) |
| 02/24/1997 | 177 | SENTENCING MEMORANDUM re Egidiyus Klimas by defendant Egidiyus Klimas (dktclk) (Entered: 02/25/1997) |
| 02/24/1997 | 179 | AFFIDAVIT OF SERVICE by defendant Gary Chern of sentencing memorandum [176-1] (dktclk) (Entered: 02/26/1997) |
| 02/25/1997 | 178 | RESPONSE by defendant Gary Chern to Government's allegations of other criminal activity. (dktclk) (Entered: 02/26/1997) |
| 02/27/1997 | 180 | SUPPLEMENTAL MEMORANDUM REGARDING DEPORTATION AND DOWNWARD DEPARTURES; CHERN'S FINANCES; AND MOEHRING ALLEGATIONS by defendant Gary Chern (dktclk) (Entered: 02/27/1997) |
| 02/27/1997 | 181 | SUPPLEMENT [to sentencing memorandum] by plaintiff USA re: sentencing memorandum [168-1] (dktclk) (Entered: 02/27/1997) |
| 02/28/1997 | 182 | MINUTES of SENTENCING : BJR, Dep Clerk ET, AUSA J. Lord, Def Counsel A. Zarky, D. Dubitzky, M. Iaria, CR J. Roth, USPO L. Washington, Defendants Gary Chern and Egidiyus Klimas present, in custody, with counsel; sentencing Gary Court imposes sentence for dft Chern as to counts 1 and 4: 57 months prison; 5 years supervised release with all standard conditions, plus firearm, search and seizure, financial disclosure and reentry provisions, should this conviction result in deportation; $100 mandatory assessment $100,000 fine ; court imposes sentence for Egidiyus Klimas (2) as to count 1 and 4: 57 months prison; 5 years supervised release with all standard conditions, plus firearm, search and seizure, financial disclosure and reentry provisions, should this conviction result in deportation; $100 mandatory assessment; $15,000 fine (dktclk) (Entered: 02/28/1997) |
| 02/28/1997 | 183 | JUDGMENT IN A CRIMINAL CASE by Judge Barbara J. Rothstein as to Gary Chern (cc: counsel, Judge, USMO, USPO, PTS, Jgm. Bk., Fin'l) Entered on: 2/28/97 (dktclk) |

| | | |
|---|---|---|
| | | (Entered: 02/28/1997) |
| 02/28/1997 | 184 | JUDGMENT IN A CRIMINAL CASE by Judge Barbara J. Rothstein as to Egidiyus Klimas (cc: counsel, Judge, USMO, USPO, PTS, Jgm. Bk., Fin'l) Entered on: 2/28/97 (dktclk) (Entered: 02/28/1997) |
| 03/03/1997 | | LODGED STATEMENT OF REASONS re: dft Chern (dktclk) (Entered: 03/05/1997) |
| 03/03/1997 | | LODGED STATEMENT OF REASONS re: dft Klimas (dktclk) (Entered: 03/05/1997) |
| 03/04/1997 | 185 | STATEMENT of REASONS for Imposing Sentence by Judge Barbara J. Rothstein as to defendant Gary Chern (cc: counsel, Judge, USPO) (dktclk) (Entered: 03/05/1997) |
| 03/04/1997 | 186 | STATEMENT of REASONS for Imposing Sentence by Judge Barbara J. Rothstein as to defendant Egidiyus Klimas (cc: counsel, Judge, USPO) (dktclk) (Entered: 03/05/1997) |
| 03/07/1997 | 188 | NOTICE OF APPEAL by defendant Egidiyus Klimas from Dist. Court decision [183-1] (cc: CCA, BJR, counsel) (dktclk) (Entered: 03/11/1997) |
| 03/07/1997 | | NO APPEAL FEE: fee () status pending in USDC (NS) (Entered: 03/19/1997) |
| 03/11/1997 | 187 | REQUEST by defendant Egidiyus Klimas for leave to appeal in forma pauperis. (dktclk) (Entered: 03/11/1997) |
