# EXHIBIT 2

**From:** James Wilson
**Sent:** Monday, February 20, 2023 10:53 AM
**To:** Adam M Apton <aapton@zlk.com>
**Cc:** Robert W. Killorin <rkillorin@faruqilaw.com>; Dylan B. Weeks <dweeks@faruqilaw.com>; Melissa Muller <mmuller@zlk.com>
**Subject:** RE: [External]RE: [External]Clifton v. Willis et al., Case No. 22-03161 (D. Colo.)

Adam,

Thank you for confirming that your client, Igor Chernyak, is the defendant in the federal criminal case *U.S. v. Chern aka Igor Chernyak*, CR-96-507-BJR (W.D.Wash.). As discussed below, this information raises additional questions regarding your client's adequacy to serve as lead plaintiff in this case that should be answered.

Your client's PSLRA Certification is in the name "Igor Chernyak", which was one of the aliases used by the defendant Gary Chern in the criminal case *U.S. v. Chern aka Igor Chernyak*. According to the docket in that case, Gary Chern also used the alias "Fedor". I attach a copy of the docket for your reference. This raises a serious question of the circumstances for your client to have submitted a sworn PSLRA Certification and supporting declaration using the name "Igor Chernyak" that previously he appears to have used as an alias (even though he also appears to have manually signed his PSLRA Certification with the name "Gary"). Please confirm if your client has legally changed his name to "Igor Chernyak," as reflected in this PSLRA Certification and declaration (and that his NewAge investment account also is in the name "Igor Chernyak").

Also, according to the information we have reviewed, your client appears not to have been born in the U.S. and according to the docket entry in *U.S. v. Chern aka Igor Chernyak*, at his sentencing may have faced deportation proceedings due to his conviction after his release from prison. According to Federal Bureau of Prisons records, Gary Chern was released on September 26, 2000. Please confirm whether your client remained in the U.S. after his release and if so the basis for him to continue to reside in the U.S.

Your client also indicated in his declaration that he was in the "construction business for residential housing developments". Please confirm if your client is the individual reflected in the attached LinkedIn profile pages for an individual named "Igor Chernyak" who was an "Estimator" for Mayrich Construction in Brooklyn New York. If this is not your client, please tell us what company he worked for and his position with that company.

Further, in addition to providing the above information, please provide us with the below information (which I requested as part of our due diligence in my original email that you have not responded to):

1. Mr. Chernyak's date and place of birth;
2. Whether Mr. Chernyak is permanently domiciled in the United Arab Emirates or if he has additional domiciles and/or residences;
3. All instances in any country where Mr. Chernyak has been arrested for, or charged with a crime other than minor traffic offences.
4. Whether Mr. Chernyak is willing to travel to this country to appear in a court of law if needed in the prosecution of this case.

All of this information is reasonable to provide and relevant to determine your client's adequacy to serve as lead plaintiff. In the event you will not provide us with this information, we intend to seek this information under the discovery provisions of the PSLRA.

Regards,

James

---

**From:** Adam M Apton <aapton@zlk.com>
**Sent:** Friday, February 17, 2023 1:04 PM
**To:** James Wilson <jwilson@faruqilaw.com>
**Cc:** Robert W. Killorin <rkillorin@faruqilaw.com>; Dylan B. Weeks <dweeks@faruqilaw.com>; Melissa Muller <mmuller@zlk.com>
**Subject:** RE: [External]RE: [External]Clifton v. Willis et al., Case No. 22-03161 (D. Colo.)

**CAUTION: This Message originated from outside of the firm. Do not click on a link, open or enable any file unless you trust the sender.**

---

James,

I disagree with your suggestion that we failed to provide specific information about our client in our motion for lead plaintiff. To the contrary, Mr. Chernyak provided a declaration containing information about where he resides, his current/past occupations, and investment experience. Our motion was also supported by a detailed financial analysis identifying his transactions in NewAge stock and summarizing his financial interest in the outcome of the action using multiple loss metrics (e.g., LIFO loss, shares purchased, shares retained). I note that your client's motion did not contain this information, which fails to comport with standard practice under the PSLRA.

Further, while our client faced legal trouble in the 1990s (i.e., the US v. Chern matter), that trouble occurred decades ago and has no relevance to Mr. Chernyak's adequacy to serve as the lead plaintiff in this matter. The case law on this point is quite clear and stands for the conclusion that lead plaintiff movants should only be disqualified when past convictions are "related to the claims they seek to prosecute on behalf of the proposed class." *See Chupa v. Armstrong Flooring, Inc.*, No. 2:19-CV-09840-CAS (MRWx), 2020 U.S. Dist. LEXIS 36506, at *9 (C.D. Cal. Mar. 2, 2020). That said, any reference to the matter would clearly be a misguided attempt to unnecessarily disparage Mr. Chernyak. We hope that you will take a different approach in the lead plaintiff briefing.

Regards,

Adam M. Apton, Esq.
Partner
LEVI&KORSINSKYLLP

55 Broadway, 10th Floor
New York, NY 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171
aapton@zlk.com | www.zlk.com

**CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levi & Korsinsky, LLP, which may be privileged, confidential, and/or protected from disclosure. This information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited.**

---

**From:** James Wilson <jwilson@faruqilaw.com>
**Sent:** Monday, February 13, 2023 12:02 PM
**To:** Adam M Apton <aapton@zlk.com>
**Cc:** Robert W. Killorin <rkillorin@faruqilaw.com>; Dylan B. Weeks <dweeks@faruqilaw.com>; Melissa Muller <mmuller@zlk.com>
**Subject:** [External]RE: [External]Clifton v. Willis et al., Case No. 22-03161 (D. Colo.)

Adam,

As stated, right now we are simply doing our due diligence and trying to confirm your client's identity and ability to serve as lead plaintiff, due to the lack of specific information regarding his background, employment, and current circumstances provided in his lead plaintiff moving papers. I attached a copy of the Ninth Circuit opinion issued in the U.S. prosecution of an individual that was using an alias name that is the same name as your client. Moreover, it appears that your client signed his PSLRA certification using the same name "Gary" as the individual defendant named in that case. I would appreciate your prompt response to the reasonable and basic questions I sent earlier.

Best regards,

James

James (Josh) M. Wilson ■ Partner ■ Faruqi & Faruqi, LLP ■ 685 3rd Avenue, 26th Floor ■ New York, NY 10017 ■ (T) 212 983 9330 ■ (F) 212 983 9331 ■ www.faruqilaw.com

This message originates from the law firm of Faruqi & Faruqi, LLP. This email message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying or other use of this message or its attachments is strictly prohibited. All personal messages express solely the sender's view and not those of Faruqi & Faruqi, LLP. This message may not be copied or distributed without this disclaimer. If you received this message in error, please reply to the sender above immediately and permanently delete this message from your inbox.

---

**From:** Adam M Apton <aapton@zlk.com>
**Sent:** Friday, February 10, 2023 4:48 PM
**To:** James Wilson <jwilson@faruqilaw.com>
**Cc:** Robert W. Killorin <rkillorin@faruqilaw.com>; Dylan B. Weeks <dweeks@faruqilaw.com>; Melissa Muller <mmuller@zlk.com>
**Subject:** RE: [External]Clifton v. Willis et al., Case No. 22-03161 (D. Colo.)

**CAUTION: This Message originated from outside of the firm. Do not click on a link, open or enable any file unless you trust the sender.**

James, Can you please elaborate/identify the information you presently have that gives you a reasonable basis to question my client's adequacy or ability to represent the class? -Adam

Adam M. Apton, Esq.
Partner
LEVI&KORSINSKYLLP
55 Broadway, 10th Floor
New York, NY 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171
aapton@zlk.com | www.zlk.com

**CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levi & Korsinsky, LLP, which may be privileged, confidential, and/or protected from disclosure. This information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited.**

---

**From:** James Wilson <jwilson@faruqilaw.com>
**Sent:** Friday, February 10, 2023 4:15 PM
**To:** Adam M Apton <aapton@zlk.com>
**Cc:** Robert W. Killorin <rkillorin@faruqilaw.com>; Dylan B. Weeks <dweeks@faruqilaw.com>
**Subject:** [External]Clifton v. Willis et al., Case No. 22-03161 (D. Colo.)

Dear Counsel:

We represent lead plaintiff movants Mr. and Mrs. Betebenner in the above-referenced action. The Betebenners have substantial losses and have set forth their background qualifications in their lead plaintiff motion papers we filed with the Court on Monday February 6, 2023.

The lead plaintiff motion papers you filed on behalf of Mr. Igor Chernyak do not provide sufficient information for us to perform our due diligence into his qualifications to serve as lead plaintiff in this important securities class action. Additionally, we have performed preliminary research into Mr. Chernyak's background and found information that may be disqualifying if it concerns your client. In order for us to continue our due diligence into Mr. Chernyak's ability to fairly and adequately represent shareholders, please provide us with the following information:

1. Mr. Chernyak's date and place of birth;
2. Whether Mr. Chernyak is permanently domiciled in the United Arab Emirates or if he has additional domiciles and/or residences;
3. Mr. Chernyak's citizenship (if not a U.S. citizen, the basis for his residency in the U.S. prior to moving to Dubai);
4. The companies for which Mr. Chernyak worked, and positions held, in the "construction business for residential housing developments";
5. Whether Mr. Chernyak has ever gone by any alias, including the name "Gary Chern";
6. Whether Mr. Chernyak is the defendant "Gary Chern *aka* Igor Chernyak" referenced in the attached opinion, styled United States of America, Plaintiff-Appellee, v. Gary CHERN, aka Igor Chernyak Defendant-Appellant; United States of America, Plaintiff-Appellee, v. Egidiyus KLIMAS, Defendant-Appellant, No. 97-30098, 97-30127, D.C. No. CR-96-507-BJR, United States Court of Appeals, Ninth Circuit, and article about this case.
7. All instances in any country where Mr. Chernyak has been arrested for, or charged with a crime other than minor traffic offences.
8. Whether Mr. Chernyak has ever had his name legally changed.
9. Whether Mr. Chernyak is willing to travel to this country to appear in a court of law if needed in the prosecution of this case.

Please provide us with the above information by Thursday February 16, 2023 so that we may have time to complete our due diligence and consult with our client regarding our responsive papers.

Thanks,

James Wilson




James (Josh) M. Wilson ■ Partner ■ Faruqi & Faruqi, LLP ■ 685 3rd Avenue, 26th Floor ■ New York, NY 10017 ■ (T) 212 983 9330 ■ (F) 212 983 9331 ■ www.faruqilaw.com

This message originates from the law firm of Faruqi & Faruqi, LLP.  This email message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee.  If you are not the intended recipient, you should immediately stop reading this message and delete it from your system.  Any unauthorized reading, distribution, copying or other use of this message or its attachments is strictly prohibited.  All personal messages express solely the sender's view and not those of Faruqi & Faruqi, LLP.  This message may not be copied or distributed without this disclaimer.  If you received this message in error, please reply to the sender above immediately and permanently delete this message from your inbox.

141 F.3d 1180
Unpublished Disposition
NOTICE: THIS IS AN UNPUBLISHED OPINION.
(The Court's decision is referenced in a "Table of Decisions Without Reported Opinions" appearing in the Federal Reporter. Use FI CTA9 Rule 36-3 for rules regarding the citation of unpublished opinions.)
United States Court of Appeals,
Ninth Circuit.

