# EXHIBIT 4

Presented to the Court by the foreman of the
Grand Jury in open Court, in the presence of
the Grand Jury and FILED in the U.S.
DISTRICT COURT at Seattle, Washington.

_August 8_____ 19_96_
                    BRUCE RIFKIN,   Clerk

By _Lowell Stewart_____ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
                          )
                Plaintiff, )   NO. CR96 507R
                          )
        v.                )
                          )   INDICTMENT
GARY CHERN,               )
    a/k/a Igor Chernyak,   )
    a/k/a "Fedor," and     )
EGIDIYUS KLIMAS,          )
                          )
                Defendants. )
_____)

The Grand Jury charges that:

## COUNT 1

### (Conspiracy)

Beginning at a date unknown but commencing as early as November 28, 1994, and continuing through about December 1, 1994, within the Western District of Washington and elsewhere, GARY CHERN, a/k/a Igor Chernyak, a/k/a "Fedor", EGIDIYUS KLIMAS, and others known and unknown to the Grand Jury, knowingly and intentionally conspired and agreed to commit the following offenses against the United States:

a. To seize, detain and threaten to kill and injure a Russian national who was residing within the United States, in order to compel payments of ransom as an explicit condition for his release,

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington  98104
(206) 553-7970

INDICTMENT/Chern et al. - 1

in violation of Title 18, United States Code, Section 1203; and

b.    To transmit in foreign commerce, certain communications containing demands for ransom for the release of a kidnapped person, in violation of Title 18, United States Code, Section 875(a);

c.    To collect an extension of credit by extortionate means, in violation of Title 18, United States Code, Section 894;

d.    To use and carry a firearm during and in relation to a crime of violence, that is hostage taking as charged in Count 2, Transmission of a Ransom Demand as charged in Count 3, and Extortion as charged in Count 4 of this Indictment, in violation of Title 18, United States Code, Section 924(c).

                              OVERT ACTS

The Grand Jury further charges that during and in furtherance of this conspiracy, one or more of the co-conspirators committed the following overt acts, among others:

1.    On or about November 30, 1994, GARY CHERN, a/k/a Igor Chernyak, a/k/a "Fedor," placed a telephone call to a Russian national ("the victim") residing in the United States on a student visa, informed the victim that he had $1000 to forward to the victim, which CHERN claimed he had received from the victim's father in Russia, and asked the victim to meet him at Cucina Cucina Restaurant on Lake Union in Seattle, Washington.

2.    On or about November 30, 1994, GARY CHERN, a/k/a Igor Chernyak, a/k/a "Fedor," EGIDIYUS KLIMAS, and a third individual approached the victim while he was sitting in the driver's seat of his car in the Cucina Cucina parking lot on Lake Union. Once in the car, GARY CHERN, a/k/a Igor Chernyak, a/k/a "Fedor," sitting in the

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington 98104
(206) 553-7970

INDICTMENT/Chern et al. - 2

front passenger seat next to the victim, placed a gun to the victim's neck, and EGIDIYUS KLIMAS put his arm around the victim's neck from the back seat of the car.  The third individual, who was sitting in the driver's seat, having pushed the victim to the middle, began driving the car around the City of Seattle.

3.   On or about November 30, 1994, after driving for a while, the third individual parked the car in a parking lot located a couple blocks west from Cucina Cucina, at which time GARY CHERN, a/k/a Igor Chernyak, a/k/a "Fedor," ordered the victim to move to the back seat and sit between EGIDIYUS KLIMAS and the third individual.  GARY CHERN, a/k/a Igor Chernyak, a/k/a "Fedor," threatened to kill the victim if he tried to run away, moved to the driver's seat, and then began driving around the City of Seattle.

4.   On or about November 30, 1994, while still in the victim's car, GARY CHERN, a/k/a Igor Chernyak, a/k/a "Fedor," called the victim's father in Russia, demanded payment of a $315,000 business debt as ransom, and threatened to kill the victim if the money was not paid, by telling the victim's father that if the money were not paid the victim would be "fish bait."

