**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-03161-SKC

DENNIS CLIFTON, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

      Plaintiff,

  v.

BRENT WILLIS, FRED COOPER, TIM
HAAS, REGINALD KAPTEYN, ALICIA
SYRETT, GREGORY GOULD, CHUCK
ENCE, CARL AURE, KEVIN MANION, ED
BRENNAN, AMY KUZDOWICZ, GREG
FEA, and CRAIG THIBODEAU,

      Defendants.

---

**SUPPLEMENTAL DECLARATION OF ADAM M. APTON IN SUPPORT OF IGOR
CHERNYAK'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVALOF SELECTION OF COUNSEL**

---

2

I, Adam M. Apton, hereby declare, pursuant to 28 U.S.C. §1746, that:

1.      I am a member in good standing of the bar of this Court. I submit this supplemental declaration in support of the motion filed by Igor Chernyak ("Mr. Chernyak") for appointment as Lead Plaintiff in the above-captioned action (the "Action") and approval of Movant's selection of counsel for the Class.

2.      Attached hereto as **Exhibit F** are true and correct copies of redacted trade confirmations showing several of Mr. Chernyak's purchases of Newage Inc. stock during the Class Period.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: March 13, 2023            */s/ Adam M. Apton*
                                 Adam M. Apton

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2023, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will send notification of such filing to the

e-mail addresses denoted on the Court's Electronic Mail Notice List.


*/s/ Adam M. Apton*
Adam M. Apton
Levi & Korsinsky, LLP
55 Broadway, 4th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com