# EXHIBIT F



**Current Account USD**

Name          Chernyak, Igor
Portfolio
Account number
IBAN

1/1    August 27, 2019

# Statement: purchase

Order number 619014034

Your purchase on August 27, 2019

10'000              New Age Beverages Corp
                    NBEV, Security 33507209, ISIN US64157V1089

                    Price USD 3.00                              USD          -30'000.00
                    August 27 2019 6:43:55 PM

To your debit

1.101.227.497

**Current Account USD**

Name: Chernyak, Igor
Portfolio:
Account number:
IBAN:

1/1   September 19, 2019

# Statement: purchase

Order number 629946362

Your purchase on September 19, 2019 (　　　　　　)

| 43'037 | New Age Beverages Corp | | |
| | NBEV, Security 33507209, ISIN US64157V1089 | | |
| | Price USD 3.00 | USD | -129'111.00 |
| | September 19 2019 9:58:55 PM | | |

To your debit

An open order of quantity 6963 remains.

1.102.797.519

**Current Account USD**

Name      Chernyak, Igor
Portfolio
Account number
IBAN

1/1    September 20, 2019

# Statement: purchase

Order number 625418751

Your purchase on September 20, 2019

| | | | | |
|---|---|---|---|---|
| 6'963 | New Age Beverages Corp | | | |
| | NBEV, Security 33507209, ISIN US64157V1089 | | | |
| | Price USD 3.00 | | USD | -20'889.00 |
| | September 20 2019 4:14:55 PM | | | |

To your debit

1.102.857.563



**Current Account USD**

Name           Chernyak, Igor
Portfolio
Account number
IBAN

1/1    November 14, 2019

# Statement: purchase

Order number 649705615

Your purchase on November 14, 2019

| | | | |
|---|---|---|---|
| 33'455 | New Age Beverages Corp | | |
| | NBEV, Security 33507209, ISIN US64157V1089 | | |
| | Price USD 2.196381 | USD | -73'479.93 |
| | November 14 2019 9:59:53 PM | | |

To your debit
An open order of quantity 66545 remains.

1108790781