## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-03161-DDD-JPO

DENNIS CLIFTON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

Plaintiffs,

             v.

BRENT WILLIS, FRED COOPER, TIM HAAS, REGINALD KAPTEYN, ALICIA SYRETT,
GREGORY GOULD, CHUCK ENCE, CARL AURE, KEVIN MANION, ED BRENNAN,
AMY KUZDOWICZ, GREG FEA, and CRAIG THIBODEAU,

Defendants.

---

## DECLARATION OF JAMES M. WILSON, JR. IN SUPPORT OF RESPONSE OF
## DAMIAN BETEBENNER AND CIGDEM BETEBENNER TO IGOR CHERNYAK'S
## MOTION FOR DISCOVERY

---

I, James M. Wilson, Jr., declare as follows:

1.    I am admitted in this Court. I am a partner in the law firm of Faruqi & Faruqi, LLP. I submit this declaration in support of the motion filed by Damian Betebenner and Cigdem Betebenner in support of the response of Damian Betebenner and Cigdem Betebenner to Igor Chernyak's Motion for Discovery. I have personal knowledge of the facts set forth herein and would testify thereto if called.

2.    Attached as Exhibits A through C are true and correct copies of the following documents:

Exhibit A:    Letter Motion filed by lead plaintiff movant seeking Discovery, filed by Igor Chernyak's Counsel in *Arbour v. Tingo Grp., Inc., et al.*, No. 23-03151 (D.N.J. Jan. 31, 2024) (ECF No. 47)

Exhibit B:    Response filed by competing lead plaintiff movant to Letter Motion for Discovery, in *Arbour v. Tingo Grp., Inc., et al.*, No. 23-03151 (D.N.J. Jan. 31, 2024) (ECF No. 48)

Exhibit C:    Order ruling on lead plaintiff motions and setting schedule for discovery plan and conference in *Arbour v. Tingo Grp., Inc., et al.*, No. 23-03151 (D.N.J. Jan. 31, 2024) (ECF No. 51)

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 16th day of February, 2024 at New York, NY.

*/s/ James M. Wilson, Jr.*
James M. Wilson, Jr.

1

**CERTIFICATE OF SERVICE**

I, James M. Wilson, Jr., hereby certify that on February 16, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

*s/ James M. Wilson, Jr.*
James M. Wilson, Jr.
