# EXHIBIT B

# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

_____

CHARLES C. CARELLA
JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

DONALD F. MICELI
CARL R. WOODWARD, III
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
CAROLINE F. BARTLETT
ZACHARY S. BOWER+
DONALD A. ECKLUND
CHRISTOPHER H. WESTRICK*
STEPHEN R. DANEK
MICHAEL A. INNES
MEGAN A. NATALE
KEVIN G. COOPER

**5 BECKER FARM ROAD**
**ROSELAND, N.J.  07068-1739**
**PHONE (973) 994-1700**
**FAX (973) 994-1744**
**www.carellabyrne.com**

PETER G. STEWART
FRANCIS C. HAND
JAMES A. O'BRIEN, III
JOHN G. ESMERADO
STEVEN G. TYSON
MATTHEW J. CERES
ZACHARY A. JACOBS***
JASON H. ALPERSTEIN+ +

OF COUNSEL

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
**MEMBER NY BAR
***MEMBER IL BAR
+MEMBER FL BAR
+ + MEMBER NY & FL BAR

RAYMOND J. LILLIE
GREGORY G. MAROTTA
MARYSSA P. GEIST
JORDAN M. STEELE**
BRIAN F. O'TOOLE
SEAN M. KILEY
ROBERT J. VASQUEZ
BRITTNEY M. MASTRANGELO

February 7, 2024

**VIA ECF**

Hon. Michael A. Hammer, U.S.M.J.
United States District Court
MLK Building & Courthouse
United States Courthouse
Newark, NJ 07102

      Re:    *Arbour v. Tingo Group, Inc., et al.*,
               No. 2:23-cv-03151-ES-MAH

Dear Judge Hammer,

We, along with co-counsel, represent proposed lead plaintiff Pavel Krykhtin and Perdeep Kanda ("Krykhtin and Kanda"), and we write in response to the January 31, 2024 letter filed by counsel for competing lead plaintiff movant Shunsei Tazaki.  ECF No. 47.  The two competing motions for appointment as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), ECF Nos. 29 & 31, have been fully briefed since October 24, 2024.  ECF Nos. 35 & 37.  The parties have consented to refer the lead plaintiff motions to Your Honor for disposition, ECF No. 44, and on November 7, 2023, Judge Salas so-ordered the referral.  ECF No. 46.

Given the pendency of the lead plaintiff motions, we would be pleased to schedule a conference or short oral argument to resolve any questions the Court may have.  As detailed in our underlying briefing, ECF Nos. 31 & 37, Krykhtin and Kanda are the presumptive lead plaintiff because their $1.179 million loss (and even Krykhtin's $787,135 loss standing alone) dwarfs Tazaki's $514,912 loss.  Tazaki has not provided any "proof" required by the PSLRA and *In re Cendant Corp. Litig.*, 264 F.3d 201 (3d Cir. 2001) to rebut the presumption in their favor. Therefore, Krykhtin and Kanda's motion should be granted, and Tazaki's motion should be denied.

While neither counsel for Tazaki nor Defendants contacted us regarding the purported discovery dispute referenced by counsel for Tazaki, ECF No. 47, it would be inefficient and a waste of the Court's resources to resolve this or any discovery dispute before the lead plaintiff motions are resolved.  On behalf of Krykhtin and Kanda, we ask that the Court resolve this dispute

February 7, 2024
Page 2

without prejudice to the Court-appointed Lead Plaintiff, pursuant to L.R. 37.1(a)(1), meeting and conferring with Defendants to seek to resolve this or any other discovery disputes that may arise.

Thank you for your attention to this matter.

Respectfully submitted,

*/s/Lester R. Hooker*
**SAXENA WHITE P.A.**
Lester R. Hooker (*pro hac vice* forthcoming)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
Fax: (561) 394-3382
lhooker@saxenawhite.com

-and-

Marco A. Dueñas (*pro hac vice* forthcoming)
10 Bank Street, Suite 882
White Plains, NY 10606
Tel.: (914) 437-8551
Fax: (888) 216-2220
mduenas@saxenawhite.com

*/s/Kevin G. Cooper*
**CARELLA BYRNE CECCHI**
**BRODY & AGNELLO, P.C.**
5 Becker Farm Rd.
Roseland, NJ 08540
Tel.: (973) 994-1700
kcooper@carellabyrne.com

*Counsel for Proposed Lead Plaintiff Pavel Krykhtin and Perdeep Kanda, and Proposed Lead Counsel for the Class*