IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-03161-DDD-JPO

DENNIS CLIFTON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

Plaintiff,

v.

BRENT WILLIS,
FRED COOPER,
TIM HAAS,
REGINALD KAPTEYN,
ALICIA SYRETT,
GREGORY GOULD,
CHUCK ENCE,
CARL AURE,
KEVIN MANION,
ED BRENNAN,
AMY KUZDOWICZ,
GREG FEA, and
CRAIG THIBODEAU,

Defendants.

---

**DECLARATION OF JAMES M. WILSON, JR. IN SUPPORT OF UNOPPOSED
MOTION TO EXEND TIME TO SERVE COMPLAINT ON DEFENDANT CRAIG
THIBODEAU**

---

I, James M. Wilson, Jr., declare as follows:

1.      I am admitted in this Court. I am a partner in the law firm of Faruqi & Faruqi, LLP.

I submit this declaration in support of the unopposed motion filed by Lead Plaintiffs Damian

Betebenner and Cigdem Betebenner ("Plaintiffs") to extend Plaintiffs' time to effect service of the

summons and Complaint in the above-captioned action (the "Action") on Defendant Craig

1

Thibodeau ("Defendant Thibodeau").

2.      In addition to retaining a private investigator, Plaintiffs' counsel conducted TransUnion and Accurint searches: in Washington, where an address for Defendant Thibodeau was listed in a Summons and Notice of Pretrial Conference In An Adversary Proceeding filed in 2023; and in Colorado and Utah, where NewAge was located.  Such methods did not yield any current addresses for Defendant Thibodeau.  A search of the entire United States did not yield any current addresses for Defendant Thibodeau either.

3.      Based on information and understanding, TransUnion and Accurint searches do not allow for Canadian background checks.

4.      A phone number was found on Defendant Thibodeau's zoom account, which was associated with his employment at Docklight Brands subsequent to leaving NewAge.  The private investigator was not able to contact Defendant Thibodeau using that phone number.

5.      The private investigator was able to locate a social media account for Defendant Thibodeau, which indicated that he may be from Kitchener, Ontario, Canada and might currently live in Ontario. The private investigator also conducted a search in the Clear database, which has limited data for Canada.  Such methods did not yield any current address for Defendant Thibodeau.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 10th day of May, 2024 at New York, NY.

*/s/ James M. Wilson, Jr.*
James M. Wilson, Jr.

2

## CERTIFICATE OF SERVICE

I, James M. Wilson, Jr., hereby certify that on May 10, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

*s/ James M. Wilson, Jr.*
James M. Wilson, Jr.