**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF COLORADO**

DENNIS CLIFTON, INDIVIDUALLY    )
AND ON BEHALF OF ALL OTHERS    )
SIMILARLY SITUATED,    )
    )
    Plaintiff,    )
    )
v.    )    Case No. 1:22-cv-03161-DDD-JPO
    )
BRENT WILLIS, ET AL.,    )
    )
    Defendants.    )

---

**DEFENDANTS' MOTION TO JOIN AND ADOPT IN PART**
**DEFENDANT BRENT WILLIS'S MOTION TO STRIKE PORTIONS OF PLAINTIFFS'**
**AMENDED CONSOLIDATED CLASS ACTION COMPLAINT AND EXHIBITS A, B,**
**AND C THERETO (ECF 92)**

---

Defendants Carl Aure, Ed Brennan, Chuck Ence, Greg Fea, Greg Gould, Tim Haas, Reginald Kapteyn, Amy Kuzdowicz, and Kevin Manion (collectively, the "D&Os"), by and through undersigned counsel, hereby move to join and adopt in part the Motion to Strike Portions Of Plaintiffs' Amended Consolidated Class Action Complaint (the "Complaint") and Exhibits A, B, And C Thereto (the "Motion to Strike") filed by co-defendant Brent Willis ("Mr. Willis") on July 30, 2024, and in support therefore state as follows:

1.      On May 31, 2024, Plaintiffs filed Complaint against the D&Os and co-defendants. (ECF 82).

2.      On July 30, 2024, Mr. Willis filed his Motion to Strike. (ECF 92).

3.      D&Os agree with the arguments raised in Mr. Willis's Motion to Strike with the adversary complaint filed by New Age's Liquidation Trust attached as Exhibit C to the Complaint

1

ACTIVE 700562786v2

and incorporate the arguments made, reasoning stated, and authorities cited in the motion with respect to striking the Exhibit and the paragraphs in the Complaint that incorporate, reference, or rely on it . (ECF 82 at Ex. C); *NAI Liquidation Trust v. Brent Willis et al.*, No. 22-10819 (LSS) (Bankr. D. Del. 2023).

4.       D&O's specifically join Mr. Willis in asking the Court to strike Exhibit C to the Amended Complaint and all paragraphs that rely upon or reference that Exhibit.

5.       For the sake of judicial economy, D&Os join Mr. Willis and adopt by reference as if set forth at length herein the Motion to Strike, rather than burdening this Court with the filing of a substantially identical motion.

6.       In his Motion, Mr. Willis explains that the adversary complaint and references thereto should be struck from the Complaint because paragraphs in a complaint that are based on or rely upon complaints in other actions that have not yet been resolved are, "as a matter of law, immaterial within the meaning of Fed R. Civ. P. 12(f)" and therefore are appropriately stricken. *See e.g., RSM Prod. Corp. v. Fridman*, 643 F. Supp. 2d 382, 403 (S.D.N.Y. 2009), *aff'd on other grounds*, 387 F. App'x 72 (2d Cir. 2010).

7.       As discussed by Mr. Willis, courts have held that references to another complaint may not be cited in pleadings because they are "not the result of an actual adjudication of any of the issues." *See e.g., Lipsky v. Commonwealth United Corp.*, 551 F.2d 887, 893 (2d Cir. 1976).

8.       In light of the foregoing, and pursuant to Fed. R. Civ. P. 12(f), D&Os respectfully request that this Court grant the Motion to Strike with respect to the adversary complaint attached as Exhibit C to the Complaint and all associated references.

2

Respectfully submitted this 30th day of July 2024.


**GREENBERG TRAURIG, LLP**

By: *s/ Laura Sixkiller*
Elayna M. Fiene
1144 15th Street, Suite 3300
Denver, CO 80202
Telephone: 303-572-6500
Facsimile: 303-572-6540
Email: elayna.fiene@gtlaw.com

Robert Long
Laura Sixkiller
2375 East Camelback Road, Suite 800
Phoenix, AZ  85016
Telephone:  602-445-8000
Facsimile:  602-445-8100
Email: longr@gtlaw.com
Email: laura.sixkiller@gtlaw.com

David W. Klaudt
Michael M. Besser
2200 Ross Avenue, Suite 5200
Dallas, TX  75201
Telephone:  214-665-3600
Facsimile:  214-665-3601
Email: david.klaudt@gtlaw.com
Email: michael.besser@gtlaw.com

*Attorneys for Defendants Carl Aure,*
*Ed Brennan, Chuck Ence, Greg Fea,*
*Gregory Gould, Tim Haas,*
*Reginald Kapteyn,*
*Amy Kuzdowicz, and*
*Kevin Manion*

3

ACTIVE 700562786v2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of July 2024, a true and correct copy of the foregoing was e-filed with the Court through CM/ECF and served on all counsel of record.

*s/ Laura Sixkiller*

Laura Sixkiller

ACTIVE 700562786v2