**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-03161-DDD-TPO

DENNIS CLIFTON, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

      Plaintiff,

  v.

BRENT WILLIS, FRED COOPER, TIM
HAAS, REGINALD KAPTEYN, ALICIA
SYRETT, GREGORY GOULD, CHUCK
ENCE, CARL AURE, KEVIN MANION, ED
BRENNAN, AMY KUZDOWICZ, and GREG
FEA,

      Defendants.

---

**DECLARATION OF MICHAEL J. DIVER IN SUPPORT OF DEFENDANT
BRENT WILLIS'S MOTION TO DISMISS
THE SECONDED AMENDED CLASS ACTION COMPLAINT**

---

I, Michael J. Diver, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney licensed to practice in the State of Illinois and admitted to the United States District Court for the District of Colorado.

2. I am a partner at the law firm of Katten Muchin Rosenman LLP, counsel of record for Defendant Brent Willis in the above-captioned action and I have personal knowledge of the facts and information set forth herein.

3. In accordance with the Federal Rules of Civil Procedure and Local Rules for the United States District Court for the District of Colorado, I respectfully submit this declaration in

1

support of Defendant Brent Willis's Motion to Dismiss the Second Amended Class Action Complaint (the "Motion to Dismiss") to put before the Court true and correct copies of certain documents that are cited in the Motion to Dismiss.

4.    Attached hereto as Exhibit 1 is a true and correct excerpt of NewAge's Annual Report on Form 10-K for fiscal year 2018, filed with the SEC on April 1, 2019.

5.    Attached hereto as Exhibit 2 is a true and correct transcript of an earnings call NewAge held on May 15, 2018.

6.    Attached hereto as Exhibit 3 is a true and correct excerpt of NewAge's Annual Report on Form 10-K/A for fiscal year 2017, filed with the Securities and Exchange Commission ("SEC") on August 17, 2018.

7.    Attached hereto as Exhibit 4 is a true and correct copy of a press release issued by NewAge entitled "New Age Beverages Expands Distribution of Their Entire Healthy Portfolio Worldwide With the US Military," dated January 18, 2018.

8.    Attached hereto as Exhibit 5 is a true and correct copy of a press release issued by NewAge entitled "New Age Beverages Corporation Expands Portfolio With Loblaws and Sobeys, the Largest Grocery Chains Across Canada," dated February 1, 2018.

9.    Attached hereto as Exhibit 6 is a true and correct copy of a press release issued by NewAge entitled "New Age Beverages Corporation Signs Major Distribution Agreement to Expand Its Búcha Live Kombucha Brand To All Major Retail Outlets Throughout South Korea," dated February 13, 2018.

10. Attached hereto as Exhibit 7 is a true and correct transcript of an earnings call NewAge held on August 14, 2018.

11. Attached hereto as Exhibit 8 is a true and correct copy of a press release issued by NewAge entitled "New Age Beverages Beverages Expands With Walmart," dated April 8, 2019.

12. Attached hereto as Exhibit 9 is a true and correct copy of a press release issued by NewAge entitled "New Age Beverages Corporation Set to Debut Its CBD Product Portfolio at The North American Convenience Store Shore on October 8, 2018," dated September 19, 2018.

13. Attached hereto as Exhibit 10 is a true and correct copy of a press release issued by NewAge entitled "New Age Beverages Corporation Receives Unprecedented Response At NACS To Its CBD Infused Portfolio," dated October 16, 2018.

14. Attached hereto as Exhibit 11 is a true and and correct transcript of an earnings call that NewAge held on November 14, 2018.

15. Attached hereto as Exhibit 12 is a true and correct copy of a press release issued by NewAge entitled "New Age Beverages Responds to News of Farm Bill Passing Through the Senate," dated December 12, 2018.

16. Attached hereto as Exhibit 13 is a true and correct transcript of an earnings call that NewAge held on March 29, 2019.

17. Attached hereto as Exhibit 14 are Statements of Changes in Beneficial Ownership Filed on SEC Form 4 corresponding to NewAge stock transactions that Mr. Willis made on the following dates: June 17, 2019; July 6, 2020; July 15, 2019; August 15, 2019; August 30, 2019; September 16, 2019; October 15, 2019; and December 10, 2020.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 29th day of May, 2025 at Chicago, Illinois.

*/s/ Michael J. Diver*

Michael J. Diver