# EXHIBIT 4



## New Age Beverages Expands Distribution of Their Entire Healthy Portfolio Worldwide With the US Military

January 18, 2018

DENVER, COLORADO, Jan. 18, 2018 (GLOBE NEWSWIRE) -- **New Age Beverages Corporation (NASDAQ: NBEV)**, the healthy functional beverage company dedicated to providing better-for-you alternatives to consumers around the world, today announced that it is expanding distribution of its portfolio of healthy beverages into all of the Military Commissaries worldwide.  New Age will be providing healthy alternatives across all their brands to active duty military personnel, retirees, and their families spanning a population of almost 25 million people across more than 30 countries.  The new distribution agreement is expected to have a material impact on the financial results of New Age.

**Highlights:**

- *21 total sku's across New Age's Coco-Libre, Marley, XingTea, Búcha Live Kombucha, and Aspen Pure Probiotic brands shipping out now and throughout the 1st quarter to all commissary locations worldwide*
- *New US Military initiative in partnership with New Age to provide healthier alternatives for active duty and retired servicemen and their families*
- *Scope of Military Commissaries (240) and Exchanges (3,100) spans over 3,300 outlets in more than 30 countries around the world*

The Defense Commissary Agency (DeCA), which is headquartered at Fort Lee, VA, operates a worldwide chain of commissaries providing groceries to military personnel, retirees and their families in a safe, secure and better value shopping environment. A core military family support element, and a valued part of military pay and benefits, commissaries contribute to family readiness, enhance the quality of life for America's military and their families, and help recruit and retain the best and brightest men and women to serve their country.

New Age's expanded distribution of its entire portfolio was accomplished in large part because of the Company's one-stop-shop portfolio model of healthy beverages.  Major partners, distributors and retailers can work with one trusted company of scale to provide all their needs as consumers, and consequently retailers accelerate their shift to the purchase of healthier products.  New Age will also be activating in store in all the outlets to drive awareness and trial with consumers.  Not only will New Age's products be displayed in multiple locations in each commissary, but they will also have disruptive displays and other in-store activities and offers to connect with the consumers at the point of purchase.

Brent Willis, a former US Military Officer and West Point graduate who is now the Chief Executive Officer of New Age Beverages, mentioned, "We believe it is a great initiative for the military to make an active choice to provide healthier alternatives for their patrons.  Anything ***we can do, we will do*** to support our country's finest.  Our servicemen  ***and*** their families make sacrifices for all Americans every day, and we are proud that we can support them."

## About New Age Beverages Corporation (NASDAQ: NBEV)

New Age Beverages Corporation is a Colorado-based healthy functional beverage company that was created in 2016 and 2017 with the combination of Búcha Live Kombucha®, XingTea®, Coco-Libre®, and Marley®, to create a one-stop-shop solution for retailers and distributors providing healthier beverages in the disruptive growth segments of the $870 Billion-dollar non-alcoholic beverage industry.  In that period, New Age has become the 54th largest beverage company, the 8th largest healthy beverage company, and the fastest growing in the world.  New Age competes Ready to Drink (RTD) Tea, RTD Coffee, Kombucha, Energy Drinks, Relaxation Drinks, Coconut Waters, Functional Waters, and Rehydration Beverages with the brands Búcha® Live Kombucha, XingTea®, XingEnergy®, Marley One Drop®, Marley Mellow Mood®, Marley Mate™, Marley Cold Brew™, Coco-Libre®, PediaAde™, and Aspen Pure® PH and Aspen Pure® Probiotic Water. The Company's brands are sold across all 50 states within the US and in more than 10 countries internationally across all channels via direct and store door distribution systems.  The company operates the websites www.newagebev.com, www.newagehealth.us, www.mybucha.com, www.xingtea.com, www.aspenpure.com, www.drinkmarley.com, www.cocolibre.com, and https://shop.newagebev.com.

New Age has exclusively partnered with the world's 5th largest water charity, WATERisLIFE, to end the world water crisis with the most innovative technologies available. Donate at WATERisLIFE.com to help us #EnditToday.

## Safe Harbor Disclosure

This press release contains forward-looking statements that are made pursuant to the safe harbor provisions within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. Forward-looking statements are any statement reflecting management's current expectations regarding future results of operations, economic performance, financial condition and achievements of the Company including statements regarding New Age Beverage's expectation to see continued growth.  The forward-looking statements are based on the assumption that operating performance and results will continue in line with historical results.  Management believes these assumptions to be reasonable but there is no assurance that they will prove to be accurate. Forward-looking statements, specifically those concerning future performance are subject to certain risks and uncertainties, and actual results may differ materially. New Age Beverages competes in a rapidly growing and transforming industry, and other factors disclosed in the Company's filings with the Securities and Exchange Commission might affect the Company's operations. Unless required by applicable law, NBEV undertakes no obligation to update or revise any forward-looking statements.

**Contact Data**

Chuck Ence
3032898655
CEnce@newagebev.com

[Contact](#)