# EXHIBIT 5



## New Age Beverages Corporation Expands Portfolio With Loblaws and Sobeys, the Largest Grocery Chains Across Canada

February 1, 2018

DENVER, CO, Feb. 01, 2018 (GLOBE NEWSWIRE) -- **New Age Beverages Corporation (NASDAQ: NBEV)** the Colorado-based organic and natural healthy functional beverage company dedicated to making a difference for consumers with better-for-you alternatives, today announced that the Company has begun shipments of its Coco-Libre and Búcha Live Kombucha brands in expanded distribution throughout Loblaws and Sobeys, the largest grocery retailers across Canada.

*KEY HIGHLIGHTS*

- *Coco-Libre, an organic, Non-GMO, not-from-concentrate coconut water gaining greater distribution, especially in industry leading multi-serve package sizes*
- *Búcha Live Kombucha's Guava Mango, Grapefruit Sage, Raspberry Pomegranate, Yuzu Lemon, and Blood Orange flavors all expanding across both grocery chains in all of their major banners*

New Age Beverages has developed a portfolio of better-for-you beverages over the past year and has become the only one-stop-shop of healthy beverages in the industry for retailers and distributors.  As a result, the Company has been rapidly gaining new distribution in major retailers in the United States, many of which are beginning first shipments in the first quarter of 2018 consistent with their reset cycles.  Internationally, New Age has historically had a small presence in 10 countries that was mostly opportunistic and unsupported.  Now, with the concerted expansion across Canada to the major convenience stores in the end of 2017, and now the expansion in the major grocery retailers, International, and Canada in particular is becoming an important part of New Age's growth strategy.

Loblaw Companies Limited is Canada's largest food retailer encompassing more than 2,000 supermarkets with presence across all provinces commercialized through the banners Loblaws, Fortinos, Zehrs, Provigo, Superstore, and Real Canadian Superstore.  Sobeys is the second largest food retailer in Canada, with over 1500 stores operating in all ten provinces.  Sobeys acquired Safeway in 2013 bringing the revenue of the operation to over $24 Billion CAD.  New Age is now expanding to all banners within Loblaws and expanding throughout both Sobeys and Safeway.

Craig Thibodeau, recently appointed President International at New Age Beverages Corporation, remarked, "New Age is really on a roll in Canada, and the brands are gaining more and more *presence* with retailers, which is correlating to more and more *preference* with consumers, which is generating more and more *sales* for New Age.  We gained initial distribution in the first few hundred outlets with Loblaws and Sobeys in late 2017, and based on the success, are now expanding to all banners and our brands are gaining real critical mass."

### About New Age Beverages Corporation (NASDAQ: NBEV)

New Age Beverages Corporation is a Colorado-based healthy functional beverage company that was created in 2016 and 2017 with the combination of Búcha Live Kombucha®, XingTea®, Coco-Libre®, and Marley®, to create a one-stop-shop solution for retailers and distributors providing healthier beverages in the disruptive growth segments of the $870 Billion-dollar non-alcoholic beverage industry.  In that period, New Age has become the 54th largest beverage company, the 8th largest healthy beverage company, and the fastest growing in the world.  New Age competes Ready to Drink (RTD) Tea, RTD Coffee, Kombucha, Energy Drinks, Relaxation Drinks, Coconut Waters, Functional Waters, and Rehydration Beverages with the brands Búcha® Live Kombucha, XingTea®, XingEnergy®, Marley One Drop®, Marley Mellow Mood®, Marley Mate™, Marley Cold Brew™, Coco-Libre®, PediaAde™, and Aspen Pure® PH and Aspen Pure® Probiotic Water. The Company's brands are sold across all 50 states within the US and in more than 10 countries internationally across all channels via direct and store door distribution systems.  The company operates the websites www.newagebev.com, www.newagehealth.us, www.mybucha.com, www.xingtea.com, www.aspenpure.com, www.drinkmarley.com, www.cocolibre.com, and https://shop.newagebev.com.

New Age has exclusively partnered with the world's 5th largest water charity, WATERisLIFE, to end the world water crisis with the most innovative technologies available. Donate at WATERisLIFE.com to help us #EnditToday.

### Safe Harbor Disclosure

This press release contains forward-looking statements that are made pursuant to the safe harbor provisions within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. Forward-looking statements are any statement reflecting management's current expectations regarding future results of operations, economic performance, financial condition and achievements of the Company including statements regarding New Age Beverage's expectation to see continued growth.  The forward-looking statements are based on the assumption that operating performance and results will continue in line with historical results.  Management believes these assumptions to be reasonable but there is no assurance that they will prove to be accurate. Forward-looking statements, specifically those concerning future performance are subject to certain risks and uncertainties, and actual results may differ materially. New Age Beverages competes in a rapidly growing and transforming industry, and other factors disclosed in the Company's filings with the Securities and Exchange Commission might affect the Company's operations. Unless required by applicable law, NBEV undertakes no obligation to update or revise any forward-looking statements.