# EXHIBIT 6



Login

◁ **Back to Newsroom**

# New Age Beverages Corporation Signs Major Distribution Agreement To Expand Its Búcha Live Kombucha Brand To All Major Retail Outlets Throughout South Korea



**New Age Beverages Corporation**

Tuesday, February 13, 2018 6:00 AM

Topic:     **Company Update**          Share this Article

**DENVER, CO / ACCESSWIRE / February 13, 2018 / New Age Beverages Corporation (NASDAQ: NBEV)** the Colorado-based organic and natural healthy functional beverage company dedicated to making a difference for consumers with better-for-you alternatives, today announced that it has signed a major distribution agreement for expansion of its Búcha Live Kombucha brand with the largest food and beverage distributor in South Korea to expand to all major retail outlets throughout the country effective immediately.

KEY HIGHLIGHTS

- Búcha Live Kombucha, an organic kombucha with more than 2 Billion probiotics, has utilized its proprietary production process to become the only shelf-stable, real kombucha, with nine months of shelf life, leading to the tripling of sales of the brand over the past 18 months

About      Services      News      Resources      Contact



Login

- The Kombucha category is the fastest growing segment in the $870 billion global non-alcoholic beverage category with CAGR of >30% over the past 5 years

New Age Beverages has developed a portfolio of better-for-you beverages over the past year including the Búcha® Live Kombucha brand, an organic real Kombucha, that New Age architected to become the only shelf-stable Kombucha with 9 months of shelf life, and a preferred taste profile preferred by over 43% versus leading competitors. As a result, the brand has more than tripled in sales over the past 18 months since becoming part of the New Age system. Because of its preferred mainstream taste profile and shelf stability, the brand has also been able to recently expand to select major convenience chains, and now, key international markets.

New Age's international strategy is to focus on low barrier-to-entry, low competitive-intensity developed markets, and to penetrate those geographies with either a major distribution or retail partner to develop scale and critical mass. With this expansion in South Korea, the Búcha brand portfolio will initially be sold in the top 5 department stores in the country including Lotte, Hyundai, Shinsegae, Galleria, and AK-Plaza. Thereafter in the second quarter, Búcha will be expanding into the hypermarkets including Lotte-mart, Home Plus, Costco, Megamart, and E-Mart, and the convenience and grocery outlets including GS25, CU, 7-Eleven, and Mini Stop.

Craig Thibodeau, President of International for New Age Beverages commented, "This is another major deal for New Age. South Korean consumers are rapidly shifting to healthier alternatives and there is major interest in organic and probiotic products. New Age no longer opportunistically distributes internationally. Now, we build our brands in markets where we can have real scale, real broad-based market presence, and critical mass to enable the Company to invest in and sustainably build our brands. Búcha has rapidly expanded in both existing and new accounts in North America, and now is building on its success with a fantastic distribution partner in South Korea."

**About New Age Beverages Corporation (NASDAQ: NBEV)**

New Age Beverages Corporation is a Colorado-based healthy functional beverage company that was created in 2016 and 2017 with the combination of Búcha Live Kombucha, XingTea®, Coco-Libre, and Marley, to create a one-stop-shop solution for retailers and distributors providing

About      Services      News      Resources      Contact

ACCESSWIRE®

s largest healthy beverage company, and the fastest growing in the world. New Age company

Ready to Drink (RTD) Tea, RTD Coffee, Kombucha, Energy Drinks, Relaxation Drinks, Coconut Waters, Functional Waters, and Rehydration Beverages with the brands Búcha Live Kombucha, XingTea, XingEnergy, Marley One Drop, Marley Mellow Mood, Marley Mate, Marley Cold Brew, Coco-Libre, PediaAde, and Aspen Pure PH and Aspen Pure Probiotic Water. The Company's brands are sold across all 50 states within the US and in more than 10 countries internationally across all channels via direct and store door distribution systems. The company operates the websites www.newagebev.com, www.newagehealth.us, www.mybucha.com, www.xingtea.com, www.aspenpure.com, www.drinkmarley.com, www.cocolibre.com, and https://shop.newagebev.com.

New Age has exclusively partnered with the world's 5th largest water charity, WATERisLIFE, to end the world water crisis with the most innovative technologies available. Donate at WATERisLIFE.com to help us #EnditToday.

**Safe Harbor Disclosure**

This press release contains forward-looking statements that are made pursuant to the safe harbor provisions within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. Forward-looking statements are any statement reflecting management's current expectations regarding future results of operations, economic performance, financial condition and achievements of the Company including statements regarding New Age Beverage's expectation to see continued growth. The forward-looking statements are based on the assumption that operating performance and results will continue in line with historical results. Management believes these assumptions to be reasonable but there is no assurance that they will prove to be accurate. Forward-looking statements, specifically those concerning future performance are subject to certain risks and uncertainties, and actual results may differ materially. New Age Beverages competes in a rapidly growing and transforming industry, and other factors disclosed in the Company's filings with the Securities and Exchange Commission might affect the Company's operations. Unless required by applicable law, NBEV undertakes no obligation to update or revise any forward-looking statements.

About         Services          News          Resources          Contact



Login

**Topic:**   Company Update

 **Back to Newsroom**



**Drop us a line:**    888.952.4446

**Email:**    Sales    Editorial

Content licensing

 

Email *

Join Newsletter

Copyright 2022 © ACCESSWIRE. All rights reserved.    Privacy Policy   |   Terms of Service | Responsible Disclosure Guidelines