# EXHIBIT 8

# New Age Beverages Corporation Expands With Walmart



**New Age Beverages Corporation**

Monday, April 8, 2019 6:30 AM

Topic:        **Company Update**         Share this Article

**DENVER, COLORADO / ACCESSWIRE / April 8, 2019 / New Age Beverages Corporation (NASDAQ: NBEV),** the Colorado and Utah-based organic and natural beverage company intending to become the world's leading healthy beverages and lifestyles company, today announced the distribution expansion of their Marley brand with Walmart, the world's largest retailer.

*KEY HIGHLIGHTS:*

- *First national account penetration for New Age as consumers increasingly shift towards healthy food and beverages*
- *Marley brand acquired in 2017, rearchitected and launched with organic mate and cold brew in 2018, now gaining national distribution*
- *Marley Mate led its category growth in 2018. Has now begun shipments to Walmart distribution centers across the United States*

Following a complete redevelopment of the Marley portfolio following the acquisition by New Age in mid-2017, which included the development and launch of Organic Marley Mate and Marley Cold Brew, the Marley brand was one of the New Age's leading brands in growth in 2018 with increased demand of more than 70%. Marley Mate led its segment and drove category growth, and the resurgence of the Marley Mellow Mood Relaxation Drinks following its remake has paved the way for the launch of Marley Mellow Mood + CBD, which is launching globally in 2019.

Marley Mate, an organic yerba mate beverage, is grown in the subtropical rainforests of South America. It is a natural energy drink that has the taste of tea with the uplift of coffee without the crash. Marley (yerba) Mate, pronounced yer·ba ma·té, is consumed more than 6 to 1 over coffee in many South American countries, and according to Healthline, "…is rich in antioxidants, xanthines, and polyphenols."

Marley Mate comes in three flavors, Be Jammin' Berry, Ya Mon Mint, and Jamaican Me Mango. New Age's Marley Mate has the lowest-sugar, lowest-calorie, and lowest-carbohydrate yerba mate of all major competitors. The brand outsold all competitors per point of distribution in 2018, which contributed to the decision by Walmart to authorize the brand. Each of the flavors which will be available at Walmart stores in the beginning of April.

Craig Thibodeau, Vice President of Key Accounts for New Age stated, "This is such a great accomplishment for New Age to gain its first national distribution, and to do so with the world's largest retailer in Walmart. This is just the first initiative that we expect to do with

them on the Marley brand and other New Age products on which we are in active discussions. We know Walmart is equally as committed as New Age to providing healthier products for their customers, and we expect to make the full portfolio of New Age's better-for-you products available as we expand the relationship."

New Age will be dedicating significant marketing efforts behind its Marley brand in 2019 to build on what it sees as a significant opportunity with consumers, utilizing a full suite of social and digital assets beginning in late April. Following initial shipment to distribution centers this month, stores are given two weeks to set the shelves. Across Walmart stores New Age will be running hyper-targeted GeoFraming campaigns to drive foot traffic at the store level, encouraging pull-through with digital couponing, awareness, and trial campaigns.

## About New Age Beverages Corporation (NASDAQ: NBEV)

New Age Beverages Corporation is a Colorado and Utah-based healthy beverage company dedicated to inspiring and educating consumers to live healthy. The Company is the only one-stop-shop of healthy beverages and includes the brands Tahitian Noni, TeMana, Búcha Live Kombucha, XingTea, Coco-Libre, Marley, and others. New Age competes in the growth segments of the >$1 trillion-dollar non-alcoholic beverage industry. The Company's brands are sold across all 50 states within the US and in more than 60 countries internationally across all channels via a hybrid of direct-to-consumer and traditional distribution and route-to-market systems. The Company operates the websites www.newagebev.com, www.morinda.com, www.mybucha.com, www.newagehealth.us, www.xingtea.com, www.drinkmarley.com, and www.cocolibre.com.

New Age has exclusively partnered with the world's 5th largest water charity, WATERisLIFE, to end the world water crisis with the most innovative technologies available. Donate at WATERisLIFE.com to help us #EnditToday.

## Safe Harbor Disclosure

This press release contains forward-looking statements that are made pursuant to the safe harbor provisions within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. Forward-looking statements are any statements that express the current beliefs and expectations of management, including but not limited to statements related to the Company's future growth, planned product launches, and distribution expansion. Any statements contained herein that do not describe historical facts are forward-looking statements that are subject to risks and uncertainties that could cause actual results, performance and achievements to differ materially from those discussed in such forward-looking statements. The Company cautions readers not to place undue reliance on any forward-looking statements, which speak only as of the date they were made. The Company undertakes no obligation to update or revise forward-looking statements, except as otherwise required by law, whether as a result of new information, future events or otherwise.

For investor inquiries about New Age Beverages Corporation please contact:

**Media**:

Desiree Rosa

MULTIPLY

Tel: 202-292-4566

NewAgeBev@wearemultip.ly

**Investor Relations Counsel:**

Cody Slach, Liolios Group, Inc.

Tel 949-574-3860

NBEV@Liolios.com


**New Age Beverages Corporation:**

Greg Gould

Chief Financial and Administrative Officer

Tel 303-289-8655

GGould@NewAgeBev.com

**SOURCE:** New Age Beverages Corporation