# EXHIBIT 9



# New Age Beverages Corporation Set to Debut Its CBD Product Portfolio at The North American Convenience Store Show on October 8, 2018

New Age Beverages Corporation

Wednesday, September 19, 2018 10:20 AM

Topic:                     Share this Article

**DENVER, CO / ACCESSWIRE / September 19, 2018 / NEW AGE BEVERAGES CORPORATION (NASDAQ: NBEV**), the Colorado-based organic and natural healthy functional beverage company intending to become the world's leading healthy beverage company, today announced that it intends to debut its portfolio of CBD infused beverages at the upcoming North American Convenience Store show (NACS) to be held at the Las Vegas Convention Center on October 7-10, 2018.

Given the growing awareness of the potential health benefits of CBD, the New Age Health Sciences Division evaluated the data and science supporting the emerging segment. As a result of that assessment, New Age began testing a CBD-infused beverage earlier this year in its home market in Colorado. Based on the learnings gained in the test market and the increased consumer acceptance of the segment, New Age has decided to expand its presence in the category. The Company has taken the learnings it gained in product formulation and taste, efficacy and dosage, and consumer communication and has developed a portfolio of CBD-infused beverages. Now, coupled with the increased interest from major retailers in North America, New Age intends to unveil its portfolio and category insights with select retail partners at the NACS show on October 8th.

According to the Brightfield Group, the Global market for CBD will top $22 Billion with the next 4 years. Non-psychotropic CBD is one of the most medicinal compounds in the cannabis plant, reportedly helping with everything from arthritis to epilepsy and cancer, and is seen by many as a natural remedy instead of a pharmaceutical or narcotic drug. The 2018 Farm Bill,

which was recently passed by both the House and Senate, would likely legalize CBD for farmers across the country and allow it for sale nationally in all channels.

New Age will be meeting with some of the major retailers in the country at NACS on October 8-10th and taking orders on a first come, first serve basis, given anticipated demand. New Age's Health Sciences Division is overseeing and carefully controlling production, quality, and its supply chain and sales channel partners given the importance of efficacy and quality control in the end product.

Zach Ross, Marley Marketing Manager at New Age commented, "We believe we have developed unique consumer insights and accessed superior technology in CBD-infused beverages over the past year, and we are excited to share those insights with key retail partners. We believe we are in a position to bring national leadership to this emerging growth segment, and intend to launch the most efficacious and safe CBD-infused products for consumers, with the most responsible marketing and education to a segment that has potential to be transformative to healthy functional beverages."

**About New Age Beverages Corporation (NASDAQ: NBEV)**

New Age Beverages Corporation is a Colorado-based healthy functional beverage company that was created over the past two years with the combination of Búcha Live Kombucha®, XingTea®, Coco-Libre®, and Marley®, to create a one-stop-shop solution for retailers and distributors providing healthier beverages in the disruptive growth segments of the $1 trillion-dollar non-alcoholic beverage industry. In that period, New Age has become the 54th largest beverage company, one of the largest healthy beverage companies, and the fastest growing in the world. New Age competes in Relaxation Drinks, Tea, Coffee, Kombucha, Energy Drinks, Coconut Waters, Functional Waters, and Rehydration Beverages with the brands Marley, Búcha Live Kombucha, Xing, ,Coco-Libre, Aspen Pure, and 'nhanced. The Company's brands are sold across all 50 states within the US and in more than 15 countries internationally across all channels via direct and store door distribution systems.

New Age has exclusively partnered with the world's 5th largest water charity, WATERisLIFE, to end the world water crisis with the most innovative technologies available. Donate at WATERisLIFE.com to help us #EnditToday.



## Safe Harbor Disclosure

This press release contains forward-looking statements that are made pursuant to the safe harbor provisions within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. Forward-looking statements are any statement reflecting management's current expectations regarding future results of operations, economic performance, financial condition and achievements of the Company including statements regarding New Age Beverage's expectation to see continued growth. The forward-looking statements are based on the assumption that operating performance and results will continue in line with historical results. Management believes these assumptions to be reasonable but there is no assurance that they will prove to be accurate. Forward-looking statements, specifically those concerning future performance are subject to certain risks and uncertainties, and actual results may differ materially. New Age Beverages competes in a rapidly growing and transforming industry, and other factors disclosed in the Company's filings with the Securities and Exchange Commission might affect the Company's operations. Unless required by applicable law, NBEV undertakes no obligation to update or revise any forward-looking statements.

For investor inquiries about **New Age Beverages Corporation** please contact:

Cody Slach, **Liolios Group, Inc.**

Investor Relations Counsel

Tel 949-574-3860

NBEV@Liolios.com

**New Age Beverages Corporation**

John Price, CFO

303-289-8655

JPrice@NewAgeBev.com

**SOURCE:** New Age Beverages Corporation