# EXHIBIT 10

# New Age Beverages Corporation Receives Unprecedented Response At NACS To Its CBD-Infused Portfolio



New Age Beverages Corporation

Tuesday, October 16, 2018 9:25 AM

Topic:          Share this Article

**DENVER, CO / ACCESSWIRE / October 16, 2018 / NEW AGE BEVERAGES CORPORATION (NASDAQ: NBEV**), the Colorado-based organic and natural healthy functional beverage company focused on becoming the world's leading healthy beverage company, today announced that the results of its CBD-infused portfolio released during the North American Convenience Store show at the Las Vegas Convention Center, October 7-10, 2018.

New Age was the 2nd most visited and searched booth out of 1,259 exhibitors at the show and ranked in the 100th percentile in terms of booth popularity, despite debuting their new CBD-Infused products offsite at the hotel connected to the convention center. At NACS New Age displayed their full portfolio of one-stop-shop healthy beverages and unveiled their "Live Healthy" campaign at the same time to unprecedented response and outranking some of the major other food and beverage companies at the show including Coca-Cola, Red-Bull, Monster, AB InBev, Campbells, and more than 1,000 others.

"Placing 2nd at NACS is just unheard of and is new territory for New Age," commented Mike Cunningham, SVP of Sales. "And this doesn't even count the non-stop flow of retailers to our offsite location and standing room only CBD launch event. It is extremely gratifying to see retailers at the tipping point of taking greater positions in healthy beverages versus their legacy soft drink portfolios. New Age is in a leadership position to take advantage of this shift, and is one of the few scale companies that can meet all of the retailer's needs, as their customers demand more and more better-for-you products."

*KEY HIGHLIGHTS:*

- *Customers looking to New Age as the first-to-market national leader in CBD-Infused beverages to establish standards for product safety, quality, and efficacy and to lead consumer and industry educational needs*
- *Portfolio of 9 CBD-Infused products generated initial retail distribution commitments spanning more than 110,000 points of distribution*
- *New Age Beverages ranked #2 overall at the NACS show out of 1,259 exhibitors*

New Age Health Sciences debuted three new brands including, CBD WTRTM, a CBD-Infused Sparkling Water, CBD TEATM, a CBD-Infused Artisanal Craft-Brewed Tea, and CBD SHOTTM, a CBD-Infused Shot. Each of the products contain 25mg of full spectrum CBD, non-psychotropic, THC-Free, and compliant with the known tenets of the Farm Bill. CBD WTRTM is an all-natural, clean, CBD-infused sparkling water in Strawberry Clementine, Raspberry Lime, Mango, and Grapefruit flavors. CBD TEATM is also all-natural, and is a craft-brewed and CBD-Infused tea with no added sugar in four flavors including Hibiscus Lemon, Lavender Mint, Japanese Mountain Green, and Grapefruit Thyme. CBD SHOTTM is a concentrated 2oz CBD-infused green tea shot for on-the-go consumers. Zach Ross, Marketing Manager at New Age commented, "Not all consumers are looking to jack their heart rates up with 5 hours of caffeine. Some of us wouldn't mind just de-stressing a bit, the fundamental benefit of our CBD SHOTTM."

Craig Thibodeau, President of International and Global Head of Private Label at New Age commented, "Publicly some of the major retailers are not talking about CBD and their intentions, but privately New Age is now engaged with some of the largest convenience and grocery retailers in North America working on launch plans for as soon as the Farm Bill is enacted." Upon reviewing and tasting New Age's new CBD-Infused brand, retailers and distributors in North America totaling 115,400 new points of distribution, indicated authorizing and distributing the New Age CBD portfolio immediately following the approval of the Farm Bill. New Age intends to launch these products in all states and establishments that will legally allow the sale of CBD, on the condition that those retailers and distributors abide by the standards of responsible communication and education being established in the emerging category. New Age expects to launch with distributors and independent retailers in the end of the current quarter, and to expand with select national and regional retailers in the March/April 2019 resets with their initial CBD-Infused portfolio, *and* some of their other existing New Age brands in CBD-Infused variants.

David Kamp, Sales Manager at Folsom Distributing in the Midwest and one of New Age's long-term distribution partners commented, "We were invited to New Age's CBD launch event and we were highly impressed. The products we tasted were outstanding and branding is, well, we are confident we can sell the heck out of it. I'm sure others will come and copy, but New Age is one of the only national beverage companies with the scale and resources and products to be able to help us make this into a huge success in our markets."

## About New Age Beverages Corporation (NASDAQ: NBEV)

New Age Beverages Corporation is a Colorado-based healthy functional beverage company that was created over the past two years with the combination of Búcha Live Kombucha®, XingTea®, Coco-Libre®, and Marley®, to create a one-stop-shop solution for retailers and distributors providing healthier beverages in the disruptive growth segments of the $1 trillion-dollar non-alcoholic beverage industry. In that period, New Age has become the 54th largest beverage company, one of the largest healthy beverage companies, and the fastest growing in the world. New Age competes in Relaxation Drinks, Tea, Coffee, Kombucha, Energy Drinks, Coconut Waters, Functional Waters, and Rehydration Beverages with the brands Marley, Búcha Live Kombucha, Xing, ,Coco-Libre, Aspen Pure, and 'nhanced. The Company's brands are sold across all 50 states within the US and in more than 15 countries internationally across all channels via direct and store door distribution systems.

New Age has exclusively partnered with the world's 5th largest water charity, WATERisLIFE, to end the world water crisis with the most innovative technologies available. Donate at WATERisLIFE.com to help us #EnditToday.



## Safe Harbor Disclosure

This press release contains forward-looking statements that are made pursuant to the safe harbor provisions within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. Forward-

looking statements are any statement reflecting management's current expectations regarding future results of operations, economic performance, financial condition and achievements of the Company including statements regarding New Age Beverage's expectation to see continued growth. The forward-looking statements are based on the assumption that operating performance and results will continue in line with historical results. Management believes these assumptions to be reasonable but there is no assurance that they will prove to be accurate. Forward-looking statements, specifically those concerning future performance are subject to certain risks and uncertainties, and actual results may differ materially. New Age Beverages competes in a rapidly growing and transforming industry, and other factors disclosed in the Company's filings with the Securities and Exchange Commission might affect the Company's operations. Unless required by applicable law, NBEV undertakes no obligation to update or revise any forward-looking statements.

For investor inquiries about **New Age Beverages Corporation** please contact:

Cody Slach, **Liolios Group, Inc.**

Investor Relations Counsel

Tel 949-574-3860

NBEV@Liolios.com

**New Age Beverages Corporation**

Greg Gould, CFO

303-289-8655

GGould@NewAgeBev.com

**SOURCE:** New Age Beverages Corporation