# EXHIBIT 12



Login

 Back to Newsroom

# New Age Beverages Responds to News of Farm Bill Passing Through the Senate



New Age Beverages Corporation

Wednesday, December 12, 2018 8:55 AM

Topic:        **Company Update**        Share this Article

**DENVER, CO / ACCESSWIRE / December 12, 2018 / New Age Beverages Corporation (NASDAQ: NBEV),** the Colorado-based organic and natural healthy functional beverage company dedicated to making a difference for consumers with better-for-you alternatives, today issued a formal statement in response to the Farm Bill passing through the US Senate.

The Company, establishing itself as a the leading authority in the CBD-infused beverage space, is poised to aggressively expand its portfolio of CBD-infused beverages, addressing different key consumer need-states. The Company is completing initial production runs by Christmas for the full portfolio, including sparkling water (CBD WTR™), green tea (CBD TEA™), and a shot offering (CBD SHOT™). It is prepared to distribute nationally as more clarity is brought to the regulatory landscape following passage of the Farm Bill.

New Age's CBD-infused products contain 25mg of 'full spectrum' CBD, with zero THC, are non-psychotropic, and are third-party tested for safety, stability, efficacy, dosage accuracy, and are Farm Bill Compliant. In anticipation of a full national rollout, the Company has already secured retailer and distributor commitments in key legal states including Colorado, California,



Michael Cunningham, SVP of Sales at New Age commented, ''In the past few months, New Age has confirmed major commitments with several leading retailers in anticipation of the President signing the Farm Bill. The Company expects to launch its CBD-infused products into national accounts as they come on board in conjunction with their April resets, and is prepared to penetrate the independent market and DSD distributors beginning in January.''

On December 3rd, New Age Beverages Corporation announced a planned merger with Morinda Holdings, Inc., bringing access to 60 countries globally for New Age products, and the scale and resources of a company in excess of $300 million in net revenue. Brent Willis, CEO of New Age commented, ''At Morinda, the excitement around the CBD products amongst country managers and leaders is palpable. At New Age, Mike Cunningham and the US team have done a superb job to position us for first mover advantage. Now, combined with Morinda, we are in a position to capitalize on the movement globally.''

**About New Age Beverages Corporation (NASDAQ: NBEV)**

New Age Beverages Corporation is a Colorado-based healthy beverage company focused on inspiring, educating, and hydrating consumers. The Company is the only one-stop-shop of healthy beverages and includes the brands Búcha Live Kombucha, XingTea, Coco-Libre, Marley, and others. New Age competes in the growth segments of the >$1 trillion-dollar non-alcoholic beverage industry, will be one of the 40 largest non-alcoholic beverage companies, one of the largest healthy beverage companies, and is the fastest growing in the world over the past two years. The Company's brands are sold across all 50 states within the US and will now be sold in more than 60 countries internationally across all channels via a hybrid of direct-to-consumer and traditional distribution and route-to-market systems.

The Company operates the websites www.newagebev.com, www.newagehealth.com, www.mybucha.com, www.xingtea.com, www.drinkmarley.com, and www.cocolibre.com.

New Age has exclusively partnered with the world's 5th largest water charity, WATERisLIFE, to end the world water crisis with the most innovative technologies available. Donate at WATERisLIFE.com to help us #EnditToday.



Login



**About Morinda Holdings, Inc**

Morinda Holdings, Inc. is a Utah-based healthy lifestyles and beverage company with more than 700 employees, operations in more than 60 countries around the world, and manufacturing operations in Tahiti, Germany, Japan, the US, and China. Morinda is primarily a direct-to-consumer and E-commerce business, and was founded in 1996. Morinda works with over 160,000 distributors worldwide, with more than 70% of its business generated in the key Asia Pacific markets of Japan, Korea, Taiwan, Indonesia and China. As a standalone company, Morinda would rank as the one of the top 50 non-alcoholic beverage companies in the world.

**Safe Harbor Disclosure**

This press release contains forward-looking statements that are made pursuant to the safe harbor provisions within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. Forward-looking statements are any statements that express the current beliefs and expectations of management, including but not limited to statements related to the Company's integration of the Morinda acquisition and future growth projections including the potential capture of synergies. Any statements contained herein that do not describe historical facts are forward-looking statements that are subject to risks and uncertainties that could cause actual results, performance and achievements to differ materially from those discussed in such forward-looking statements. The Company cautions readers not to place undue reliance on any forward-looking statements, which speak only as of the date they were made. The Company undertakes no obligation to update or revise forward-looking statements, except as otherwise required by law, whether as a result of new information, future events or otherwise.

For investor inquiries about New Age Beverages Corporation please contact:

**Media**:



About        Services        News        Resources        Contact

Login

Tel 202-272-4600

NewAgeBev@wearemultip.ly

**Investor Relations Counsel:**

Cody Slach, Liolios Group, Inc.

Tel 949-574-3860

NBEV@Liolios.com

**New Age Beverages Corporation:**

Greg Gould

Chief Financial and Administrative Officer

Tel 303-289-8655

GGould@NewAgeBev.com

**SOURCE:** New Age Beverages Corporation

Topic:   Company Update

 **Back to Newsroom**

---



Drop us a line:    888.952.4446

Email:   Sales   Editorial

Content licensing

  

Email *

Join Newsletter

Copyright 2022 © ACCESSWIRE. All rights reserved. Privacy Policy  |  Terms of Service | Responsible Disclosure Guidelines