**APPENDIX A**

| Paragraph(s) Of The SAC Defendants Move To Strike | SAC's Allegations | Part(s) Of The SEC And/Or Adversary Complaint Claimed By Defendants To Be The Sole Source | SAC's Independent Sources Used To Support Allegation(s) |
|---|---|---|---|
| ¶¶ 6, 7, 63-64, 115-21 | False and misleading statements regarding NewAge's distribution relationship with U.S. military | SEC Complaint ¶¶ 47-48, 51-53. | • ¶¶ 62, 65 (FOIA and Federal Procurement Data System);<br><br>• ¶ 206 (CW-2); and<br><br>• ¶¶ 211-212 (CW-3). |
| ¶¶ 8, 9, 67, 70, 122-25 | False and misleading statements regarding distribution relationship with Canadian Retailers | SEC Complaint ¶¶ 32, 34-36 | • ¶¶ 68-69 (Sobeys' and Loblaws' websites);<br><br>• ¶¶ 70-72, 177, 179-81, 183, 209 (███████████);<br><br>• ¶¶ 73, 177, 182, 184 (████████████);<br><br>• ¶¶ 178, 183-84, 210 (████████ and ████████ and<br><br>• ¶¶ 211-12 (CW-3). |
| ¶¶ 10, 11, 75, 126-29 | False and misleading statements | SEC Complaint | • ¶¶ 76-77, 128, 186, 188- |

| Paragraph(s) Of The SAC Defendants Move To Strike | SAC's Allegations | Part(s) Of The SEC And/Or Adversary Complaint Claimed By Defendants To Be The Sole Source | SAC's Independent Sources Used To Support Allegation(s) |
|---|---|---|---|
|  | regarding relationship with South Korean distributors/retailers | ¶¶ 36-37, 39-41 | 89, 191 ( ▮▮▮ );<br><br>• ¶¶ 185, 187, 191-93 ( ▮▮▮ 4);<br><br>• ¶¶ 211-12 (CW-3); and<br><br>• ¶ 190 (U.S.D.A Report). |
| ¶¶ 12-14, 79-80, 130-45 | False and misleading statements regarding NewAge's development of CBD-infused beverages | SEC Complaint ¶¶ 42, 55-82 | • ¶ 219 (photograph);<br><br>• ¶¶ 215, 218, 220, 227, 236 ( ▮▮▮ );<br><br>• ¶ 221 (NewAge Webpage);<br><br>• ¶¶ 216-17 ( ▮▮▮ );<br><br>• ¶ 223 (CW-1); and<br><br>• ¶ 224 (CW-2). |
| ¶ 221 | Alleged scienter regarding development of CBD infused | SEC Complaint ¶ 59 | • ¶ 219 (photograph);<br><br>• ¶¶ 62, 184 ( ▮▮▮ |

| Paragraph(s) Of The SAC Defendants Move To Strike | SAC's Allegations | Part(s) Of The SEC And/Or Adversary Complaint Claimed By Defendants To Be The Sole Source | SAC's Independent Sources Used To Support Allegation(s) |
|---|---|---|---|
| | beverages[1] | | ███████████<br><br>• ¶¶ 62, 216-17 █████ and<br><br>• ¶ 237 (NewAge Special Call held on January 16, 2019). |
| ¶¶ 14, 80, 134, 136-37, 139-45 | False and misleading statements about commitments NewAge secured for CBD-infused beverages | SEC Complaint ¶¶ 55-81 | • ¶¶ 227-28 ████████ ████<br><br>• ¶¶ 229-30 (U.S.D.A. CBD Guide);<br><br>• ¶¶ 231, 234 (██████ █); and<br><br>• ¶¶ 232-33 (████████ █). |
| ¶¶ 82, 146, 148-50 | False and misleading statements about NewAge's distribution relationship with Walmart | SEC Complaint ¶¶ 33, 34, 38, 42-45, 49, 58, 61, 66, 68, 73 | • ¶ 196 (██████ █); |

[1] Plaintiffs' inclusion of this row is in response to Willis's Appendix A to their Motion to Strike, alleging that Plaintiffs improperly sourced support for their allegations of "scienter regarding [the] development of CBD-infused beverages" exclusively from ¶ 59 of the SEC Complaint. Dkt. 127 at 12.

| Paragraph(s) Of The SAC Defendants Move To Strike | SAC's Allegations | Part(s) Of The SEC And/Or Adversary Complaint Claimed By Defendants To Be The Sole Source | SAC's Independent Sources Used To Support Allegation(s) |
|---|---|---|---|
| | | | • ¶¶ 197-99 (███████████ ████████████<br><br>• ¶¶ 84, 195, 198-200 (██████████████);<br><br>• ¶ 200 (███████████████ ████;<br><br>• ¶¶ 195, 201-03 (████████ ██████████ and<br><br>• ¶ 204 (Publicly available Walmart data). |
| ¶¶ 99, 101-06, 108, 151-63 | False and misleading statements regarding NewAge's internal and Disclosure controls | Adversary Complaint ¶¶ 159, 164, 177-78, 182-93, 271-82 | • ¶¶ 115-50, 172-246 (Each Source Referred To Above);<br><br>• ¶¶ 281, 287-88 (NewAge's SEC Filings);<br><br>• ¶ 86 (██████████ and<br><br>• ¶ 86 (████████████ ██████ |
| ¶¶ 270-72, 275-78, 280-82 | Allegations arising from the Ariix merger | Adversary Complaint ¶¶ 173, 183, 220-21, 237, 239-41, | • ¶¶ 101, 105-06, 281 (NewAge's SEC Filings); |

| Paragraph(s) Of The SAC Defendants Move To Strike | SAC's Allegations | Part(s) Of The SEC And/Or Adversary Complaint Claimed By Defendants To Be The Sole Source | SAC's Independent Sources Used To Support Allegation(s) |
|---|---|---|---|
| | | 246, 248, 251, 344, 391 | and<br><br>• ¶ 286 (CW-4). |
| ¶¶ 17-19, 93-95, 248, 250-51, 254, 261, 263, 267-68 | Defendants' motive | SEC Complaint<br>¶¶ 14, 84-86<br><br>Adversary Complaint<br>¶¶ 127, 293-94 | • ¶¶ 248-49, 251-52, 254, 257-59, 262-67 (NewAge's SEC Filings);<br><br>• ¶¶ 249-50 (NewAge's Q4 2018 Earnings Call (Mar. 29, 2019));<br><br>• ¶ 255 (Morinda Call, Dec. 4, 2018); and<br><br>• ¶ 261 n.14 (██████████. █. |