**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-03161-DDD-TPO

DENNIS CLIFTON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

Plaintiff,

v.

BRENT WILLIS et al.,

Defendants.

---

**Joint Status Report and Consent Motion to Extend the Discovery Stay**

Pursuant to the Court's July 7, 2026 Order (Dkt. 172), Defendant Brent David Willis and Lead Plaintiffs Damian Betebenner and Cigdem Betebenner (collectively, the "Parties"), by and through their undersigned counsel, respectfully submit this Joint Status Report and state as follows:

The Parties have scheduled a mediation with Mr. Jed Melnick at JAMS. As the Parties stated in their prior submission to the Court, Mr. Melnick is a well-respected mediator who has extensive experience mediating the issues presented in this litigation. The mediation will include Lead Plaintiffs, Defendant Willis, the Bankruptcy Trustee in the related adversary proceeding, certain defendants in the adversary proceeding, and certain of NewAge's insurance carriers whose policies may be implicated in the litigation. Given the number of participants and the complexity of the issues, Mr. Melnick has advised that mediation and related discussions may require more than one day over the course of several weeks. Accordingly, at Mr. Melnick's suggestion, the Parties have scheduled two sessions approximately six weeks apart on the following dates: October 14, 2026 and December 16, 2026. The Parties remain committed to exploring an early resolution of this case and intend to mediate in good faith.

In light of the Parties' upcoming mediation, and the potential for such discussions to obviate the need for further proceedings, the Parties respectfully request an extension of the discovery stay up through and including December 30, 2026. The Parties will advise the Court by no later than December 30, 2026 of the outcome of the mediation.

The Parties believe that good cause exists to extend the stay to enable them to focus on exploring an early resolution, preserve their respective financial resources, and promote judicial economy. *See String Cheese Incident, LLC v. Stylus Shows, Inc.*, 2006 WL 894955 (D. Colo. Mar. 30, 2006); Fed. R. Civ. P. 26(c).

This request is made in good faith, with the consent of the Parties, and not for the purpose of undue delay. Neither Party will be prejudiced by the requested relief.

WHEREFORE, the Parties respectfully request an order extending the stay of discovery up through and including December 30, 2026.

DATED: October 1, 2026
New York, New York

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By: s/ James M. Wilson, Jr.
James M. Wilson, Jr.
Katherine Lenahan
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: jwilson@faruqilaw.com
klenahan@faruqilaw.com

Robert W. Killorin

**KATTEN MUCHIN ROSENMAN, LLP**

By: s/ Michael J. Diver
Michael J. Diver
Michael J. Lohnes
Jamie Noonan
525 West Monroe Street, Suite 1900
Chicago, IL 60661
Telephone: 312-902-5341
Facsimile: 312-902-1061
Email: michael.diver@katten.com
michael.lohnes@katten.com
jamie.noonan@katten.com

Sarah L. Eichenberger
50 Rockefeller Plaza

3565 Piedmont Road NE Building 4
Suite 380
Atlanta, GA 30305
Telephone: 404-847-0617
Facsimile: 404-506-9534
E-mail: rkillorin@faruqilaw.com

*Attorneys for Lead Plaintiffs Cigdem Betebenner, Damian Betebenner and Lead Counsel for the putative Class*

New York, NY 10020
Telephone: 212-940-8800
Email: sarah.eichenberger@katten.com

*Attorneys for Defendant Brent Willis*