IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-03161-DDD-TPO

DENNIS CLIFTON,
Individually and on behalf of all others similarly situated,

Plaintiff,

v.

BRENT WILLIS,

Defendant.

---

## MINUTE ORDER

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on October 27, 2026.**

The Parties' Consent Motion to Extend the Discovery Stay [ECF 173] is **granted.**

The Court finds good cause for continuing the stay of discovery under the circumstances. *See String Cheese Incident, LLC v. Stylus Shows, Inc.*, No. 05-cv-01934-LTB-PA, 2006 WL 894955 (D. Colo. Mar. 30, 2006). The Parties make the request jointly as they are scheduled to participate in private mediation over two days in October and December. *See* ECF 173 at 1. Staying discovery would simplify the litigation process for all Parties, reduce costs, and conserve judicial resources. A Scheduling Order has not yet been entered in this matter, and both Parties request the stay. Thus, the Court determines that no Party would suffer prejudice from the delay. The Court further discerns no non-party with a significant particularized interest or any public interest that would warrant denying the jointly requested stay.[1]

Accordingly, this matter is hereby **stayed** until December 30, 2026.

No later than **five business days** after the mediation, the Parties shall file a Joint Status Report updating the Court on the outcome.

If the Parties are unable to reach an early resolution, by December 30, 2026, the Parties, as appropriate, shall move to either: (1) lift the stay and request that a Scheduling Conference be set; or (2) extend the stay should they believe the circumstances continue to justify further delay.

---

[1] This is the Parties' second request to stay discovery. *See* ECF 170; ECF 172 (order granting stay).