| 03/11/1997 | 189 | DECLARATION of Counsel re: by defendant Egidiyus Klimas re: Motion for leave to appeal in forma pauperis. (dktclk) (Entered: 03/11/1997) |
| 03/11/1997 | | LODGED ORDER Permitting defendant Egidiyus Klimas leave to appeal in forma pauperis and appointing counsel. (dktclk) (Entered: 03/11/1997) |
| 03/13/1997 | 190 | NOTICE OF APPEAL by defendant Gary Chern from Dist. Court decision [183-1] (cc: CCA, BJR, counsel) (dktclk) (Entered: 03/13/1997) |
| 03/13/1997 | | APPEAL FEE RECEIVED: Appellang Gary Chern paid fee in amount of $ 105.00 ( Receipt 239030) (dktclk) (Entered: 03/13/1997) |
| 03/13/1997 | 191 | ORDER FOR TIME SCHEDULE: Transcript designation due April 1, 1997; transcript file due date May 1, 1997; opening brief due date June 10, 1997; answering brief due date July 10, 1997 and reply brief (optional) due July 24, 1997. (dktclk) (Entered: 03/13/1997) |
| 03/13/1997 | | ENT-Criminal Case Information Sheet forwarded to the 9th CCA. (dktclk) (Entered: 03/13/1997) |
| 03/13/1997 | | APPEAL NOTIFICATION packet sent to CCA (cc: cnsl) (dktclk) (Entered: 03/13/1997) |
| 03/13/1997 | 192 | TRANSCRIPT of proceedings for the following date(s): 2/28/97 (Re: Sentencing [190-1], [188-1] ) CR initials: J. Roth (dktclk) Modified on 03/17/1997 (Entered: 03/17/1997) |
| 03/19/1997 | 193 | TIME SCHEDULE ORDER (CCA) Transcript Designation due 4/9/97 Reporter's Transcript(s) due 5/9/97; opening br. due 6/18/97; appellee br. due 7/18/97; optional reply br. due 8/1/97 (appeal by deft. Klimas) (NS) (Entered: 03/19/1997) |
| 03/19/1997 | | APPEAL NOTIFICATION packet sent to CCA (cc: cnsl) (deft. Klimas) (NS) (Entered: 03/19/1997) |
| 04/02/1997 | | APPEAL FEE RECEIVED: fee in amount of $ 105.00 ( Receipt # 239517) (NS) (Entered: 04/02/1997) |
| 04/02/1997 | | ENT- Amended Docket fee payment notification form sent to CCA (NS) (Entered: 04/02/1997) |

| 04/03/1997 | 194 | MOTION for order authorizing substitution of counsel by defendant Gary Chern NOTED FOR 4/11/97 (dktclk) (Entered: 04/03/1997) |
| 04/03/1997 | 195 | AFFIDAVIT of Michael Schwartz regarding motion for order authorizing substitution of counsel by defendant Gary Chern [194-1] (dktclk) (Entered: 04/03/1997) |
| 04/03/1997 | 196 | AFFIDAVIT OF SERVICE by defendant Gary Chern of affidavit [195-1], of motion for order authorizing substitution of counsel by defendant Gary Chern [194-1] (dktclk) (Entered: 04/03/1997) |
| 04/03/1997 | 197 | MOTION for order authorizing substitution of counsel by defendant Egidiyus Klimas NOTED FOR 4/11/97 (dktclk) (Entered: 04/03/1997) |
| 04/03/1997 |  | LODGED ORDER: re: motion for order authorizing substitution of counsel by defendant Egidiyus Klimas [197-1] (dktclk) (Entered: 04/03/1997) |
| 04/15/1997 | 198 | ORDER by Judge Barbara J. Rothstein GRANTING motion for order authorizing substitution of counsel by defendant Egidiyus Klimas [197-1]. Michael Iaria granted leave to withdraw. Michael G. Martin to substitute. (cc: appeals clerk, counsel, Judge) (dktclk) (Entered: 04/15/1997) |