.

United States of America, Plaintiff-Appellee,
v.
Gary CHERN, aka Igor Chernyak Defendant-Appellant.
United States of America, Plaintiff-Appellee,
v.
Egidiyus KLIMAS, Defendant-Appellant.

No. 97-30098, 97-30127.
|
D.C. No. CR-96-507-BJR.
|
Argued and Submitted Feb. 5, 1998.
|
Decided Mar. 19, 1998.

Appeal from the United States District Court for the Western District of Washington Barbara J. Rothstein, District Judge, Presiding.

Before BROWNING and O'SCANNLAIN, Circuit Judges, and MARQUEZ[**].

MEMORANDUM[*]

***1** The government charged Appellants Chern and Klimas in a five-count indictment, but they were convicted on only Count One (Conspiracy in violation of 18 U.S.C. § 371) and Count Four (Collection of Extension of Credit by Extortionate Means in violation of 18 U.S.C. § 894). The jury found them not guilty on Count Two (Hostage Taking in violation of 18 U.S.C. § 1203), Count Three (Communications Containing Demands for Ransom in violation of 18 U.S.C. § 875(a), (b)), and Count Five (Use and Carrying of a Firearm in violation of 18 U.S.C. § 924(c)). The trial court sentenced Chern and Klimas to 57 months in custody, to be followed by supervised release for five years. Chern and Klimas appeal their convictions and sentences.

This Court has read the complete trial and sentencing transcripts, which are extensive. For the sake of brevity, the Court presumes the details of the case to be well known and only mentions the facts within the contexts of the various evidentiary challenges raised on appeal.

*A. Assaults on the victim's mother, Ekaterina*

The Defendants argue that evidence of Chern and Klimas being seen with Rombakh in August, 1996, was inadmissible 404(b) "other bad acts" evidence because it linked Chern and Klimas to the assaults by Russian bandits on Ekaterina in Russia and was more prejudicial than probative. *See* Fed R. Evid. 404(b); Fed.R.Evid. 403.

The evidence was relevant to counterbalance the credibility attacks on Alexandre and rebut the defense that Alexandre had made up a story (a "legende") about being threatened by the Russian mafia to get asylum in the United States. The evidence supported Alexandre's testimony that Rombakh offered him a bribe to not testify against Chern and Klimas by explaining that Chern and Klimas met with Rombakh. It provided a time frame for Alexandre's testimony that there was ongoing mafia intimidation right up to the trial. Prejudice, if any, from linking Chern and Klimas, via Rombakh, to the Russian bandit assaults on Ekaterina, was minimal and was cured by the trial court's limiting instruction.

*B. Police officer's testimony that Alexi was truthful*

Within a few hours of his release, Alexi reported his abduction by Chern and Klimas to Police Officer Gelcick. She testified that Alexi's demeanor was "very truthful." Defense counsel objected, stopping in mid-sentence the erroneous testimony, and the Court gave a corrective instruction. On cross-examination, Officer Gelcick readily admitted that she did not know if what Alexi reported, did or didn't happen. She clarified that what she testified to were her impressions.

The Federal Rules of Evidence allow lay opinion testimony if the opinion is "(a) rationally based on the perception of the witness and (b) helpful to a clear understanding of the

 © 2023 Thomson Reuters. No claim to original U.S. Government Works.

witness' testimony or the determination of a fact in issue." *See* Fed.R.Evid. 701. Officer Gelcick's testimony was based on her perception of Alexi's demeanor during her interview with him which lasted several hours. It was helpful to determine whether or not he had actually been kidnaped. There was minimal, if any, prejudicial effect from the testimony that he was truthful because the court made it immediately clear to the jury that the witness had blundered by offering the opinion. The cross-examination and the Government's redirect corrected any remaining prejudice.

*C. Juror Misconduct*

***2** Two days after the verdict, the presiding juror called defense counsel and reported that during deliberation certain discussions led him to believe that two jurors, Jewell and Felt, may have failed to disclose material information in response to voir dire questions. Chern and Klimas claim they are entitled to a new trial because of juror misconduct, or alternatively, to a hearing to investigate the extent of the alleged misconduct.

In response to allegations of juror misconduct or bias, the trial court generally conducts a hearing to determine what transpired, its impact on the jurors, and whether it was prejudicial. *See United States v. Angulo,* 4 F.3d 843, 847 (9th Cir.1993). Not every allegation of juror misconduct requires an evidentiary hearing, but it is preferred. *See Hard v. Burlington Northern R.R. (Hard I),* 812 F.2d 482, 485 (9th Cir.1987). A court decides whether a hearing must be held by considering the content of the allegations, the seriousness of the alleged misconduct or bias, and the credibility of the source. *See Angulo,* 4 F.3d at 847; *Hard I,* 812 F.2d at 485.

Assuming the presiding juror was a credible source, the remaining factors determine that an evidentiary hearing was unnecessary. The alleged misconduct involved two *voir dire* questions: 1) "Have any of you again, family member, relative, been the victim of a violent crime?" (Trial Record (RT) at 23-24), and 2) "Do you or anyone close to you have a drug problem, or been engaged in a drug treatment program?" (Supplemental Excerpt of Record (SER) at 5-6.) The trial court rephrased the question during the *voir dire* and asked, "Does anyone have a drug problem, either needing drug treatment or any kind of drug treatment?" (SER at 24-25.)

There is no duty to respond to questions not asked. *See Hard v. Burlington Northern R.R. (Hard II),* 870 F.2d 1454, 1460 (9th Cir.1989); *United States v. Kerr,* 778 F.2d 690, 694 (11th Cir.1985). If counsel wanted to know about domestic violence or parental abduction or kidnaping, defense counsel should have asked. When the trial court misstated the drug question, limiting it to "drug problems needing treatment," defense counsel posed no clarifying questions. If counsel wanted to know generally about drug or gang involvement, they should have asked.

*E. Federal Rule of Criminal Procedure 32(c)(3)(A)*

The record does not indicate that the district court judge asked Chern and Klimas whether they had read or discussed the presentence report with counsel prior to sentencing. Consequently, the district court erred under Fed.R.Crim.P. 32(c)(3)(A). The Court reviews the failure to comply with this provision of Rule 32 for harmless error. *See United States v. Sustaita,* 1 F.3d 950, 954 (9th Cir.1993), *cert. denied,* 514 U.S. 1042, 115 S.Ct. 1414, 131 L.Ed.2d 299 (1995).

A defendant must identify specific factual objections before prejudice will be found. *Id.* In the Ninth Circuit, if the appellant fails to affirmatively allege he did not read the report and makes no claim of prejudice, and the record reflects no prejudice, the sentencing judge's failure to observe Rule 32(a)(1)(A) is harmless error. *See United States v. Davila-Escovedo,* 36 F.3d 840, 844 (9th Cir.1994), *cert. denied,* 513 U.S. 1135, 115 S.Ct. 953, 130 L.Ed.2d 896 (1995). Neither Chern nor Klimas allege that they did not actually read the presentence report and discuss it with counsel, nor do they identify any facts in the reports that they were prevented from disputing. The record reflects no prejudice, and the error was harmless.

*F. Cumulative Error*

***3** The errors committed by the trial court were marginal and do not, even cumulatively, warrant reversal.

AFFIRMED.

**All Citations**

141 F.3d 1180 (Table), 1998 WL 133237

Footnotes

** The Honorable Alfredo C. Marquez, United States District Judge for the District of Arizona, sitting by designation.

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

End of Document © 2023 Thomson Reuters. No claim to original U.S. Government Works.

2/10/23, 12:18 PM Two Accused Of Kidnapping Russian Student Federal Indictment Alleges Men Demanded $315,000 In Ransom | The Spokesma…

☰ Menu Search News Sports AE Weather

THE SPOKESMAN-REVIEW

Washington Idaho

NEWS > SPOKANE

# Two Accused Of Kidnapping Russian Student Federal Indictment Alleges Men Demanded $315,000 In Ransom

Sun., Aug. 11, 1996

**Associated Press**

Two Eastern European immigrants are accused of kidnapping a Russian student in November 1994 and demanding $315,000 in ransom from his family.

Gary Chern, 35, and Egidiyus Klimas, 31, both of Edmonds, face federal charges of conspiracy, hostage-taking, demanding a ransom and using a firearm to carry out the alleged crime. In addition, Chern faces six more charges of making false statements to buy pistols.

Chern pleaded innocent in U.S. District Court on Friday. Klimas has not obtained an attorney and did not enter a plea.

Both men were indicted by a federal grand jury Thursday.

According to the indictment, Chern arranged a meeting with the alleged victim, a Russian national, on Nov. 30, 1994, saying he had $1,000 to give him from the victim's father. Chern, Klimas and a third person met the victim outside a south Lake Union restaurant, threatened him with a gun and forced him to drive around Seattle, the indictment alleges.

While in the car, Chern placed a cellular phone call to the man's father in Russia and demanded payment of a $315,000 business debt as ransom, federal prosecutors say. Chern said if the money was not paid, his son would be "fish bait."

The victim was also punched in the stomach while his father listened.

Assistant U.S. Attorney James Lord said the victim was held for less than 24 hours before being released. He wouldn't comment on why it took more than 20 months for charges to be brought.

The FBI, Bureau of Alcohol, Tobacco and Firearms, U.S. Customs Service, Immigration and Naturalization Service and Internal Revenue Service took part in the investigation, he said. Local police

https://www.spokesman.com/stories/1996/aug/11/two-accused-of-kidnapping-russian-student-federal/ 1/6

2/10/23, 12:18 PM Two Accused Of Kidnapping Russian Student Federal Indictment Alleges Men Demanded $315,000 In Ransom | The Spokesma…

agencies also were involved.

**THE SPOKESMAN-REVIEW**

## Local journalism is essential.

Give directly to The Spokesman-Review's Northwest Passages community forums series -- which helps to offset the costs of several reporter and editor positions at the newspaper -- by using the easy options below. Gifts processed in this system are not tax deductible, but are predominately used to help meet the local financial requirements needed to receive national matching-grant funds.

## Rob Curley

Spokesman-Review editor Rob Curley loves to talk with people and learn about their lives, whether it's a best-selling author or a stranger he meets downtown on his walk to lunch. It's that inquisitive nature combined with a playful sense of storytelling that helps make our newspaper different than most.

https://www.spokesman.com/stories/1996/aug/11/two-accused-of-kidnapping-russian-student-federal/ 2/6

2/10/23, 12:18 PM Two Accused Of Kidnapping Russian Student Federal Indictment Alleges Men Demanded $315,000 In Ransom | The Spokesma…

Support Local Journalism
One-Time
Monthly
$10
$25
$50
$100
$250
$500
$1,000
$ Other
+ Add a message
Powered by Givebutter
Continue

Subscribe now to get breaking news alerts in your email inbox

Get breaking news delivered to your inbox as it happens.