5.   On or about November 30, 1994, while GARY CHERN, a/k/a Igor Chernyak, a/k/a "Fedor," was speaking with the victim's father, EGIDIYUS KLIMAS and the third individual punched the victim in the stomach so that the victim's father could hear them beating the victim.

6.   On or about December 1, 1994, GARY CHERN, a/k/a Igor Chernyak, a/k/a "Fedor," placed another telephone call to the victim's father, and instructed him where to send the ransom

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington  98104
(206) 553-7970

INDICTMENT/Chern et al. - 3

payment.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

### (Hostage Taking)

Beginning on or about November 30, 1994, and continuing through on or about December 1, 1994, within the Western District of Washington, GARY CHERN, a/k/a Igor Chernyak, a/k/a "Fedor", a permanent resident alien living within the United States, and EGIDIYUS KLIMAS, a naturalized United States citizen, seized, detained and threatened to kill and injure a Russian national who was residing within the United States ("the victim"), in order to compel the victim's father, a Russian citizen living in Russia, to pay ransom as an explicit condition for the victim's release.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy alleged in Count 1.

All in violation of Title 18, United States Code, Section 1203.

## COUNT 3

### (Communications Containing Demands for Ransom)

Beginning on or about November 30, 1994, and continuing through on or about December 1, 1994, within the Western District of Washington, GARY CHERN, a/k/a Igor Chernyak, a/k/a "Fedor", and EGIDIYUS KLIMAS transmitted, caused to be transmitted, and aided and abetted the transmission, in foreign commerce, of communications containing demands for ransom for the release of a Russian national who was residing within the United States.

The Grand Jury further alleges that this offense was committed

INDICTMENT/Chern et al. - 4

during and in furtherance of the conspiracy alleged in Count 1.

All in violation of Title 18, United States Code, Section 875(a) and Section 2.

COUNT 4

(Collection of Extension of Credit by Extortionate Means)

Beginning on or about November 30, 1994, and continuing through on or about December 1, 1994, within the Western District of Washington, GARY CHERN, a/k/a Igor Chernyak, a/k/a "Fedor", and EGIDIYUS KLIMAS knowingly participated in the use of extortionate means within the meaning of Title 18, United States Code, Section 891(7), to collect and attempt to collect an extension of credit, that is the defendants knowingly, expressly and implicitly threatened the use of violence to cause harm to a Russian national who was residing within the United States ("the victim"), in order to collect and attempt to collect an extension of credit, within the meaning of Title 18, United States Code, Section 891(1), from the victim's father.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy alleged in Count 1.

All in violation of Title 18, United States Code, Section 894.

COUNT 5

(Use and Carrying of a Firearm)

Beginning on or about November 30, 1994, and continuing through on or about December 1, 1994, within the Western District of Washington, GARY CHERN, a/k/a Igor Chernyak, a/k/a "Fedor", and EGIDIYUS KLIMAS, during and in relation to a crime of violence as defined in Title 18, United States Code, Section 924(c)(3), for

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington  98104
(206) 553-7970

INDICTMENT/Chern et al. - 5

which he could be prosecuted in a Court of the United States, that is Hostage Taking as charged in Count 2, Transmission of a Ransom Demand as charged in Count 3, and Extortion as charged in Count 4 of this Indictment, knowingly and intentionally used and carried, and aided and abetted the use and carrying of, a firearm, that is a handgun.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy alleged in Count 1.

All in violation of Title 18, United States Code, Section 924(c)(1) and 2.

## COUNT 6

(False Statement in Relation to Acquisition of Firearm)

On or about July 22, 1993, within the Western District of Washington, GARY CHERN, a/k/a Igor Chernyak, in connection with his acquisition of a firearm, that is, a Colt, model Pocketlite, .380 caliber pistol, serial number GP06005 from Lynnwood Guns in Lynnwood, Washington, a licensed dealer, knowingly furnished misrepresented identification to Lynnwood Guns, that is a fraudulently obtained concealed weapons permit, which was likely to deceive Lynnwood Guns as to a fact material to the lawfulness of the sale of the said firearm to the defendant under chapter 44 of Title 18.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 7