| 04/16/1997 |  | ENT- forwarded to 9th CCA copy of Order Granting M. Iaria Leave to W/Draw & Authorizing Substitution of M. Martin for deft. Klimas (NS) (Entered: 04/16/1997) |
| 04/17/1997 | 199 | JUDGMENT returned, Dft Gary Chern (1) delivered on 4/2/97 to FTD-E New Jersey as to count(s) 1, 4 (dktclk) (Entered: 04/18/1997) |
| 04/24/1997 | 200 | MINUTE ENTRY: BJR; In Chambers Proceedings: Deft Gary Chern's motion for an order authorizing substitution of Michael Schwartz as counsel in all further proceedings in this matter is GRANTED as unopposed. [194-1] (dktclk) (Entered: 04/24/1997) |
| 04/25/1997 |  | NOTIFICATION by Circuit Court of Appellate Docket Number 97-30098 (dktclk) (Entered: 04/30/1997) |
| 04/25/1997 | 201 | ORDER (CCA 97-30098) Appellant's motion for substitution of counsel is GRANTED. The Clerk shall change the docket to reflect that appellant is represented by Michael Schwartz, esq., 1001 4th Ave. #2120, Seattle, WA 98154, telephone # (206) 340-0990. Counsel Schwartz informs this court that he filed an identical motion in the district court. 9th CCA rule 4-1(c) requires that, however, that a motion for substitution of counsel be filed with the Clerk of this court where, as here, the notice of appeal has already been filed. Accordingly, the Clerk shall serve a copy of this order on the district court so that the district court knows that it need not take any action on the motion. The briefing schedule established previously shall remain in effect. (dktclk) (Entered: 04/30/1997) |
| 05/29/1997 | 202 | TRANSCRIPT DESIGNATION and Ordering Form for dates: 10/21, 22,24,28,29,30/96. (dktclk) Modified on 05/30/1997 (Entered: 05/30/1997) |
| 08/20/1997 | 203 | TRANSCRIPT of proceedings for the following date(s): 12/5/96 (Re: IN CAMERA HEARING [190-1], [188-1] ) CR initials: RM (dktclk) (Entered: 08/22/1997) |
| 01/06/1998 |  | CLERK'S RECORD ON APPEAL transmitted to Circuit (4 volumes and 4 expandos) (dktclk) (Entered: 01/06/1998) |
| 06/05/1998 |  | ENT- 2255 motion filed by Chern; see C 98-790R) (dktclk) (Entered: 06/14/1998) |
| 07/27/1998 |  | ENT- 2255 Motion filed by dft Klimas. See S98-1032R for all further filings (dktclk) (Entered: 07/28/1998) |
| 09/11/1998 | 204 | MANDATE (97-30098; 97-30127) from Circuit Court of Appeals AFFIRMING the decision of the District Court [190-1] and [188-1] (cc: BJR, all counsel) Memorandum |

| | | |
|---|---|---|
| | | attached. (dktclk) Modified on 09/14/1998 (Entered: 09/14/1998) |
| 11/18/1998 | | RECORD ON APPEAL returned from U.S. Court of Appeals (4 volumes and 4 expandos) (dktclk) (Entered: 11/18/1998) |
| 10/10/2002 | | LODGED ORDER: probation memorandum re overseas travel for dft Klimas (RS) (Entered: 10/10/2002) |
| 11/29/2002 | 205 | SATISFACTION OF MONETARY IMPOSITION as to defendant Egidiyus Klimas (cc: Sat. Jgm. Bk., Finance) (RS) (Entered: 12/02/2002) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/17/2023 13:51:21 | | | |
| **PACER Login:** | faruqilaw | **Client Code:** | NewAge |
| **Description:** | Docket Report | **Search Criteria:** | 2:96-cr-00507-BJR |
| **Billable Pages:** | 14 | **Cost:** | 1.40 |