Sign up

## Top stories in Spokane

https://www.spokesman.com/stories/1996/aug/11/two-accused-of-kidnapping-russian-student-federal/ 3/6



SPOKANE

## Spokane Valley Fire roundup: Multiple engines, water tenders fight rural home blaze in Otis Orchards

Downtown Spokane stadium groundbreaking set for Tuesday …

Pandemic project: Dental lab owner Robert Carnell paints pop art abstracts of celebrities …

Gardening: Bird feeders safe to hang this winter after salmonella epidemic in 2020 …

Pandemic projects: Retired Freeman High School teacher self-publishes Welsh mystery series …

SPONSORED

2/10/23, 12:18 PM Two Accused Of Kidnapping Russian Student Federal Indictment Alleges Men Demanded $315,000 In Ransom | The Spokesma…

## You never know what will happen

Chances are you or someone you love has experienced what it's like to be a caregiver while juggling life's bills and responsibilities.

---

### Follow us elsewhere:

- Facebook
- Twitter
- Newsletter

### Subscribe

Print edition home delivery
Newspaper Routes Available

### Help

Customer Service
Sitemap
Directory
Subscriber Services

### User

https://www.spokesman.com/stories/1996/aug/11/two-accused-of-kidnapping-russian-student-federal/ 5/6

2/10/23, 12:18 PM Two Accused Of Kidnapping Russian Student Federal Indictment Alleges Men Demanded $315,000 In Ransom | The Spokesma…

Subscribe
My Account
Log in/Register

## Advertising

Triple-Nine Digital
Print & Digital Advertising
Classifieds
Obituaries

## More

Masthead
Staff
Cowles Jobs
Archives/Research
RSS Feeds
Buy photo reprints
Jumble
Crossword
Horoscopes

## Contact Us

**Downtown Spokane**
999 W Riverside Ave
Spokane, Wa 99201

**Mailing Address**
P.O. Box 2160
Spokane, WA 99210

**Customer service:**
(509) 747-4422

**Newsroom:**
(509) 459-5400

© Copyright 2023, The Spokesman-Review | Community Guidelines | Terms of Service | Privacy Policy | Copyright Policy

© Copyright 2016,The Spokesman-Review

https://www.spokesman.com/stories/1996/aug/11/two-accused-of-kidnapping-russian-student-federal/ 6/6

Query Reports Utilities Help Log Out

CLOSED

**U.S. District Court**
**United States District Court for the Western District of Washington (Seattle)**
**CRIMINAL DOCKET FOR CASE #: 2:96-cr-00507-BJR All Defendants**

Case title: USA v. Chern, et al

Date Filed: 08/08/1996

Date Terminated: 02/28/1997

---

Assigned to: Judge Barbara J. Rothstein

Appeals court case number: 97-30098

**Defendant (1)**

**Gary Chern**
*also known as*
Igor Chernyak
*also known as*
Fedor

represented by **Dan Rodger Dubitzky**
DUBITZKY & ZARKY
1011 WESTERN AVE
803 WATERFRONT PLACE ONE
SEATTLE, WA 98104
206-467-6709
Fax: FAX 467-8170
Email: ddubitzky@d-z.com
*TERMINATED: 02/28/1997*
*LEAD ATTORNEY*
*Designation: Retained*

**Jeffery Patton Robinson**
SCHROETER GOLDMARK & BENDER
401 UNION ST STE 3400
SEATTLE, WA 98101
206-622-8000
Fax: 206-682-2305
Email: robinson@sgb-law.com
*TERMINATED: 02/28/1997*
*LEAD ATTORNEY*
*Designation: Retained*

**Michael Edward Schwartz**
524 TACOMA AVE S
TACOMA, WA 98402
253-272-7161
Fax: 253-272-7178
Email: mschwartz@mschwartz-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1203, 875(a), 894, 924(c) Conspiracy (1) | 57 months prison; 5 years supervised release with all standard conditions, plus firearm, search and seizure, financial disclosure and reentry provisions, should this conviction result in deportation; $100 mandaroty assessment $100,000 fine |
| 18:894, 891(1) - Collection of Extension of Credit by Extortionate Means (4) | 57 months prison; 5 years supervised release with all standard conditions, plus firearm, search and seizure, financial disclosure and reentry provisions, should this conviction result in deportation; $100 mandaroty assessment $100,000 fine |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1203 - HOSTAGE TAKING (2) | Dismissed |
| 18:875(a), 18:2 - Communications Containing Demands For Ransom (3) | Dismissed |
| 18:924(c)(3), 924(c)(1), 18:2 - Use and Carrying of Firearm (5) | Dismissed |
| 18:924(a)(2), 922(a)(6) - False Statement in Relation to Acquisition of Firearm (6-11) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Judge Barbara J. Rothstein

**Defendant (2)**

| | | |
|---|---|---|
| **Egidiyus Klimas**<br>*TERMINATED: 02/28/1997* | represented by | **Michael G Martin**<br>SIDERIUS LONERGAN & MARTIN, LLP<br>500 UNION STREET, SUITE 847<br>SEATTLE, WA 98101<br>206-624-2800<br>Email: michaelm@sidlon.com<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1203, 875(a), 894, 924(c) Conspiracy (1) | 57 months prison; 5 years supervised release with all standard conditions, plus firearm, search and seizure, financial disclosure and reentry provisions, should this conviction result in deportation; $100 mandatory assessment; $15,000 fine |
| 18:894, 891(1) - Collection of Extension of Credit by Extortionate Means (4) | 57 months prison; 5 years supervised release with all standard conditions, plus firearm, search and seizure, financial disclosure and reentry provisions, should this conviction result in deportation; $100 mandatory assessment; $15,000 fine |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1203 - HOSTAGE TAKING (2) | Dismissed |
| 18:875(a), 18:2 - Communications Containing Demands For Ransom (3) | Dismissed |
| 18:924(c)(3), 924(c)(1), 18:2 - Use and Carrying of Firearm (5) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**United States of America** represented by **James M Lord**
US ATTORNEY'S OFFICE (SEA)
700 STEWART ST
STE 5220
SEATTLE, WA 98101-1271
206-553-7970
Fax: 206-553-2502
Email: ecf-crm.usawaw@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Bartlett**
US ATTORNEY'S OFFICE (SEA)
700 STEWART ST
STE 5220
SEATTLE, WA 98101-1271
206-553-7970
Email: ecf-crm.usawaw@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/08/1996 | 1 | INDICTMENT by USA Mark N. Bartlett, James M Lord. Counts filed against Gary Chern (1) count(s) 1, 2, 3, 4, 5, 6-11, Edidiyus Klimas (2) count(s) 1, 2, 3, 4, 5 (dktclk) (Entered: 08/08/1996) |
| 08/08/1996 | 2 | ORDER ISSUING BENCH WARRANT AND NOTICE OF REQUEST FOR DETENTION for Gary Chern by Magistrate Judge Philip K. Sweigert (iss.) (dktclk) (Entered: 08/08/1996) |
| 08/08/1996 | 3 | ORDER ISSUING BENCH WARRANT AND NOTICE OF REQUEST FOR DETENTION for Edidiyus Klimas by Magistrate Judge Philip K. Sweigert (iss.) (dktclk) (Entered: 08/08/1996) |
| 08/08/1996 | | DEFENDANT Gary Chern arrested 8/8/96 (dktclk) (Entered: 08/08/1996) |
| 08/08/1996 | | DEFENDANT Edidiyus Klimas arrested 8/8/96 (dktclk) (Entered: 08/08/1996) |
| 08/08/1996 | | DEFENDANT Gary Chern arrested (DM) (Entered: 08/14/1996) |
| 08/08/1996 | | DEFENDANT Edidiyus Klimas arrested (DM) (Entered: 08/14/1996) |
| 08/09/1996 | 4 | MINUTES of Arraignment : PKS, Dep Clerk LS, AUSA James Lord, Def Counsel Dan Dubitsky, CR/Tape # A-220, USPT/USPO J Velling, dft Gary Chern arraigned; NOT GUILTY plea entered; Attorney Dan Rodger Dubitzky present; , pretrial motions due by 9/5/96 for Gary Chern ; jury trial set for 9:00 10/15/96 for Gary Chern ; detention hearing set for 2:00 8/14/96 for Gary Chern (DM) (Entered: 08/14/1996) |
| 08/09/1996 | 5 | MINUTES of Initial : PKS, Dep Clerk LS, AUSA J Lord, Def Counsel R Owen, CR/Tape # A-220, USPT/USPO J Velling, first appearance of Edidiyus Klimas , Attorney Robert Charles Owen present; detention hearing set for 2:00 8/14/96 for Edidiyus Klimas ; Dft to retain counsel by next hearing date (DM) (Entered: 08/14/1996) |
| 08/09/1996 | 6 | MOTION to detain by USA as to Gary Chern (DM) (Entered: 08/14/1996) |
| 08/09/1996 | 7 | MOTION to detain by USA as to Edidiyus Klimas (DM) (Entered: 08/14/1996) |
| 08/12/1996 | 8 | Arrest Warrant returned executed as to Gary Chern 8/8/96 (DM) (Entered: 08/14/1996) |
| 08/12/1996 | 9 | Arrest Warrant returned executed as to Edidiyus Klimas 8/8/96 (DM) (Entered: 08/14/1996) |
| 08/20/1996 | 10 | PRAECIPE FOR SUBPOENA to Custodian of Records, Seattle Police Dept re: 8/22/96 detention hearing filed by dft Gary Chern. (Subpoena issued) (dktclk) (Entered: 08/22/1996) |
| 08/21/1996 | 11 | MEMORANDUM IN SUPPORT OF RELEASE ON BAIL by defendant Gary Chern (dktclk) (Entered: 08/22/1996) |