(False Statement in Relation to Acquisition of Firearm)

On or about November 12, 1993, within the Western District of

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington 98104
(206) 553-7970

INDICTMENT/Chern et al. - 6

Washington, GARY CHERN, a/k/a Igor Chernyak, in connection with his acquisition of a firearm, that is a Ruger, model GP100, .357 magnum caliber revolver, serial number 173-00770 from Continental Sportsman, in Mountlake Terrace, Washington, a licensed dealer, knowingly made a false and fictitious oral and written statement to Continental Sportsman, which was likely to deceive Continental Sportsman as to a fact material to the lawfulness of the sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented that he had filed a declaration of intent to become a United States citizen, when in fact, as the defendant then well knew, he had not filed such a declaration.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

COUNT 8

(False Statement in Relation to Acquisition of Firearm)

On or about January 20, 1994, within the Western District of Washington, GARY CHERN, a/k/a Igor Chernyak, in connection with his acquisition of a firearm, that is a Smith and Wesson, model 4013, .40 caliber pistol, serial number TZZ3844, from Continental Sportsman, in Mountlake Terrace, Washington, a licensed dealer, knowingly made a false and fictitious oral and written statement to Continental Sportsman, which was likely to deceive Continental Sportsman as to a fact material to the lawfulness of the sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented that he was then a United States citizen and that he had been naturalized at Seattle, Washington, in 1993, when in fact, as the defendant then well knew, he was not a United

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington 98104
(206) 553-7970

INDICTMENT/Chern et al. - 7

States citizen and had not been naturalized.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

COUNT 9

(False Statement in Relation to Acquisition of Firearm)

On or about January 27, 1994, within the Western District of Washington, GARY CHERN, a/k/a Igor Chernyak, in connection with his acquisition of a firearm, that is a Browning, model High Power, .9mm caliber pistol, serial number 245NX80608, from Continental Sportsman, in Mountlake Terrace, Washington, a licensed dealer, knowingly furnished misrepresented identification to Continental Sportsman, that is, a fraudulently obtained concealed weapons permit, which was likely to deceive Continental Sportsman as to a fact material to the lawfulness of the sale of the said firearm to the defendant under chapter 44 of Title 18.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

COUNT 10

(False Statement in Relation to Acquisition of Firearm)

On or about March 9, 1994, within the Western District of Washington, GARY CHERN, a/k/a Igor Chernyak, in connection with his acquisition of a firearm, that is a Sig Sauer, model 226, caliber 9mm pistol, serial number U504524, from Continental Sportsman, in Mountlake Terrace, Washington, a licensed dealer, knowingly made a false and fictitious oral and written statement to Continental Sportsman, which was likely to deceive Continental Sportsman as to a fact material to the lawfulness of the sale of the said firearm to

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington 98104
(206) 553-7970

INDICTMENT/Chern et al. - 8

the defendant under chapter 44 of Title 18, in that the defendant represented that he was then a United States citizen, when in fact, as the defendant then well knew, he was not a United States citizen.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 11

(False Statement in Relation to Acquisition of Firearm)

On or about December 19, 1994, within the Western District of Washington, GARY CHERN, a/k/a Igor Chernyak, in connection with his acquisition of a firearm, that is a Magnum Research, model Desert Eagle, caliber .44 magnum pistol, serial number 105895, from Continental Sportsman, in Mountlake Terrace, Washington, a licensed dealer, knowingly made a false and fictitious oral and written statement to Continental Sportsman, which was likely to deceive Continental Sportsman as to a fact material to the lawfulness of the sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented that he was then a United States citizen, when in fact, as the defendant then well knew, he was not a United States citizen.

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington 98104
(206) 553-7970

INDICTMENT/Chern et al. - 9

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL:

DATED: 8-8-96

_____
FOREPERSON

_____
KATRINA C. PFLAUMER
United States Attorney

_____
MARK N. BARTLETT
Assistant United States Attorney

_____
JAMES M. LORD
Assistant United States Attorney

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington 98104
(206) 553-7970

INDICTMENT/Chern et al. - 10