| | | |
|---|---|---|
| 08/21/1996 | 12 | DECLARATION of Dan R. Dubitzky re: memorandum [11-1] (dktclk) (Entered: 08/22/1996) |
| 08/21/1996 | 13 | DECLARATION of Alan Zarky re: memorandum [11-1] (dktclk) (Entered: 08/22/1996) |
| 08/21/1996 | 14 | (STATEMENT) PROFFER REGARDING CHERN'S BUSINESS ACTIVITIES by defendant Gary Chern re: memorandum [11-1] (dktclk) (Entered: 08/22/1996) |
| 08/21/1996 | 15 | AFFIDAVIT OF SERVICE by defendant Gary Chern of proffer regarding business [14-1], declarations [13-1] [12-1], memorandum re: release on bail [11-1] (dktclk) (Entered: 08/22/1996) |
| 08/21/1996 | 16 | MEMORANDUM IN OPPOSITION TO DETENTION by defendant Egidiyus Klimas (dktclk) (Entered: 08/22/1996) |
| 08/22/1996 | 17 | AFFIDAVIT OF SERVICE OF SUBPOENA of Custodian of Records, Seattle Police Dept, on 8/21/96 (dktclk) (Entered: 08/22/1996) |
| 08/22/1996 | 18 | DECLARATION of Steven H. Wood re: defendant Gary Chern (dktclk) (Entered: 08/22/1996) |
| 08/22/1996 | 19 | DECLARATION of Steven H. Wood by defendant Gary Chern (dktclk) (Entered: 08/26/1996) |
| 08/22/1996 | 20 | AFFIDAVIT OF SERVICE by defendant Gary Chern of declaration [19-1] (dktclk) (Entered: 08/26/1996) |
| 08/22/1996 | 25 | MINUTES of DETENTION HEARING for both Dfts./ARR. FOR Dft. KLIMAS : PKS, Dep Clerk LS, AUSA J. Lord; A. Hamilton, Def Counsel D. Dubitzky; A. Zarkey; J. Wolfe, CR S. Broscheid, , dft Egidiyus Klimas arraigned; NOT GUILTY plea entered; Attorney John Winn Wolfe present; Witnesses: Gary Johnson, John Rogers, Fran Dyer. Detention hearing continued to 8/23/96, 9:00 (DM) (Entered: 08/28/1996) |
| 08/23/1996 | 26 | MINUTES of CONTINUATION OF DET. HRG. : PKS, Dep Clerk LS, AUSA J Lord, A Hamilton, Def Counsel D Dubitzky, A Zarkey, J Wolfe, CR S Broscheid; Witnesses: Gary Krogh; Louis Shanks; ; detention hearing continued to 9:00 8/30/96 for Gary Chern, for Egidiyus Klimas (DM) (Entered: 08/28/1996) |
| 08/26/1996 | 21 | TRANSCRIPT FILED, Partial Transcript of Proceedings on 8/23/96 before PKS; CR: S. Broscheid (dktclk) (Entered: 08/26/1996) |
| 08/26/1996 | 22 | TRANSCRIPT FILED, Testimony of Lewis B. Shanks on 8/23/96 before PKS; CR: S. Broscheid (dktclk) (Entered: 08/26/1996) |
| 08/26/1996 | 23 | TRANSCRIPT FILED, Testimony of Keith Krogh on 8/23/96 before PKS; CR: S. Broscheid (dktclk) (Entered: 08/26/1996) |
| 08/27/1996 | 24 | TRANSCRIPT FILED, Testimony of Gary William Johnson on 8/22/96 before PKS; CR: S. Broscheid (dktclk) (Entered: 08/28/1996) |
| 08/27/1996 | 27 | MINUTES of CONFERENCE CALL (IN CHAMBERS) : PKS, Dep Clerk LS, AUSA J. Lord, Def Counsel J. Wolfe; Conf. call initiated by chambers; court addresses Mr Dubitsky's 8/26/96 ltr; Mr. Lord will make govt resp available to court no later than 8/28/96; counsel advised of time limit imposed for remainder of detention hrg; Mr. Dubitsky advises Court he will be filing additional pleadings in response to govt proffer; govt reply due 8/29/96. (dktclk) (Entered: 09/03/1996) |
| 08/28/1996 | 28 | DETENTION MEMORANDUM AND SUPPLEMENTAL PROFFER by plaintiff USA (dktclk) (Entered: 09/03/1996) |

| | | |
|---|---|---|
| 08/28/1996 | 29 | RESPONSE TO GOVERNMENT'S PROFFER by defendant Gary Chern (dktclk) (Entered: 09/03/1996) |
| 08/28/1996 | 30 | PROFFER REGARDING GARY CHERN by defendant Gary Chern (dktclk) (Entered: 09/03/1996) |
| 08/28/1996 | 31 | AFFIDAVIT OF SERVICE by defendant Gary Chern of proffer [30-1], response to proffer [29-1] (dktclk) (Entered: 09/03/1996) |
| 08/29/1996 | 32 | MINUTES of DETENTION HEARING : PKS, Dep Clerk LS, AUSA J.Lord, A.Hamilton, Def Counsel D.Dubitsky, A.Zarky, J.Wolfe, CR S.Palmerton, USPT J.Velling; Dfts Chern and Klimas appear in custody, with counsel; Court advises cnsl of materials reviewed in camer and placed UNDER SEAL; Mr. Dubitsky's request to review these materials DENIED; Gerald A. Hall sworn and testifies; Court takes recess to review documents filed 8/28/96 by Dubitsky; Mr. Wolfe proffers; dft's Exhibit A-2 marked for identification; Govt makes factual proffer; detention hearing CONTINUED TO 8/30/96 9:00 (dktclk) (Entered: 09/03/1996) |
| 08/29/1996 | 33 | DECLARATION of John Colvin regarding defendants (dktclk) (Entered: 09/03/1996) |
| 08/29/1996 | 34 | AFFIDAVIT OF SERVICE by defendant Gary Chern of declaration [33-1] (dktclk) (Entered: 09/03/1996) |
| 08/29/1996 | 38 | NOTICE that materials reviewed in camera by PKS at request of dfts be SEALED until further order of the court (RS) (Entered: 09/11/1996) |
| 08/30/1996 | 35 | MINUTES of DETENTION HEARING (CONTINUED) : PKS, Dep Clerk LS, AUSA J.Lord, A.Hamilton, Def Counsel D.Dubitsky, A.Zarky, J.Wolfe, CR S.Palmerton, USPT J.Velling; Dfts Chern and Klimas appear in custody, with counsel; Court has reviewd documents file 8/29/96 by Mr. Dubitsky; argument from counsel; dfts ORDERED DETAINED pending trial; court will enter findings of fact and resons for detention; dfts Chern and Klimas remanded (dktclk) (Entered: 09/03/1996) |
| 08/30/1996 | 36 | DETENTION ORDER by Magistrate Judge Philip K. Sweigert: dft Gary Chern DETAINED pending trial (cc: counsel, Mag. Judge, PTS, Jgm. Bk., USMO) (dktclk) (Entered: 09/03/1996) |
| 08/30/1996 | 37 | DETENTION ORDER by Magistrate Judge Philip K. Sweigert: Dft Egidiyus Klimas DETAINED pending trial. (cc: counsel, Mag. Judge, PTS, Jgm. Bk., USMO) (dktclk) (Entered: 09/03/1996) |
| 09/05/1996 | 39 | STIPULATION of parties to continue pretrial mtns cutoff date to 9/12/96; govt's response due 9/19/96; motions to be noted for 9/27/96 (RS) (Entered: 09/11/1996) |
| 09/09/1996 | 40 | EX PARTE MOTION to compel by USA as to Egidiyus Klimas (FILED UNDER SEAL) (RS) (Entered: 09/11/1996) |
| 09/09/1996 | | LODGED ORDER: re: motion to compel by USA as to Egidiyus Klimas [40-1] (FILED UNDER SEAL) (RS) (Entered: 09/11/1996) |
| 09/12/1996 | 42 | JOINT MOTION to sever Counts 6-11 by defendant Gary Chern, defendant Egidiyus Klimas NOTED FOR 9/27/96 Oral Argument Requested (DM) (Entered: 09/13/1996) |
| 09/12/1996 | 43 | MEMORANDUM by defendant Gary Chern, defendant Egidiyus Klimas in support of Deft's Joint motion to sever Counts 6-11 [42-1] (DM) (Entered: 09/13/1996) |
| 09/12/1996 | | LODGED ORDER: re: motion to sever Counts 6-11 by defendant Gary Chern, defendant Egidiyus Klimas [42-1] (DM) (Entered: 09/13/1996) |

| | | |
|---|---|---|
| 09/12/1996 | | LODGED ORDER: re: motion to sever Counts 6-11 by defendant Gary Chern, defendant Egidiyus Klimas [42-1] (DM) (Entered: 09/13/1996) |
| 09/12/1996 | 44 | JOINT MOTION for release of Brady materials by defendant Gary Chern, defendant Egidiyus Klimas NOTED FOR 9/27/96. Oral Argument Requested (DM) (Entered: 09/13/1996) |
| 09/12/1996 | 45 | MEMORANDUM by defendant Gary Chern, defendant Egidiyus Klimas in support of motion for release of Brady materials [44-1] (DM) (Entered: 09/13/1996) |
| 09/12/1996 | | LODGED ORDER: re: motion for release of Brady materials by defendant Gary Chern, defendant Egidiyus Klimas [44-1] (DM) (Entered: 09/13/1996) |
| 09/12/1996 | 46 | AFFIDAVIT OF SERVICE by defendant Gary Chern, defendant Egidiyus Klimas of Dft's joint motion for release of Brady [44-1], of Dft's joint motion to sever Counts 6-11 [42-1] (DM) (Entered: 09/13/1996) |
| 09/13/1996 | 41 | ORDER by Judge Barbara J. Rothstein GRANTING motion to compel by USA as to Egidiyus Klimas [40-1] (FILED UNDER SEAL) (cc: counsel, Judge) (KERR) (Entered: 09/13/1996) |
| 09/13/1996 | 48 | SECOND STIPULATION OF PARTIES RE: DEFENSE PRETRIAL MOTIONS. Parties agree that defense can file a second group of motions on 9/16/96; plaintiff's response due 9/24/96; motions to be noted for 9/27/96. (dktclk) (Entered: 09/17/1996) |
| 09/13/1996 | 49 | AMENDED NOTE FOR MOTIONS filed by counsel for defendant Egidiyus Klimas. Defense motions to sever counts 6-11, and, for discovery, noted for 9/20/96. (dktclk) (Entered: 09/17/1996) |
| 09/16/1996 | 47 | NOTICE OF RESCHEDULING: ; trial set for 9:30am on 10/16/96 for Gary Chern, for Egidiyus Klimas (cc: all counsel) (dktclk) (Entered: 09/16/1996) |
| 09/16/1996 | 50 | REQUEST FOR NOTICE OF ALIBI by plaintiff USA (dktclk) (Entered: 09/17/1996) |
| 09/16/1996 | 51 | MOTION for handwriting exemplars by USA as to Gary Chern, Egidiyus Klimas NOTED FOR 9/27/96 (dktclk) (Entered: 09/17/1996) |
| 09/16/1996 | 52 | PRAECIPE filed by dft Klimas to correct noting date referred to in stipulation for pretrial motions from 9/27/96 to 9/20/96. (dktclk) (Entered: 09/17/1996) |
| 09/16/1996 | 53 | JOINT MOTION by defendant Gary Chern, defendant Egidiyus Klimas to dismiss count 2 NOTED FOR 9/27/96 (dktclk) (Entered: 09/17/1996) |
| 09/16/1996 | 54 | MEMORANDUM by defendant Gary Chern, defendant Egidiyus Klimas in support of motion to dismiss count 2 [53-1] (dktclk) (Entered: 09/17/1996) |
| 09/16/1996 | | LODGED ORDER: re: motion by defendant Gary Chern, defendant Egidiyus Klimas to dismiss count 2 [53-1] (dktclk) (Entered: 09/17/1996) |
| 09/16/1996 | 55 | JOINT MOTION by defendant Gary Chern, defendant Egidiyus Klimas to dismiss counts 4 and 6-11 NOTED FOR 9/27/96 (dktclk) (Entered: 09/17/1996) |
| 09/16/1996 | 56 | MEMORANDUM by defendant Egidiyus Klimas, plaintiff USA in support of motion to dismiss counts 4 and 6-11 [55-1] (dktclk) (Entered: 09/17/1996) |
| 09/16/1996 | | LODGED ORDER: re: motion by defendant Gary Chern, defendant Egidiyus Klimas to dismiss counts 4 and 6-11 [55-1] (dktclk) (Entered: 09/17/1996) |
| 09/16/1996 | 57 | JOINT MOTION for a bill of particulars by defendant Gary Chern, defendant Egidiyus Klimas NOTED FOR 9/27/96 (dktclk) (Entered: 09/17/1996) |

| | | |
|---|---|---|
| 09/16/1996 | 58 | MEMORANDUM by defendant Gary Chern, defendant Egidiyus Klimas in support of motion for a bill of particulars [57-1] (dktclk) (Entered: 09/17/1996) |
| 09/16/1996 | | LODGED ORDER: re: motion for a bill of particulars by defendant Gary Chern, defendant Egidiyus Klimas [57-1] (dktclk) (Entered: 09/17/1996) |
| 09/16/1996 | 59 | AFFIDAVIT OF SERVICE by counsel for defendant Gary Chern of lodged orders, memoranda in support, and motions [57-1] [55-1] [53-1] (dktclk) (Entered: 09/17/1996) |
| 09/19/1996 | 60 | RESPONSE by plaintiff USA to defendants' motions for severance of counts, and discovery (dktclk) (Entered: 09/23/1996) |
| 09/20/1996 | 61 | JOINT REPLY by defendant Gary Chern, defendant Egidiyus Klimas TO RESPONSE to motion for discovery (dktclk) (Entered: 09/23/1996) |
| 09/23/1996 | 62 | RESPONSE by plaintiff USA to motion for a bill of particulars by defendant Gary Chern, defendant Egidiyus Klimas [57-1], motion by defendant Gary Chern, defendant Egidiyus Klimas to dismiss counts 4 and 6-11 [55-1], motion by defendant Gary Chern, defendant Egidiyus Klimas to dismiss count 2 [53-1] (dktclk) (Entered: 09/25/1996) |
| 09/26/1996 | 63 | MINUTE ENTRY by Court GRANTING motion for handwriting exemplars by USA as to Gary Chern, Egidiyus Klimas [51-1], GRANTING motion to sever Counts 6-11 by defendant Gary Chern, defendant Egidiyus Klimas [42-1], VACATING order entered 9/13/96 [41-1] with leave for govt to renote motion later. (cc: counsel, Judge) (dktclk) (Entered: 09/27/1996) |
| 09/26/1996 | 64 | REPLY by defendants TO RESPONSE to motion for a bill of particulars by defendants [57-1] (DM) (Entered: 09/27/1996) |
| 09/26/1996 | | LODGED ORDER: re: motion for a bill of particulars by defendant Gary Chern, defendant Egidiyus Klimas [57-1] (DM) (Entered: 09/27/1996) |
| 09/26/1996 | 65 | AFFIDAVIT OF SERVICE by defendant of motion reply [64-1] (DM) (Entered: 09/27/1996) |
| 09/27/1996 | 68 | TRANSCRIPT of proceedings for the following date(s): 8/29,30/1996 (Re: detention hearing ) CR initials: SP (NS) (Entered: 10/01/1996) |
| 09/30/1996 | 66 | AFFIDAVIT OF SERVICE OF SUBPOENA of Custodian of Records, AT & T Wireless Services on 9/26/96 (dktclk) (Entered: 10/01/1996) |
| 09/30/1996 | 67 | AFFIDAVIT OF SERVICE OF SUBPOENA of Custodian of Records, GTE Northwest on 9/27/96 (dktclk) (Entered: 10/01/1996) |
| 10/01/1996 | 69 | AFFIDAVIT OF SERVICE OF SUBPOENA of Custodian of Records, Innovative Communications Technologies Inc on 9/27/96 (dktclk) (Entered: 10/01/1996) |
| 10/01/1996 | 70 | ORDER by Judge Barbara J. Rothstein GRANTING motion for a bill of particulars by defendant Gary Chern, defendant Egidiyus Klimas [57-1], DENYING motion by defendant Gary Chern, defendant Egidiyus Klimas to dismiss counts 4 and 6-11 [55-1], DENYING motion by defendant Gary Chern, defendant Egidiyus Klimas to dismiss count 2 [53-1] (cc: counsel, Judge) (dktclk) (Entered: 10/01/1996) |
| 10/03/1996 | 71 | AFFIDAVIT OF SERVICE OF SUBPOENA re: U.S. West Telephone on 9/27/96 (DM) (Entered: 10/03/1996) |
| 10/04/1996 | 72 | MOTION to continue trial date by defendant Gary Chern NOTED FOR 10/18/96 (dktclk) (Entered: 10/07/1996) |

| | | |
|---|---|---|
| 10/04/1996 | 73 | MEMORANDUM in support of motion to continue trial date by defendant Gary Chern [72-1] (dktclk) (Entered: 10/07/1996) |
| 10/04/1996 | | LODGED ORDER: re: motion to continue trial date by defendant Gary Chern [72-1] (dktclk) (Entered: 10/07/1996) |
| 10/04/1996 | 74 | MOTION to shorten time on motion to continue trial date by defendant Gary Chern [72-1] NOTED FOR 10/7/96 (dktclk) (Entered: 10/07/1996) |
| 10/04/1996 | | LODGED ORDER: re: motion to shorten time on motion to continue trial date by defendant Gary Chern [72-1] [74-1] (dktclk) (Entered: 10/07/1996) |
| 10/04/1996 | 75 | AFFIDAVIT OF SERVICE by defendant Gary Chern of lodged order [0-0], motion to shorten time on motion to continue trial date by defendant Gary Chern [72-1] [74-1], lodged order [0-0], memorandum [73-1], motion to continue trial date by defendant Gary Chern [72-1] (dktclk) (Entered: 10/07/1996) |
| 10/07/1996 | 76 | PRAECIPE FOR SUBPOENAS by defendant Chern (Subpoenas issued) (dktclk) (Entered: 10/08/1996) |
| 10/07/1996 | 77 | NOTICE OF INTENT TO USE DEFENDANTS' STATEMENTS by plaintiff USA (dktclk) (Entered: 10/09/1996) |
| 10/07/1996 | 78 | MINUTES of TELEPHONE CONFERENCE : BJR, Dep Clerk ET, AUSA J.Lord, A.Hamilton, Def Counsel D.Dubitzky, J.Robinson, CR J.Roth; motion for release of Brady materials by defendant Gary Chern, defendant Egidiyus Klimas [44-1] TAKEN UNDER ADVISEMENT ; sentencing hearing CONTINUED TO 9:30 10/21/96 for Gary Chern, for Egidiyus Klimas (dktclk) (Entered: 10/09/1996) |
| 10/08/1996 | 79 | MINUTE ENTRY by Court; parties having agree to 10/21/96 as trial date, and Govt having agreed to furnish Jencks Act information one week prior to trial, court RULES that all Jencks and Brady materials shall be provided to defendants by 10/11/96. (cc: counsel, Judge) (dktclk) (Entered: 10/09/1996) |
| 10/10/1996 | 80 | AFFIDAVIT OF SERVICE OF SUBPOENA of AT&T Wireless, Custodian of Records, on 10/9/96 (dktclk) (Entered: 10/11/1996) |
| 10/10/1996 | 81 | AFFIDAVIT OF SERVICE OF SUBPOENA of AT&T Wireless, Custodian of Records on 10/9/96 (dktclk) (Entered: 10/11/1996) |
| 10/10/1996 | 82 | MINUTE ENTRY by Court: Having reviewed copies of FBI files regarding dft Chern, court finds that most of the documents are not subject to disclosure. However, court finds that a portion of the memorandum from SA Jannett dated 5/5/95 constitutes Brady material. Government shall disclose contents of last two paragraphs to defendants. (cc: counsel, Judge) (dktclk) (Entered: 10/11/1996) |
| 10/10/1996 | 83 | TRIAL BRIEF submitted by plaintiff USA (dktclk) (Entered: 10/11/1996) |
| 10/10/1996 | 83 | MOTION in limine by USA as to Gary Chern, Egidiyus Klimas (dktclk) (Entered: 10/11/1996) |
| 10/10/1996 | 84 | MOTION to shorten time on motion in limine by USA as to Gary Chern, Egidiyus Klimas [83-1] (dktclk) (Entered: 10/11/1996) |
| 10/10/1996 | | LODGED ORDER: re: motion to shorten time on motion in limine by USA as to Gary Chern, Egidiyus Klimas [83-1] [84-1] (dktclk) (Entered: 10/11/1996) |
| 10/15/1996 | 85 | AFFIDAVIT OF SERVICE OF SUBPOENA of American Express on 10/3/96 (dktclk) (Entered: 10/15/1996) |

| | | |
|---|---|---|
| 10/15/1996 | 86 | RESPONSE (JOINT OPPOSITION) by defendant Gary Chern, defendant Egidiyus Klimas to Government's motion to shorten time (dktclk) (Entered: 10/15/1996) |
| 10/15/1996 | 87 | PRAECIPE FOR SUBPOENA by Dft. Chern. Issued 10/15/96 (DM) (Entered: 10/16/1996) |
| 10/15/1996 | 88 | SUPPLEMENTAL TRIAL BRIEF (MEMORANDUM) AND SUPPLEMENTAL MOTION IN LIMINE submitted by plaintiff USA (DM) (Entered: 10/16/1996) |
| 10/15/1996 | 88 | SUPPLEMENTAL TRIAL MEMORANDUM AND SUPPLEMENTAL MOTION IN LIMINE by Pla USA (DM) (Entered: 10/16/1996) |
| 10/15/1996 | 89 | PROPOSED VOIR DIRE QUESTIONS submitted by plaintiff USA (DM) (Entered: 10/16/1996) |
| 10/15/1996 | 90 | JURY INSTRUCTIONS (CITED) by plaintiff USA (DM) (Entered: 10/16/1996) |
| 10/17/1996 | 91 | AFFIDAVIT OF SERVICE OF SUBPOENA of Aeroflot Airlines, Custodian of Records, on 10/15/96 (dktclk) (Entered: 10/18/1996) |
| 10/17/1996 | 92 | PROPOSED EXHIBIT LIST filed by defendants Chern and Klimas (dktclk) (Entered: 10/18/1996) |
| 10/17/1996 | 93 | TRIAL BRIEF submitted by defendant Gary Chern, defendant Egidiyus Klimas (dktclk) (Entered: 10/18/1996) |
| 10/17/1996 | 93 | RESPONSE by defendant Gary Chern, defendant Egidiyus Klimas to motions in limine (dktclk) (Entered: 10/18/1996) |
| 10/17/1996 | | STIPULATION AND LODGED ORDER RE: HAIRCUTS (dktclk) (Entered: 10/18/1996) |
| 10/18/1996 | 94 | STIPULATION and ORDER RE: HAIRCUTS by Judge Barbara J. Rothstein : USMO shall arrange for both dfts to get haircuts, dft Klimas a shave, and dft Chern a breard trim, prior to trial. (cc: USMO, counsel, Judge) (dktclk) (Entered: 10/18/1996) |
| 10/18/1996 | 95 | PROPOSED JURY INSTRUCTIONS (cited) by defendant Gary Chern, defendant Egidiyus Klimas (dktclk) (Entered: 10/18/1996) |
| 10/18/1996 | 96 | RESPONSE by defendant Gary Chern, defendant Egidiyus Klimas to Govt's supplemental trial brief and motions in limine [88-1] (dktclk) (Entered: 10/21/1996) |
| 10/18/1996 | 97 | REPLY TRIAL BRIEF submitted by plaintiff USA (dktclk) (Entered: 10/21/1996) |
| 10/21/1996 | 98 | AFFIDAVIT OF SERVICE OF SUBPOENA of US West Telephone on 10/10/96 (dktclk) (Entered: 10/21/1996) |
| 10/21/1996 | 99 | AFFIDAVIT OF SERVICE OF SUBPOENA of US West Telephone on 10/10/96 (dktclk) (Entered: 10/21/1996) |
| 10/21/1996 | 100 | AFFIDAVIT OF SERVICE OF SUBPOENA of US West Telephone on 10/9/96 (dktclk) (Entered: 10/21/1996) |
| 10/21/1996 | 101 | RESPONSE by defendant Gary Chern, defendant Egidiyus Klimas to Govt's reply trial brief [97-1] (dktclk) (Entered: 10/21/1996) |
| 10/21/1996 | 106 | MINUTES of 1ST DAY OF JURY TRIAL : BJR, Dep Clerk ET, SS, AUSA A.Hamilton, J.Lord, Def Counsel D.Dubitsky, J.Robinson, M.Iaria, A. Zarky, CR J.Roth; Defendants present, in custody, with counsel; prospective jurors sworn and voir dire proceeds; jurors Vanparys, Davis, Wallentine and Saxon excused for cause; after counsel excercise peremptory challenges, jurors empaneled; out of presence of jury, court hears argument |

| | | |
|---|---|---|
| | | and rules on govt's motions in limine; counsel present opening arguments; jury excused until 10/22/96. (dktclk) (Entered: 10/22/1996) |
| 10/22/1996 | 102 | AFFIDAVIT OF SERVICE OF SUBPOENA of GTE Northwest on 10/9/96 (dktclk) (Entered: 10/22/1996) |
| 10/22/1996 | 103 | JURY PEREMPTORY CHALLENGES by plaintiff (dktclk) (Entered: 10/22/1996) |
| 10/22/1996 | 104 | JURY PEREMPTORY CHALLENGES by defendants (dktclk) (Entered: 10/22/1996) |
| 10/22/1996 | 105 | WITNESS LIST submitted by plaintiff USA (dktclk) (Entered: 10/22/1996) |
| 10/22/1996 | 107 | POTENTIAL WITNESS LIST submitted by defendant Gary Chern, defendant Egidiyus Klimas (dktclk) (Entered: 10/22/1996) |
| 10/22/1996 | 108 | MINUTES of 2ND DAY OF JURY TRIAL : BJR, Dep Clerk ET,SS, AUSA A.Hamilton, J.Lord, Def Counsel D.Dubitzky, J.Robinson, M. Iaria, CR J.Roth; dfts present, in custody, with counsel; out of presence of jury, court hears argument and grants govt's mtn to exclude further references to Russian gang ties; Alexi Kolotvine sworn and testifies for govt; Office Jensen and Alexandre Kolotvine sworn and testify; exhibits marked and admitted; court excuses jury until 10/23/96. (dktclk) (Entered: 10/23/1996) |
| 10/23/1996 | 109 | AFFIDAVIT OF SERVICE OF SUBPOENA of Ilya Berner on 10/17/96 (dktclk) (Entered: 10/23/1996) |
| 10/23/1996 | 110 | PROPOSED REASONABLE DOUBT JURY INSTRUCTIONS (cited) by defendant Gary Chern, defendant Egidiyus Klimas (dktclk) (Entered: 10/23/1996) |
| 10/23/1996 | 111 | MEMORANDUM by defendant Gary Chern, defendant Egidiyus Klimas in support of proposed reasonable doubt jury instructions [110-1] (dktclk) (Entered: 10/23/1996) |
| 10/23/1996 | 112 | AFFIDAVIT OF SERVICE by defendants of memorandum [111-1], jury instructions [110-1] (dktclk) (Entered: 10/23/1996) |
| 10/23/1996 | 113 | MINUTES of 3RD DAY OF JURY TRIAL : BJR, Dep Clerk ET, SS, AUSA A.Hamilton, J.Lord, Def Counsel J.Robinson, M.Iaria, CR J.Roth; defendants present, in custody, with counsel; testimony of Alexandre Kolotvine resumes; exhibits marked and admitted; jury excused until 10/24/96. (dktclk) (Entered: 10/24/1996) |
| 10/24/1996 | 114 | ORDER TO KENT JAIL by Judge Barbara J. Rothstein: Dft Klimas to be provided with appropriate shaving materials or barbar services for his appearance during trial. (cc: counsel, Judge) (dktclk) (Entered: 10/24/1996) |
| 10/24/1996 | 116 | MINUTES of 4TH DAY OF JURY TRIAL : BJR, Dep Clerk ET, AUSA A.Hamilton, J.Lord, Def Counsel J.Robinson, M.Iaria, D.Dubitzky, A.Zarky, CR J.Roth; defendants present, in custody, with counsel; out of presence of jury, court hears argument re: admissibility of portions of testimony of Ekatrina Kolotvine; testimony of Alexandre Kolotvine resumes and concludes; Ekatrina Kolotvine sworn and testifies; out of presence of jury, court hears argument re: Russiona telphone records and rules documents not admissible unless a records custodian is present in court; Fred Miller is sworn and testifies; Officer Jelsik is recalled; exhibits marked and admitted; govt rests; jury excused until 10/28/96 (dktclk) (Entered: 10/28/1996) |
| 10/25/1996 | 115 | POTENTIAL WITNESS LIST submitted by defendant Gary Chern, defendant Egidiyus Klimas (dktclk) (Entered: 10/28/1996) |
| 10/28/1996 | 117 | MINUTES of 5TH DAY OF JURY TRIAL : BJR, Dep Clerk ET, AUSA A.Hamilton, J.Lord, Def Counsel J.Robinson, M. Iaria, D.Dubitzky, A.Zarky, CR J.Roth; Dfts present, in custody, with counsel. Out of presence of jury, court hears dfts' objections to govt mtn to reopen, and govt's objections to various witnesses' testimony for dfts. Court takes these |

| | | |
|---|---|---|
| | | matters under advisement. Dfts recall Alexandre Kolotvine. Agent James Traecy sworn and testifies. Govt reopens and Agent Miller called. Dfts call Sergey Filippov. Out of presence of jury court hears two offers of proof on testimony by defense witnesses, finds evidence inadmissible. Court keeps under advisement govt's third objection to proferred defense witness testimony. Court and counsel discuss jury instructions. Jury excused until 10/29/96. (dktclk) (Entered: 11/01/1996) |
| 10/29/1996 | 118 | MINUTES of 6TH DAY OF JURY TRIAL : BJR, Dep Clerk ET, AUSA A.Hamilton, J.Lord, Def Counsel J.Robinson, M.Iaria, D.Dubitzky, A.Zarky, CR J.Roth; Dfts present, in custody, with counsel. Out of presence of jury court rules that Sikorskoo testimony premitted on basis of prior inconsistent testimony. Court will give jury limiting instruction. At request of govt counsel, court informs dfts of right to testify. Dfts decline to testify. Jury present, Linda Noble sworn to interpret for dfts' witness Gennadaii Sikorskii, who is sworn and testifies. Dfts rest. Govt recalls Alexandre Kolotvine and Special Agent Miller to testify re: rebuttal. Govt rests. Court instructs and counsel present closing arguments. Alternate juror Larry Elledge excused. Jury retires. Jury excused until 10/30/96. (dktclk) (Entered: 11/01/1996) |
| 10/30/1996 | 119 | AFFIDAVIT OF SERVICE OF SUBPOENA of Scott Cellman on 10/18/96 (dktclk) (Entered: 11/01/1996) |
| 10/30/1996 | 120 | AFFIDAVIT OF SERVICE OF SUBPOENA of Tina Porter Collman on 10/18/96 (dktclk) (Entered: 11/01/1996) |
| 10/30/1996 | 121 | AFFIDAVIT OF SERVICE OF SUBPOENA of Edmond Garabedian, Records Custodian on 10/17/96 (dktclk) (Entered: 11/01/1996) |
| 10/30/1996 | 122 | PROPOSED SECOND SUPPLEMENTAL JURY INSTRUCTIONS (cited) by defendant Gary Chern, defendant Egidiyus Klimas (dktclk) (Entered: 11/01/1996) |
| 10/30/1996 | 123 | REVISED PROPOSED REASONABLE DOUBT JURY INSTRUCTIONS (cited) by defendant Gary Chern, defendant Egidiyus Klimas (dktclk) (Entered: 11/01/1996) |
| 10/30/1996 | 124 | SUPPLEMENTAL EXHIBIT LIST filed by defendants (dktclk) (Entered: 11/01/1996) |
| 10/30/1996 | 125 | OBJECTIONS TO JURY INSTRUCTIONS by defendant Gary Chern, defendant Egidiyus Klimas (dktclk) (Entered: 11/01/1996) |
| 10/30/1996 | 126 | AMENDED EXHIBIT LIST filed by plaintiff USA (dktclk) (Entered: 11/01/1996) |
| 10/30/1996 | 127 | MINUTES of 7TH DAY OF JURY TRIAL : BJR, Dep Clerk ET, AUSA A.Hamilton, J.Lord, Def Counsel J.Robinson, M.Iaria, D.Dubitzky, A.Zarky, CR J.Roth; Dfts present, in custody, with counsel. Jury returns with verdicts of GUILTY as to counts 1 and 4 for each dft, and NOT GUILTY as to counts 2,3, and 5 for each dft. Court polls and excuses the jury. Sentencing hearing set for 9:30 1/17/97 for Gary Chern, for Egidiyus Klimas , Court grants Mr. Zarky's request to extend time ti file motion for new trial to 14 days from this date. Counsel directed to retireve all exhibits no later than 10/31/96. Dfts remanded to custody of USMO. (dktclk) (Entered: 11/01/1996) |
| 10/30/1996 | 128 | ORDER by Judge Barbara J. Rothstein that jury be committed to custody of baliff; that Clerk pay for meals of said jurors and baliff. (cc: counsel, Judge) (dktclk) (Entered: 11/01/1996) |
| 10/31/1996 | 129 | TRIAL STIPULATION filed by the parties (dktclk) (Entered: 11/01/1996) |
| 10/31/1996 | 130 | TRIAL STIPULATION filed by the parties (dktclk) (Entered: 11/01/1996) |
| 10/31/1996 | 131 | TRIAL STIPULATION filed by the parties (dktclk) (Entered: 11/01/1996) |

| | | |
|---|---|---|
| 10/31/1996 | 132 | COURT'S INSTRUCTIONS TO THE JURY (dktclk) (Entered: 11/01/1996) |
| 10/31/1996 | 133 | RESPONSES TO JURY QUESTIONS #2 AND #3 by Judge Rothstein (dktclk) (Entered: 11/01/1996) |
| 10/31/1996 | 134 | VERDICT as to Gary Chern, Egidiyus Klimas (dktclk) (Entered: 11/01/1996) |
| 10/31/1996 | 135 | DEFENDANTS' EXHIBIT LIST (dktclk) (Entered: 11/01/1996) |
| 11/04/1996 | 136 | RESPONSE TO JURY QUESTION #1 by Judge Rothstein (dktclk) (Entered: 11/05/1996) |
| 11/06/1996 | 137 | TRIAL STIPULATION filed by all parties (dktclk) (Entered: 11/06/1996) |
| 11/06/1996 | | STIPULATION AND LODGED ORDER REAGRDING POST-TRIAL MOTIONS (dktclk) (Entered: 11/07/1996) |
| 11/08/1996 | 138 | STIPULATION and ORDER REGARDING POST TRIAL MOTIONS by Judge Barbara J. Rothstein : Deadline for filing any post trial motions, incl under Rule 29 or 33, EXTENDED TO 11/27/96. (cc: counsel, Judge) (dktclk) (Entered: 11/08/1996) |
| 11/18/1996 | 139 | MINUTE ORDER by Judge Barbara J. Rothstein the conf scheduled for 11/19/96 is continued to 10:30 11/22/96 for Gary Chern, for Egidiyus Klimas (cc: counsel, Judge) (RS) (Entered: 11/22/1996) |
| 11/18/1996 | 140 | RESPONSE by plaintiff to dft's verbal motion for new trial premised on voir dire of jury (FILED UNDER SEAL) (RS) (Entered: 11/22/1996) |
| 11/18/1996 | 145 | TRANSCRIPT of proceedings for the following date(s): 10/21/96 (Re: Jury Voir Dire) CR initials: JR (dktclk) (Entered: 11/26/1996) |
| 11/22/1996 | 141 | MINUTE ORDER by Judge Barbara J. Rothstein continuing the hearing scheduled for 11/21/96 to 12/5/96 at 10am for Gary Chern, for Egidiyus Klimas (cc: counsel, Judge) (RS) (Entered: 11/22/1996) |
| 11/22/1996 | 142 | MINUTES: NOTICE by BJR, Dep Clerk ET: Court authorizes cnsl to review the Court reporter's back up tapes of testimonies of Ekaterina and Alexandre Kolotvine in Mr. Roth's office. (c to c,BJR) (DM) (Entered: 11/25/1996) |
| 11/22/1996 | 143 | TRANSCRIPT of proceedings for the following date(s): 10/21/96 (Re:opening statements of Mr. Iaria & Mr. Dubitzky) CR initials: jr (PAT) (Entered: 11/26/1996) |
| 11/22/1996 | 144 | TRANSCRIPT of proceedings for the following date(s): 10/22/96 (Re: testimony of Alexi Kolotvine) CR initials: jr (PAT) (Entered: 11/26/1996) |
| 11/25/1996 | 146 | DECLARATION of Jeffery P. Robinson (FILED UNDER SEAL) (RS) (Entered: 11/29/1996) |
| 11/25/1996 | 147 | MOTION for new trial or judgment of acquittal by defendants NOTED FOR 12/6/96 (RS) (Entered: 11/29/1996) |
| 11/25/1996 | 148 | MEMORANDUM by defendants in support of motion for new trial or judgment of acquittal by defendants [147-1] (RS) (Entered: 11/29/1996) |
| 11/25/1996 | 149 | AFFIDAVIT OF SERVICE by defendant of motion for new trial or judgment of acquittal by defendants [147-1] (RS) (Entered: 11/29/1996) |
| 11/25/1996 | 150 | MOTION to dismiss counts without prejudice by USA as to Gary Chern NOTED FOR 12/13/96 (RS) (Entered: 11/29/1996) |

| | | |
|---|---|---|
| 11/25/1996 | | LODGED ORDER: re: motion to dismiss counts without prejudice by USA as to Gary Chern [150-1] (RS) (Entered: 11/29/1996) |
| 11/25/1996 | 151 | JOINT REPLY by defendants re jury voir dire (FILED UNDER SEAL) (RS) (Entered: 11/29/1996) |
| 11/26/1996 | 152 | RESPONSE by plaintiff to dfts' reply and to declaration of Jeff Robinson (FILED UNDER SEAL) (RS) (Entered: 11/29/1996) |
| 11/26/1996 | 153 | MOTION to exclude dfts from certain ct proceedings by USA as to Gary Chern, Egidiyus Klimas NOTED FOR 12/13/96 (FILED UNDER SEAL) (RS) (Entered: 11/29/1996) |
| 11/26/1996 | 154 | MOTION to shorten time on motion to exclude dfts from certain ct proceedings by USA as to Gary Chern, Egidiyus Klimas [153-1] NOTED FOR 12/2/96 (FILED UNDER SEAL) (RS) (Entered: 11/29/1996) |
| 11/26/1996 | 155 | AFFIDAVIT of James M. Lord (FILED UNDER SEAL) (RS) (Entered: 11/29/1996) |
| 11/26/1996 | | LODGED ORDER: re: motion to shorten time (FILED UNDER SEAL) (RS) (Entered: 11/29/1996) |
| 12/02/1996 | 156 | LETTER/NOTICE by plaintiff USA extending response time on dft's motion for a new trial to 12/11/96; dft's motion for a new trial is renoted for 12/13/96 (DM) (Entered: 12/04/1996) |
| 12/02/1996 | 157 | RESPONSE by defendant Gary Chern to motion to dismiss counts without prejudice by USA as to Gary Chern [150-1] (DM) (Entered: 12/04/1996) |
| 12/02/1996 | 158 | REPLY (Clarification of Understanding re: Motion to Dismiss w/o prejudice) by plaintiff USA TO RESPONSE to motion to dismiss counts without prejudice by USA as to Gary Chern [150-1] (DM) (Entered: 12/04/1996) |
| 12/03/1996 | 159 | RESPONSE/Clarification by defendant Gary Chern re: motion to dismiss counts without prejudice by USA as to Gary Chern [150-1] (DM) (Entered: 12/04/1996) |
| 12/03/1996 | 160 | JOINT SUPPLEMENTAL MEMORANDUM Re: Voir dire Issues by defendant Gary Chern, defendant Egidiyus Klimas (FILED UNDER SEAL) (DM) (Entered: 12/04/1996) |
| 12/06/1996 | 161 | MINUTES of ORAL ARGUMENT ON DFTS' MOTION FOR NEW TRIAL: BJR, AUSA J.Lord, A.Hamilton, Def Counsel J.Robinson, A. Zarky, M. Iaria; Court hears oral argument in camera on dfts' 1st mtn for new trial, DENIES motion; GRANTS as unopposed Govt motion to dismiss counts without prejudice by USA as to Gary Chern [150-1], RENOTES FOR 1/15/97 dfts' 2nd motion for new trial or judgment of acquittal by defendants [147-1] (dktclk) (Entered: 12/06/1996) |
| 01/09/1997 | 162 | MINUTE ENTRY by Court; At request of counsel, sentencing hearing CONTINUED TO 9:30 2/28/97 for Gary Chern, for Egidiyus Klimas (cc: all counsel) (dktclk) (Entered: 01/10/1997) |
| 01/09/1997 | 163 | RESPONSE by plaintiff USA to motion for new trial or judgment of acquittal by defendants [147-1] (dktclk) (Entered: 01/10/1997) |
| 01/17/1997 | 164 | LETTER from counsel for defendant Gary Chern to renote motion for new trial or judgment of acquittal by defendants [147-1] (dktclk) (Entered: 01/22/1997) |
| 01/24/1997 | 165 | REPLY by defendants in support of their motion for new trial or judgment of acquittal [147-1] (dktclk) (Entered: 01/27/1997) |
| 01/31/1997 | 166 | ORDER by Judge Barbara J. Rothstein DENYING motion for new trial or judgment of acquittal by defendants [147-1] (cc: counsel, Judge) (dktclk) (Entered: 01/31/1997) |

| | | |
|---|---|---|
| 02/05/1997 | 167 | NOTICE OF CHANGE OF ADDRESS by atty Michael P. Iaria (cc: atty adm) (dktclk) (Entered: 02/10/1997) |
| 02/19/1997 | 168 | SENTENCING MEMORANDUM re Gary Chern, Egidiyus Klimas by plaintiff USA (dktclk) (Entered: 02/20/1997) |
| 02/20/1997 | 169 | TRANSCRIPT of proceedings for the following date(s): 10/21/96 (Re: Transcript of Proceedings Vol. I) CR initials: J. Roth (dktclk) (Entered: 02/21/1997) |
| 02/20/1997 | 170 | TRANSCRIPT of proceedings for the following date(s): 10/22/96 (Re: Transcripts of Proceedings Vol. II) CR initials: J. Roth (dktclk) (Entered: 02/21/1997) |
| 02/20/1997 | 171 | TRANSCRIPT of proceedings for the following date(s): 10/23/96 (Re: Transcripts of Proceedings Vol. III) CR initials: J. Roth (dktclk) (Entered: 02/21/1997) |
| 02/20/1997 | 172 | TRANSCRIPT of proceedings for the following date(s): 10/24/97 (Re: Transcript of Proceedings Vol. IV) CR initials: J. Roth (dktclk) (Entered: 02/21/1997) |
| 02/20/1997 | 173 | TRANSCRIPT of proceedings for the following date(s): 10/28/96 (Re: Transcript of Proceedings Vol. V) CR initials: J. Roth (dktclk) (Entered: 02/21/1997) |
| 02/20/1997 | 174 | TRANSCRIPT of proceedings for the following date(s): 10/21/96 (Re: Transcript of Proceedings Vol. VI) CR initials: J. Roth (dktclk) (Entered: 02/21/1997) |
| 02/24/1997 | 175 | JOINT SENTENCING MEMORANDUM re Gary Chern, Egidiyus Klimas by defendant Gary Chern, defendant Egidiyus Klimas (dktclk) (Entered: 02/25/1997) |
| 02/24/1997 | 176 | SENTENCING MEMORANDUM re Gary Chern by defendant Gary Chern (dktclk) (Entered: 02/25/1997) |
| 02/24/1997 | 177 | SENTENCING MEMORANDUM re Egidiyus Klimas by defendant Egidiyus Klimas (dktclk) (Entered: 02/25/1997) |
| 02/24/1997 | 179 | AFFIDAVIT OF SERVICE by defendant Gary Chern of sentencing memorandum [176-1] (dktclk) (Entered: 02/26/1997) |
| 02/25/1997 | 178 | RESPONSE by defendant Gary Chern to Government's allegations of other criminal activity. (dktclk) (Entered: 02/26/1997) |
| 02/27/1997 | 180 | SUPPLEMENTAL MEMORANDUM REGARDING DEPORTATION AND DOWNWARD DEPARTURES; CHERN'S FINANCES; AND MOEHRING ALLEGATIONS by defendant Gary Chern (dktclk) (Entered: 02/27/1997) |
| 02/27/1997 | 181 | SUPPLEMENT [to sentencing memorandum] by plaintiff USA re: sentencing memorandum [168-1] (dktclk) (Entered: 02/27/1997) |
| 02/28/1997 | 182 | MINUTES of SENTENCING : BJR, Dep Clerk ET, AUSA J. Lord, Def Counsel A. Zarky, D. Dubitzky, M. Iaria, CR J. Roth, USPO L. Washington, Defendants Gary Chern and Egidiyus Klimas present, in custody, with counsel; sentencing Gary Court imposes sentence for dft Chern as to counts 1 and 4: 57 months prison; 5 years supervised release with all standard conditions, plus firearm, search and seizure, financial disclosure and reentry provisions, should this conviction result in deportation; $100 mandatory assessment $100,000 fine ; court imposes sentence for Egidiyus Klimas (2) as to count 1 and 4: 57 months prison; 5 years supervised release with all standard conditions, plus firearm, search and seizure, financial disclosure and reentry provisions, should this conviction result in deportation; $100 mandatory assessment; $15,000 fine (dktclk) (Entered: 02/28/1997) |
| 02/28/1997 | 183 | JUDGMENT IN A CRIMINAL CASE by Judge Barbara J. Rothstein as to Gary Chern (cc: counsel, Judge, USMO, USPO, PTS, Jgm. Bk., Fin'l) Entered on: 2/28/97 (dktclk) |

| | | |
|---|---|---|
| | | (Entered: 02/28/1997) |
| 02/28/1997 | 184 | JUDGMENT IN A CRIMINAL CASE by Judge Barbara J. Rothstein as to Egidiyus Klimas (cc: counsel, Judge, USMO, USPO, PTS, Jgm. Bk., Fin'l) Entered on: 2/28/97 (dktclk) (Entered: 02/28/1997) |
| 03/03/1997 | | LODGED STATEMENT OF REASONS re: dft Chern (dktclk) (Entered: 03/05/1997) |
| 03/03/1997 | | LODGED STATEMENT OF REASONS re: dft Klimas (dktclk) (Entered: 03/05/1997) |
| 03/04/1997 | 185 | STATEMENT of REASONS for Imposing Sentence by Judge Barbara J. Rothstein as to defendant Gary Chern (cc: counsel, Judge, USPO) (dktclk) (Entered: 03/05/1997) |
| 03/04/1997 | 186 | STATEMENT of REASONS for Imposing Sentence by Judge Barbara J. Rothstein as to defendant Egidiyus Klimas (cc: counsel, Judge, USPO) (dktclk) (Entered: 03/05/1997) |
| 03/07/1997 | 188 | NOTICE OF APPEAL by defendant Egidiyus Klimas from Dist. Court decision [183-1] (cc: CCA, BJR, counsel) (dktclk) (Entered: 03/11/1997) |
| 03/07/1997 | | NO APPEAL FEE: fee () status pending in USDC (NS) (Entered: 03/19/1997) |
| 03/11/1997 | 187 | REQUEST by defendant Egidiyus Klimas for leave to appeal in forma pauperis. (dktclk) (Entered: 03/11/1997) |
| 03/11/1997 | 189 | DECLARATION of Counsel re: by defendant Egidiyus Klimas re: Motion for leave to appeal in forma pauperis. (dktclk) (Entered: 03/11/1997) |
| 03/11/1997 | | LODGED ORDER Permitting defendant Egidiyus Klimas leave to appeal in forma pauperis and appointing counsel. (dktclk) (Entered: 03/11/1997) |
| 03/13/1997 | 190 | NOTICE OF APPEAL by defendant Gary Chern from Dist. Court decision [183-1] (cc: CCA, BJR, counsel) (dktclk) (Entered: 03/13/1997) |
| 03/13/1997 | | APPEAL FEE RECEIVED: Appellang Gary Chern paid fee in amount of $ 105.00 ( Receipt 239030) (dktclk) (Entered: 03/13/1997) |
| 03/13/1997 | 191 | ORDER FOR TIME SCHEDULE: Transcript designation due April 1, 1997; transcript file due date May 1, 1997; opening brief due date June 10, 1997; answering brief due date July 10, 1997 and reply brief (optional) due July 24, 1997. (dktclk) (Entered: 03/13/1997) |
| 03/13/1997 | | ENT-Criminal Case Information Sheet forwarded to the 9th CCA. (dktclk) (Entered: 03/13/1997) |
| 03/13/1997 | | APPEAL NOTIFICATION packet sent to CCA (cc: cnsl) (dktclk) (Entered: 03/13/1997) |
| 03/13/1997 | 192 | TRANSCRIPT of proceedings for the following date(s): 2/28/97 (Re: Sentencing [190-1], [188-1] ) CR initials: J. Roth (dktclk) Modified on 03/17/1997 (Entered: 03/17/1997) |
| 03/19/1997 | 193 | TIME SCHEDULE ORDER (CCA) Transcript Designation due 4/9/97 Reporter's Transcript(s) due 5/9/97; opening br. due 6/18/97; appellee br. due 7/18/97; optional reply br. due 8/1/97 (appeal by deft. Klimas) (NS) (Entered: 03/19/1997) |
| 03/19/1997 | | APPEAL NOTIFICATION packet sent to CCA (cc: cnsl) (deft. Klimas) (NS) (Entered: 03/19/1997) |
| 04/02/1997 | | APPEAL FEE RECEIVED: fee in amount of $ 105.00 ( Receipt # 239517) (NS) (Entered: 04/02/1997) |
| 04/02/1997 | | ENT- Amended Docket fee payment notification form sent to CCA (NS) (Entered: 04/02/1997) |

| | | |
|---|---|---|
| 04/03/1997 | 194 | MOTION for order authorizing substitution of counsel by defendant Gary Chern NOTED FOR 4/11/97 (dktclk) (Entered: 04/03/1997) |
| 04/03/1997 | 195 | AFFIDAVIT of Michael Schwartz regarding motion for order authorizing substitution of counsel by defendant Gary Chern [194-1] (dktclk) (Entered: 04/03/1997) |
| 04/03/1997 | 196 | AFFIDAVIT OF SERVICE by defendant Gary Chern of affidavit [195-1], of motion for order authorizing substitution of counsel by defendant Gary Chern [194-1] (dktclk) (Entered: 04/03/1997) |
| 04/03/1997 | 197 | MOTION for order authorizing substitution of counsel by defendant Egidiyus Klimas NOTED FOR 4/11/97 (dktclk) (Entered: 04/03/1997) |
| 04/03/1997 | | LODGED ORDER: re: motion for order authorizing substitution of counsel by defendant Egidiyus Klimas [197-1] (dktclk) (Entered: 04/03/1997) |
| 04/15/1997 | 198 | ORDER by Judge Barbara J. Rothstein GRANTING motion for order authorizing substitution of counsel by defendant Egidiyus Klimas [197-1]. Michael Iaria granted leave to withdraw. Michael G. Martin to substitute. (cc: appeals clerk, counsel, Judge) (dktclk) (Entered: 04/15/1997) |
| 04/16/1997 | | ENT- forwarded to 9th CCA copy of Order Granting M. Iaria Leave to W/Draw & Authorizing Substitution of M. Martin for deft. Klimas (NS) (Entered: 04/16/1997) |
| 04/17/1997 | 199 | JUDGMENT returned, Dft Gary Chern (1) delivered on 4/2/97 to FTD-E New Jersey as to count(s) 1, 4 (dktclk) (Entered: 04/18/1997) |
| 04/24/1997 | 200 | MINUTE ENTRY: BJR; In Chambers Proceedings: Deft Gary Chern's motion for an order authorizing substitution of Michael Schwartz as counsel in all further proceedings in this matter is GRANTED as unopposed. [194-1] (dktclk) (Entered: 04/24/1997) |
| 04/25/1997 | | NOTIFICATION by Circuit Court of Appellate Docket Number 97-30098 (dktclk) (Entered: 04/30/1997) |
| 04/25/1997 | 201 | ORDER (CCA 97-30098) Appellant's motion for substitution of counsel is GRANTED. The Clerk shall change the docket to reflect that appellant is represented by Michael Schwartz, esq., 1001 4th Ave. #2120, Seattle, WA 98154, telephone # (206) 340-0990. Counsel Schwartz informs this court that he filed an identical motion in the district court. 9th CCA rule 4-1(c) requires that, however, that a motion for substitution of counsel be filed with the Clerk of this court where, as here, the notice of appeal has already been filed. Accordingly, the Clerk shall serve a copy of this order on the district court so that the district court knows that it need not take any action on the motion. The briefing schedule established previously shall remain in effect. (dktclk) (Entered: 04/30/1997) |
| 05/29/1997 | 202 | TRANSCRIPT DESIGNATION and Ordering Form for dates: 10/21, 22,24,28,29,30/96. (dktclk) Modified on 05/30/1997 (Entered: 05/30/1997) |
| 08/20/1997 | 203 | TRANSCRIPT of proceedings for the following date(s): 12/5/96 (Re: IN CAMERA HEARING [190-1], [188-1] ) CR initials: RM (dktclk) (Entered: 08/22/1997) |
| 01/06/1998 | | CLERK'S RECORD ON APPEAL transmitted to Circuit (4 volumes and 4 expandos) (dktclk) (Entered: 01/06/1998) |
| 06/05/1998 | | ENT- 2255 motion filed by Chern; see C 98-790R) (dktclk) (Entered: 06/14/1998) |
| 07/27/1998 | | ENT- 2255 Motion filed by dft Klimas. See S98-1032R for all further filings (dktclk) (Entered: 07/28/1998) |
| 09/11/1998 | 204 | MANDATE (97-30098; 97-30127) from Circuit Court of Appeals AFFIRMING the decision of the District Court [190-1] and [188-1] (cc: BJR, all counsel) Memorandum |

| | | |
|---|---|---|
| | | attached. (dktclk) Modified on 09/14/1998 (Entered: 09/14/1998) |
| 11/18/1998 | | RECORD ON APPEAL returned from U.S. Court of Appeals (4 volumes and 4 expandos) (dktclk) (Entered: 11/18/1998) |
| 10/10/2002 | | LODGED ORDER: probation memorandum re overseas travel for dft Klimas (RS) (Entered: 10/10/2002) |
| 11/29/2002 | 205 | SATISFACTION OF MONETARY IMPOSITION as to defendant Egidiyus Klimas (cc: Sat. Jgm. Bk., Finance) (RS) (Entered: 12/02/2002) |

---

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/17/2023 13:51:21 | | | |
| **PACER Login:** | faruqilaw | **Client Code:** | NewAge |
| **Description:** | Docket Report | **Search Criteria:** | 2:96-cr-00507-BJR |
| **Billable Pages:** | 14 | **Cost:** | 1.40 |

Home

My Network

Jobs

Me

Work

Try Sales Navigator

## Igor Chernyak · 3rd

Estimator at Mayrich Construction

- Mayrich Construction

Brooklyn, New York, United States · Contact info

271 connections

Message

+ Follow

More

## Activity

272 followers

**Igor hasn't posted lately**

Igor's recent posts and comments will be displayed here.

Show all activity →

## Experience

**Estimator**
Mayrich Construction
Sep 2000 - Present · 22 yrs 6 mos

## Skills

**Construction Management**

 Endorsed by George Rodriguez and 1 other who is highly skilled at this

 12 endorsements

**Value Engineering**

Edgar Gellada has given an endorsement for this skill

 9 endorsements

**Project Estimation**

Edgar Gellada has given an endorsement for this skill

 9 endorsements

Show all 23 skills →

## Interests

Companies

(25) Igor Chernyak | LinkedIn

Home

My Network

Jobs

Me

Work

Try Sales Navigator

# Igor Chernyak · 3rd

--

- Belarusian National Technical University

United States · Contact info

135 connections

Message | Follow | More

## Activity

135 followers

**Igor hasn't posted lately**

Igor's recent posts and comments will be displayed here.

Show all activity →

## Experience

**Estimator**
Mayrich Construction
2001 - 2011 · 10 yrs

## Education

**Belarusian National Technical University**
Bachelor's degree, Transportation and Highway Engineering
1978 - 1983

## Skills

**Microsoft Office**
5 endorsements

**Microsoft Excel**
4 endorsements

**Budgets**
3 endorsements

Show all 9 skills →

## Interests

https://www.linkedin.com/in/igor-chernyak-6a7b9a43/